# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DEBORAH MITCHELL, PH.D.,**

    **Plaintiff,**

v.                          **Civil Action 2:19-cv-4162**
                              **Judge Sarah D. Morrison**
                              **Magistrate Judge Chelsey M. Vascura**

**THE OHIO STATE UNIVERSITY,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion to Seal Response in Opposition to Defendant's Objections (ECF No. 104). For good cause shown, the Motion is **GRANTED**. Plaintiff shall file her forthcoming response to Defendant's Objections **UNDER SEAL**.

    IT IS SO ORDERED.

                                             */s/ Chelsey M. Vascura*
                                             CHELSEY M. VASCURA
                                             UNITED STATES MAGISTRATE JUDGE