**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Deborah Mitchell, Ph.D., | : |
| | : |
| Plaintiff, | : Case No. 2:19-cv-04162 |
| | : |
| v. | : Judge Sarah D. Morrison |
| | : |
| The Ohio State University, | : Magistrate Judge Chelsey M. Vascura |
| | : |
| Defendant. | : |

**AFFIDAVIT AND CERTIFICATION OF CARLENE EVANS**

State of Ohio          )
                              ) SS:
County of Franklin)

I, Carlene Evans, being first duly cautioned and sworn, avers that the following is based on my personal knowledge, information and belief.

1.    I am the Litigation Manager and Public Records Administrator for the Ohio Department of Medicaid (ODM).

2.    With the exception of the exhibit stickers, the documents attached as Exhibits A through X are true and correct copies of public records maintained by ODM in the ordinary course of business in compliance with Ohio's Public Records Act codified at Chapter 149 of the Ohio Revised Code.

3.    I produced the documents attached as Exhibits A through X in compliance with ODM's processes for responding to public records requests.

FURTHER AFFIANT SAYETH NAUGHT.

1

**EXHIBIT B**

Carlene Evans

Sworn before me and subscribed in my presence this _23rd_ day of _November_ 20_21_.

JAMES ANDREW STEVENS
Attorney At Law
Notary Public, State of Ohio
My commission has no expiration date
Sec. 147.03 R.C.

Notary Public

My Commission Expires: _Lifetime_

2

# Evans Exhibit A

**Subject:**              Meeting with Deb Mitchell from OSU
**Location:**             MCD ROOM_LAZ_A530

**Start:**                Fri 3/6/2015 10:30 AM
**End:**                  Fri 3/6/2015 12:00 PM
**Show Time As:**         Tentative

**Recurrence:**           (none)

**Organizer:**            Chaney, Douglas

Hey Team,

Let's plan on meeting with Deb Mitchell and reviewing our agenda for the upcoming all staff to get her perspectives and review her role.  Also, Jennifer and I can touch base with Deb on some next with OSU and the Leadership Program.  Deb I will plan on coming down to Medicaid Lobby to bring you up for the meeting.

If there are any changes please let me know.

Thanks

Doug

1

# Evans Exhibit B

# March 6, 2015
Friday

| | March 2015 | | | | | | | April 2015 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | Su | Mo | Tu | We | Th | Fr | Sa |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | | 1 | 2 | 3 | 4 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 29 | 30 | 31 | | | | | 26 | 27 | 28 | 29 | 30 | | |

**FRIDAY**

**6**

John flexing out at 3:30

7 AM

8

9

10

**Meeting with Deb Mitchell from OSU**
MCD ROOM_LAZ_A530

11

12 PM

1
**EVV Follow Up**
MCD Room_laz_a501

2

3

4

5

6

**Notes**

**pg.000006**

# Evans Exhibit C

# March 6, 2015
Friday

March 2015

SuMo TuWe Th Fr Sa
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

April 2015

SuMo TuWe Th Fr Sa
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

| FRIDAY | Notes |
|---|---|
| **6** | |
| Sherry out at 230 - | |

**7 AM**

**8** — **NEO 3/9;** MCD ROOM_LAZ_A530

**9**

**10** — **Friday Medicaid State Plan Meetings - 1634 Conversion Eligibility Presentation** A401

**Meeting with Deb Mitchell from OSU** MCD ROOM_LAZ_A530

**11**

**12 PM**

**1** — **IPP Database Project Plan Review;** Dawn's Office

**2**

**3**

**4**

**5**

**6**

Douglas Chaney MCD          1          11/1/2021 2:16 PM

**pg.000008**

# Evans Exhibit D

**From:**                Chaney, Douglas
**Sent:**                Tuesday, April 21, 2015 8:00 AM
**To:**                Mitchell, Deborah J. (mitchell.1120@osu.edu)
**Subject:**            Next Steps

Hey Deb,

First, wanted to let you know we are getting reviews for the meeting and the strategy map…yeah!!!   Now we have to do something with it☺  I have been drawing up some ideas for next steps and wanted to see when would be a good time to connect?  Just throw out some times and I will try and flex and make it work.  Look forward to it.

Doug

1

# Evans Exhibit E

**From:** Chaney, Douglas
**Sent:** Thursday, June 11, 2015 11:19 AM
**To:** Mitchell, Deborah J.
**Subject:** RE: Updates

Hey Deb,

Let's shot for tomorrow at 8:30, I will give you a call.  Is there anything I need to print up and have ready for the meeting on Tuesday?  It looks like we are good to go with meeting with the Director and his team on the learning map technology also on Tuesday, if that changes I will let you know.  I will pull somethings together for that and we can review also.

Thanks and talk tomorrow

Doug

**From:** Mitchell, Deborah J. [mailto:mitchell.1120@osu.edu]
**Sent:** Thursday, June 11, 2015 10:47 AM
**To:** Chaney, Douglas
**Subject:** RE: Updates

Hi Doug…I can talk today anytime up to 12:45 pm, or after 4:00 pm.  Do you have any time in those windows?  I can also talk early tomorrow morning (Friday), anytime before 10:00 am.

Take care,
Deb

**From:** Chaney, Douglas [mailto:Douglas.Chaney@medicaid.ohio.gov]
**Sent:** Wednesday, June 10, 2015 2:42 PM
**To:** Mitchell, Deborah J.
**Subject:** RE: Updates

| This message was sent securely using ZixCorp. |
|:---:|

Hey Deb,

Thanks for being on the call today.  It looks like we are good to go with invoicing.  Jennifer has also approved our agenda for the meeting.  Do you have time tomorrow to discuss some details, and if so when?  We are having our Health and Wellness Fair today and my group is in charge, so I cannot talk this afternoon.

Things are progressing nicely☺

Talk Soon Doug

**From:** Mitchell, Deborah J. [mailto:mitchell.1120@osu.edu]
**Sent:** Wednesday, June 10, 2015 11:35 AM
**To:** Chaney, Douglas
**Subject:** RE: Updates

Hi Doug!  Yes no problem, I can stay for the afternoon meeting!  I am eager to continue the work and help you carry things forward.

I am going to be on the call this afternoon, if you get a chance give me a call beforehand (614-531-9991).  Thanks!

Take care,
Deb

**From:** Chaney, Douglas [mailto:Douglas.Chaney@medicaid.ohio.gov]
**Sent:** Monday, June 08, 2015 11:34 AM
**To:** Mitchell, Deborah J.
**Subject:** Updates

| This message was sent securely using ZixCorp. |
|:---:|

Hey Deb,

Hope you had a good weekend.  Michelle and I will connect on Wed. for invoicing.  Jennifer, is going to review agenda with Director and get back with me on any changes.  I do not anticipate any.  Finally, I reviewed with Jennifer some of the Root Learning Maps and how they could be utilized.  She seemed to like the idea, but wanted to present it to the Director and his Direct reports.  Here is my ask,  it looks like their next meeting is on June 15 from 2-3 PM.  You are here already from 9-1 that day for our first session.  Would it be possible for you to stay and attend this meeting with me and together we review the learning map methodology and get buy-in.  This is also a way to keep you in the loop to help support this future work, like we discussed with Jennifer at our last meeting.   Please let me know your thoughts and I will let you know when we have the Director's sign off.

Thanks

Doug

-------------------------------------------------------------------------
This message was secured by **ZixCorp**(R).
**THE OHIO STATE UNIVERSITY | Office of the Chief Information Officer**
Why was this message secured? Visit us online for news, system status, and access to IT help and services.

-------------------------------------------------------------------------
This message was secured by **ZixCorp**(R).
**THE OHIO STATE UNIVERSITY | Office of the Chief Information Officer**
Why was this message secured? Visit us online for news, system status, and access to IT help and services.

# Evans Exhibit F

# June 15, 2015 –
# June 19, 2015

| June 2015 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

| July 2015 | | | | | | |
|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

|  | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
|  | 15 | 16 | 17 | 18 | 19 |
|  |  |  | Instruct Leadership Skills for Supervisors |  |  |
| 7 AM |  |  |  |  |  |
| 8 |  | Meeting with Deb Mitchell and OSU MCD ROOM_LAZ_C621A; MCD ROOM_LAZ_C621B |  |  |  |
| 9 |  |  |  | Canceled: weekly update meetings MCD ROOM_LAZ_A531 |  |
|  |  | Follow-up session with Deb Mitchell, OSU ODM 621 A&B |  |  |  |
| 10 |  |  |  | HR Brainstorming MCD ROOM_LAZ_A535 | Discuss Strategy Map Pilot in MCD ROOM_LAZ_A5 |
| 11 | Catch Up Meeting MCD ROOM_LAZ_C621A |  | Overview of Medicaid John's Office / Canceled: Weekly MCD ROOM |  | Reviews MCD Room_laz_c507 |
| 12 PM |  |  | Catch up SOT |  | meet Doug Chaney -working lunch Meet at Moe Joes and walk to Medicaid together |
| 1 |  |  | Reviews MCD Room_laz_c5 / Training Partners State Library of Oho Board Room | Review OSU Notes and Job Aid Changes MCD Room_laz_c507 |  |
| 2 |  |  | Canceled: Lead Ohio 27th floor Rh | HOLD | OUT |
| 3 | Meeting Set-up |  | OUT |  |  |
| 4 |  |  |  |  |  |
| 5 |  |  |  | Black Belt Cohort Happy Hour! The Walrus (143 E. Main St) |  |
| 6 |  |  |  |  |  |

Douglas Chaney MCD

1

5/19/2021 8:31 AM

# Evans Exhibit G

# June 29, 2015 – July 3, 2015

**June 2015**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    | 1  | 2  | 3  | 4  | 5  | 6  |
| 7  | 8  | 9  | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |    |    |    |    |

**July 2015**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |    |

| | MONDAY 29 | TUESDAY 30 | WEDNESDAY 1 | THURSDAY 2 | FRIDAY 3 |
|---|---|---|---|---|---|
| 7 AM | | | | | |
| 8 | | | | OUT | OUT |
| 9 | HIPPA IPP Attachments; MCD ROOM_LAZ_A5 | ELM Training MCD Room_laz_c507 | | Canceled: weekly update meetings MCD ROOM_LAZ_A5: | |
| 10 | | Employee Outreach Team Meeting MCD ROOM_LAZ_A5: | FW: BOG Meeting - ROOM CHANGE MCD Room_laz_b435 | | |
| 11 | | | | | |
| 12 PM | | | | | |
| 1 | IPP Updates ; MCD ROOM_LAZ_C614 | | Hold the date: OSU Meeting w/ Deb MCD Room_laz_b435 | | |
| 2 | | | Canceled: Lead Ohio Advisory 27th floor Rhodes Tov | | |
| 3 | | Workforce Planning In Faye's Office | | | |
| 4 | | | Discussion; Heather's Office | | |
| 5 | | | | | |
| 6 | | | | | |

Douglas Chaney MCD

5/19/2021 8:32 AM

# Evans Exhibit H

**From:** Chaney, Douglas
**Sent:** Wednesday, July 1, 2015 10:32 AM
**To:** Mitchell, Deborah J.
**Subject:** RE: Discussion with Heather Sullivan and arrival time fro today's meeting

Sounds good I will meet you in the lobby at 12!

Doug

**From:** Mitchell, Deborah J. [mailto:mitchell.1120@osu.edu]
**Sent:** Wednesday, July 01, 2015 9:51 AM
**To:** Chaney, Douglas
**Subject:** RE: Discussion with Heather Sullivan and arrival time fro today's meeting

Hi there! I can definitely stay after (till 4:30), and can arrive early (noon?) so that you and I can talk through the framework for "selling" learning maps, etc. So does noon sound good? If so then I'll plan on it.

See you soon!

**From:** Douglas.Chaney@medicaid.ohio.gov [mailto:Douglas.Chaney@medicaid.ohio.gov]
**Sent:** Wednesday, July 01, 2015 9:40 AM
**To:** Mitchell, Deborah J.
**Subject:** RE: Discussion with Heather Sullivan and arrival time fro today's meeting
**Importance:** High

This message was sent securely using ZixCorp.

Hey Deb,

What time can we expect you today for the 1:00. Did not know if you planned on coming early or not and if you can stay a little late to talk with Heather. Let me know and I will let the front desk know.

Thanks

Doug

**From:** Chaney, Douglas
**Sent:** Tuesday, June 30, 2015 1:40 PM
**To:** Mitchell, Deborah J. (mitchell.1120@osu.edu)
**Subject:** Discussion with Heather Sullivan

Hey Deb,

Heather can meet with us from 4-4:30 tomorrow if that works for you.

Thanks

Doug

1

---------------------------------------------------------------------
This message was secured by **Zix**Corp**(R)**.
**THE OHIO STATE UNIVERSITY | Office of the Chief Information Officer**
Why was this message secured? Visit us online for news, system status, and access to IT help and services.

2

# Evans Exhibit
# I

# July 6, 2015 - July 10, 2015

July 2015

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |    |

August 2015

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |    |    |    |    |    |

|  | MONDAY 6 | TUESDAY 7 | WEDNESDAY 8 | THURSDAY 9 | FRIDAY 10 |
|---|---|---|---|---|---|
| 7 AM |  |  |  |  |  |
| 8 |  |  |  |  |  |
| 9 |  |  | **Hold the date - Follow-up session with Deb Mitchell - OSU** MCD Room_laz_b429 | **Canceled: weekly update meetings** MCD ROOM_LAZ_A5: | **Strategy Map;** MCD |
| 10 |  | **IPP Overview Prep Work ;** MCD ROOM_LAZ_A |  | **Workforce Plan** Faye's office | **Friday Medicaid State Plan Meetings** A401 / **Canceled: Friday Medicaid State Plan** A401 |
| 11 |  |  |  |  | **Bi Weekly Touch base ;** MCD ROOM_LAZ_A53( |
| 12 PM |  | **IPP Overview Hold** MCD ROOM_LAZ_C621A; MCD ROOM_LAZ_C621B |  |  |  |
| 1 |  |  |  | **Canceled: Allyson's hands-on session re: ELM- Enrolling Multiple Learners** A532 |  |
| 2 |  |  |  | **Dentist** |  |
| 3 |  |  |  |  |  |
| 4 |  |  |  |  |  |
| 5 |  |  |  |  |  |
| 6 |  |  |  |  |  |

# Evans Exhibit J

**From:**              Mitchell, Deborah J. <mitchell.1120@osu.edu>
**Sent:**               Wednesday, July 8, 2015 6:50 AM
**To:**                 Chaney, Douglas
**Cc:**                 Wandell, Ellen
**Subject:**         RE: A couple of Items
**Attachments:**    Draft agenda and ideas for July 16 Meeting.docx; Draft agenda and ideas for July 16
                        Meeting.pdf

Hi Doug,

Just following up, I left a vm yesterday but didn't have internet access so had to wait until now to reply.

1) In terms of availability for next week, it's very limited. The only slot that would work for me would be Monday morning (we could start whenever, I just need to be done by noon). Hopefully we'll get far enough today that it won't be necessary to have quite a bit to report to the big group on July 16!
2) Attached is a draft agenda for July 16, let's review it today before finalizing as I'd love your input re: topics and timing
3) I can have the proposal done this week, it would be great if you and I could discuss a couple of questions I had (perhaps after we finish this morning).

See you soon!

Take care,
Deb

**From:** Douglas.Chaney@medicaid.ohio.gov [mailto:Douglas.Chaney@medicaid.ohio.gov]
**Sent:** Tuesday, July 07, 2015 8:48 AM
**To:** Mitchell, Deborah J.
**Cc:** Ellen.Wandell@medicaid.ohio.gov
**Subject:** A couple of Items
**Importance:** High

This message was sent securely using ZixCorp.

Hey Deb,

Hope you had a great 4th of July weekend! Wanted to touch base on a couple of things.

- Just wanted to remind you of our 8:30AM meeting with the Operations team tomorrow. I also wanted to ask what your availability looked like for early next week if we needed to meet with Operations again and I will try to get a hold on people calendars here.
- For the July 16th meeting- Can you forward a high level agenda that I can pass along to team members (they are already asking questions☺). You can include a little note like you did last time if you want or not.
- Finally, wanted to check on your proposal and if you needed anything from my end

Thanks and take care

Doug

1

------------------------------------------------------------------------
This message was secured by **Zix**Corp**(R)**.

**THE OHIO STATE UNIVERSITY | Office of the Chief Information Officer**

Why was this message secured? Visit us online for news, system status, and access to IT help and services.

2

**pg.000025**



## ODM Strategic Leadership Development:
## Frame, Tools and Planning and Planning for Change
*Facilitator and Discussion Leader: Dr. Deborah Mitchell*

Proposed Draft Agenda

**1) Frame: ODM Organization Alignment and Engagement Process (Four Pillars)**

- **Foundations**
  - o *Brand Platform, Organization-wide Strategy Map and Unit Strategy Maps*

- **Strategic Tracking and Monitoring**
  - o *Organization-wide Balanced Scorecard and Unit Balanced Scorecards*

- **Initiatives and Action Plans**
  - o *Organization-wide and Unit-specific*
  - o *Planning Cycle and Process*

- **Ongoing Alignment and Engagement**
  - o *Communication and Education (sample tool: Learning Maps)*
  - o *Team-building and Culture*
  - o *Performance Management Process*

**2) Debrief from June 16 Meeting**

- Review, outputs from June 16.

- Discussion Topic: What small set of activities should everyone incorporate? For consistency, what is the expectation going forward?

- Using a tool for alignment & accountability: Leadership Alignment Action Plan.

**3) Report: Creating a Unit Strategy Map**

- Review of Pilot (Change Process): Roger's group

- Implications for other units' cascade?

- Project Planning: creating a draft map for your unit.

**4) Introduction to Balanced Scorecard in the context of the Strategy Map and Cascade**



## ODM Strategic Leadership Development:
## Frame, Tools and Planning and Planning for Change
*Facilitator and Discussion Leader: Dr. Deborah Mitchell*

Proposed Draft Agenda

**1) Frame: ODM Organization Alignment and Engagement Process (Four Pillars)**

- **Foundations**
  - *Brand Platform, Organization-wide Strategy Map and Unit Strategy Maps*

- **Strategic Tracking and Monitoring**
  - *Organization-wide Balanced Scorecard and Unit Balanced Scorecards*

- **Initiatives and Action Plans**
  - *Organization-wide and Unit-specific*
  - *Planning Cycle and Process*

- **Ongoing Alignment and Engagement**
  - *Communication and Education (sample tool: Learning Maps)*
  - *Team-building and Culture*
  - *Performance Management Process*

**2) Debrief from June 16 Meeting**

- Review, outputs from June 16.

- Discussion Topic: What small set of activities should everyone incorporate?  For consistency, what is the expectation going forward?

- Using a tool for alignment & accountability: Leadership Alignment Action Plan.

**3) Report:  Creating a Unit Strategy Map**

- Review of Pilot (Change Process): Roger's group

- Implications for other units' cascade?

- Project Planning: creating a draft map for your unit.

**4) Introduction to Balanced Scorecard in the context of the Strategy Map and Cascade**

# Evans Exhibit K

**From:** Chaney, Douglas
**Sent:** Thursday, July 9, 2015 10:38 AM
**To:** Mitchell, Deborah J. (mitchell.1120@osu.edu)
**Cc:** Wandell, Ellen
**Subject:** Agenda for 7/16

Hey Deb,

Just an FYI, reviewed agenda with Jennifer and she ok'ed it and I have forwarded to participants.  Still trying to confirm a time for us to talk proposal with her on Monday.  Will keep you in the loop.  Please let me know if you need us to get anything ready for the Monday meeting by  tomorrow so we can get it done before our 8:00 with the team on Monday.

Thanks

Doug

1

# Evans Exhibit L

# July 13, 2015 – July 17, 2015

**July 2015**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |    |

**August 2015**

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    |    |    |    | 1  |
| 2  | 3  | 4  | 5  | 6  | 7  | 8  |
| 9  | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |    |    |    |    |    |

|  | MONDAY 13 | TUESDAY 14 | WEDNESDAY 15 | THURSDAY 16 | FRIDAY 17 |
|---|---|---|---|---|---|
| 7 AM | | | | | |
| 8 | **OSU meeting : 8:00 until 9:30 and then again after the director's meeting until noon** MCD Room_laz_b429; MCD Room_laz_b427 | | | **OSU Deb Mitchell Training** MCD ROOM_LAZ_ MCD ROOM_LAZ_ | **HOLD** |
| 9 | | Ethics Training | | | |
| 10 | | **Employee Outreach Team Meeting** MCD ROOM_LAZ_A5 | **FW: Operations - Direct Reports** OMA Room_laz_b429 | **Follow-up session with Deb Mitchell, OSU** C621 A & B / **Canceled: weekly** MCD ROOM_ | |
| 11 | | Medicaid Central ; MCD Room_laz_a422 | | | **"explore and discover" meeting** MCD ROOM_LAZ_C61 |
| 12 PM | | | | | **HOLD** |
| 1 | | | | **Lunch** DD's | **Training Partners--sponsored by the Ohio Department of Commerce** State Fire Marshal, 8895 East Main St., Reynoldsburg OH 43068 (FREE PARKING) |
| 2 | | | | **Training Partners July Meeting** State Library of Ohio Board Room | |
| 3 | **HIPAA/Ethics training on Tuesday, 7/14 from 9 to 11** MCD ROOM_LAZ_C621A; MCD ROOM_LAZ_C62 | | **Goals** MCD Room_laz_c506 | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

Douglas Chaney MCD

1

5/19/2021 8:34 AM

**pg.000031**

# Evans Exhibit M

| | |
|---|---|
| **From:** | Mitchell, Deborah J. <mitchell.1120@osu.edu> |
| **Sent:** | Thursday, July 16, 2015 7:24 AM |
| **To:** | Chaney, Douglas |
| **Subject:** | Proposal |
| **Attachments:** | ODM Proposal - CypressTree Corp - July 16 2015.pdf; ODM Proposal Handout - CypressTree.pdf |

Hi Doug,

Please see attached for a the proposal you requested, to support Phases II-IV of the Change Transformation Process.  I'll look forward to your feedback and further discussion.  Thanks again for your consideration.

Take care,
Deb

1



# *Next Steps in Change Transformation:*
# **Alignment and Engagement**

**CypressTree Corp.**

**Proposal Draft, prepared for Ohio Department of Medicaid**

*July 16, 2015*



*making the mind the heart of the enterprise*

0

Cypress Tree Corp.. –  **CONFIDENTIAL**

# Table of Contents

◆ **Overview**                                                    **Page 3**

   – **Context**

   – **Goals, Nature and Objectives of the Initiative**

   – **The CypressTree Approach**

◆ **Content and Methodology**                                    **Page 11**

◆ **Timeline and Key Dates**                                     **Page 14**

◆ **Staffing and Qualifications**                                **Page 16**

◆ **Cost, Terms, Duration and General Provisions**               **Page 21**

◆ **Proposal Summary**                                           **Page 24**

◆ **Contact Information**                                        **Page 27**



CYPRESS  *making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# List of Figures

◆ **Figure 1: Four-Phase Change Transformation Process**                    **Page 5**

◆ **Figure 2: Stages in Building Personal Engagement with Change**          **Page 7**

◆ **Figure 3: High-Level Overview of Content and Methodology**              **Page 13**

*making the mind the heart of the enterprise*

CYPRESS

Cypress Tree Corp.. –  **CONFIDENTIAL**



*Next Steps in Change Transformation:*
**Alignment and Engagement**

# Overview



*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# Context

♦ **ODM seeks breakthrough innovation and transformation in its relatively-new role as a start-up organization (formed in July 2013).  The change process initiated with ODM's formation has hinged on a redefined business model as well as transformation on four key dimensions:  people, structure, process and technology.  ODM requested assistance early on from Deloitte to support the agency's operational transition and stabilization.  In July 2014 ODM created a Strategic Leadership Development training program in partnership with the Fisher College of Business at The Ohio State University to assist in the development and actualization of the "people" dimension.  The five-month program –designed and led by Dr. Deborah Mitchell as Clinical Professor at Fisher— equipped ODM leaders with skills in branding, strategy formulation, innovation and change management.**

♦ **Working closely with Dr. Mitchell (who also serves as President of CypressTree Corp), ODM leaders have now clarified and defined a brand platform and desired culture, one that embodies the ODM Core Purpose, Core Values, Customer Value Strategy and Organizational Personality.  In addition, ODM has clarified and defined its strategic "game plan" as captured in the organization-wide ODM Strategy Map.   These "tentpole" components for change were introduced to the broader organization in an All-Staff Meeting on April 13, 2015.**

♦ **The important work of ODM brand definition and strategy mapping, culminating in the outputs revealed at the April 13, 2015 All-Staff Meeting, represents Phase I of the four-phase Change Transformation Process illustrated in Figure 1.**

CYPRESS  *making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# Figure 1: Four-Phase ODM Change Transformation Process



*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# Context *(continued)*

♦ The ODM change process today is at a critical juncture. In order to (a) create the desired culture, and (b) execute effectively on the chosen organization-wide strategy, we must achieve high levels of alignment and engagement among ODM stakeholder groups. That is, the primary focus of the change process is shifting from brand definition and strategy formulation to organization-wide alignment, execution and engagement—areas that build on and extend the work already completed while working with Dr. Mitchell. In terms of Figure 1, ODM must now make the shift from Phase I to the remaining Phases of the Change Transformation Process.

♦ The consulting services described here will address <u>three key ODM needs for change support</u>: (1) align the organization by extending strategy formulation to the unit level, creating unit strategy maps cascading further to individual development plans (Phase II as shown in Figure 1); (2) strengthen alignment and execution through the development of organization-wide and unit scorecards (Phase III as shown in Figure 1); (3) educate and communicate to create meaning and maximize engagement among ODM employees (Phase IV as shown in Figure 1). Phase IV is particularly critical in supporting the necessary development of commitment to change among stakeholders across the ODM organization. The stages in this process and Phase are illustrated in Figure 2.

♦ By addressing these needs in partnership with CypressTree, ODM will accelerate stakeholder groups' commitment to the ODM vision and strategy, heighten organizational alignment and maximize the effectiveness of strategic execution.

C Y P R E S S

*making the mind the heart of the enterprise*

**6**

Cypress Tree Corp.. – **CONFIDENTIAL**

# Figure 2: Stages in Building Personal Engagement with Change



Cypress Tree Corp.. – **CONFIDENTIAL**

# Goals, Nature and Objectives of the Initiative

♦ **The goals of this initiative are to assist ODM in its continuing change process:**

- Cascading the newly-defined organization-wide strategy to units and ultimately individuals' activities. This will include creation of targets and initiatives / action plans to help drive strategic execution.

- Creation of organization-wide and unit scorecards, supplemented with a framework and planning process for their use.

- Design and implementation of educational / engagement-focused approaches that create meaning & commitment to change.

♦ **The nature of the initiative is consultative, with services provided by CypressTree as led by Dr. Deborah Mitchell, delivered regularly and in collaboration with ODM leadership over the time period July 2015-June 2016.**

♦ **Objectives include the creation of the following deliverables:**

- Unit Strategy Maps are completed for up to 7 units, in collaboration with ODM leadership and staff.

- Scorecards are created for the organization as well as up to 7 units, in collaboration with ODM leadership and staff. As part of creating and implementing scorecards, CypressTree will assist in defining a process for their ongoing use.

- Targets, initiatives and action plans will be identified for the organization as well as up to 7 units, in collaboration with ODM leadership and staff.

- Two major educational / engagement-focused initiatives (including one utilizing Learning Maps methodology) will be designed and implemented organization-wide in collaboration with ODM leadership and staff.

CYPRESS

*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# The CypressTree Approach

♦ **We have developed a structured set of consulting, coaching and training processes to help organizations:**

– Surface, clarify and define brand identity (core purpose, core values, customer value strategy and organizational personality).

– formulate and clarify organizational strategy, as captured in specified strategy tools such as Strategy Maps and Balanced Scorecards.

– plan and execute the strategy, using specified execution tools.

– align the organization as well as integrate both strategy development and execution across multiple units and the brand architecture.

– Create meaning and connections through research-supported engagement initiatives that deliver measurable impact on employee enthusiasm (loyalty, understanding, commitment, expertise).

♦ **Consulting and related activities are always tied to particular project applications and deliverables.** This means success is grounded in partners being able to do things differently and achieve breakthrough outcomes as a result of working with CypressTree.



CYPRESS — *making the mind the heart of the enterprise*

**9**

Cypress Tree Corp.. – **CONFIDENTIAL**

# The CypressTree Approach

♦ Whether engaged in facilitated process-based consulting, coaching or training, we at CypressTree follow the old adage "Be a Guide on the Side, not a Sage on the Stage." We enable intense structured effort and focus to occur—while still keeping individuals and teams on track, driving toward the finish line.

♦ We know where individuals and teams often run into trouble, and we know what tends to help. Expect the unexpected! Yes, in our sessions and programs participants gain knowledge and develop skills. But in addition, expect discoveries, insights, and decisions that would not have surfaced or would otherwise have slipped through the cracks—all gained through a comprehensive, disciplined approach facilitated by experienced outside experts.

♦ Most importantly, every touchpoint in the process is designed to have impact on the organization—driving organizational outcomes and success.



CYPRESS *making the mind the heart of the enterprise*

10

Cypress Tree Corp.. – **CONFIDENTIAL**



*Next Steps in Change Transformation:*
**Alignment and Engagement**

# Content and Methodology



Cypress Tree Corp.. – **CONFIDENTIAL**

# Content & Methodology

♦ **Specific content will be determined working collaboratively with ODM, but a suggested structure with detailed content is provided on the next page.**

♦ **Our methodology or approach will emphasize a rhythm of**

– **Presentation of new content, supported by facilitated discussion and coaching.**

– **Participants practice using new frameworks and applying new skills in a easily-accessible context. Methods used include analysis, breakout exercises, and facilitated discussion.**

– **Presentation / addition of new complexity.**

– **Participants revisit and apply new frameworks & skills in a more difficult context. Again, methods emphasize actual applications (breakouts, etc.) as well as ODM-specific deliverables (e.g., unit maps, scorecards, action plans, etc.).**



*making the mind the heart of the enterprise*

CYPRESS

Cypress Tree Corp.. – **CONFIDENTIAL**

# Figure 3: High-Level Overview of the Initiative

**Change Transformation Process, Phases II and III**

*Broad roll-out / cascade of Strategy Mapping
Introduction of Balanced Scorecard with supporting scorecards
Initiatives, Targets and Connections to Performance Management*

**Change Transformation Process, Phase IV**

*Design and implementation of metrics-based assessment
(change readiness, future-state understanding and engagement)
Consulting and support in use of Learning Maps technology as
well as related tools*

**System for Ongoing Strategy Management,
Employee Engagement and Culture Stewardship**

*Processes in place for strategic execution aligned with Strategy
Maps and Scorecards;
Metrics-based management of culture and engagement*

CYPRESS *making the mind the heart of the enterprise*

13

Cypress Tree Corp.. – **CONFIDENTIAL**



*Next Steps in Change Transformation:*
**Alignment and Engagement**

# Timeline



*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# Timeline

♦ **Proposed timing of this initiative is August 2015 – July 2016, with the understanding that Phases II, III and IV can be implemented concurrently.**



Cypress Tree Corp.. – **CONFIDENTIAL**



*Next Steps in Change Transformation:*
**Alignment and Engagement**

# Staffing and Qualifications



*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# CypressTree Corp.

- ♦ **CypressTree Corp. was founded by Deborah Mitchell in 1996 when her consulting business grew to the point that a full-time focus was needed. Staffed by experts in strategy, research, communications, training and related areas on a project-needed basis, today CypressTree works selectively with a handful of global and US-based clients.**

- ♦ **Our slogan, *"Making the Mind the Heart of the Enterprise,"* reflects our promise: we will help you successfully connect brand and behavior, knowledge and leadership, strategy formulation and execution—both outside and inside your organization.**

- ♦ **We are a consulting firm that believes strategy must be coupled with successful implementation. To that end, two key hallmarks of our work are:**
  - **We leverage the value in the latest and best that academia has to offer—while making it work in our clients' real-world settings. No "pie-in-the-sky" here—we translate and operationalize to make sure that ideas, tools and strategies are actually used (even after the engagement is over and we leave)!**
  - **We offer services as well as tactical tools to help with change management & adoption. Whether it's via training, or periodic check-ins, or other kinds of scaffolding—we make sure that an engagement has 'legs' going forward, and across the rest of the firm.**

- ♦ **CypressTree as a female-owned Ohio-based small business is currently in the process of registering with Ohio DAS for EDGE certification.**

CYPRESS *making the mind the heart of the enterprise*

**17**

Cypress Tree Corp.. – **CONFIDENTIAL**

# Value-creating Services & Products at CypressTree Corp.

- ◆ **We generate value for our clients across three key domains:**
  - ❖ **Strategic Consulting**
    - • **Strategy Mapping and Balanced Scorecard**
    - • **Customer Value Strategy Formulation**
    - • **Creating Brandwoven™ Organizations: Think, Feel, Say, Do**
    - • **Managing the Brand Architecture: Competitive and portfolio issues**
    - • **Revitalizing the Brand: When the brand is sick or threatened**

  - ❖ **Tactical Toolbox**
    - • **Strategic guideposts: Values-based and Competency-based Assessments**
    - • **Tools for Organizational Change**
    - • **Research Design and Analysis**
    - • **Communications Programs**

  - ❖ **Executive Education and Training**
    - • **Coaching**
    - • **Live-delivery Training Programs and Seminars**
    - • **Distance Learning Options**
    - • **Learning Assessment Tools**

CYPRESS *making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# A Sample of CypressTree Clients



Cypress Tree Corp.. – **CONFIDENTIAL**

# President



**Deborah Mitchell, Ph.D.**

♦ Deborah received her Ph.D. in marketing and behavioral science from the University of Chicago. Her expertise lies in the development of marketing excellence at the organizational and individual levels—she applies this expertise in academic teaching, consulting and coaching.

♦ As an academic, Deborah's scholarly work has appeared in leading research journals including the *Journal of Consumer Research,* the *Journal of Advertising* and the *Journal of Behavioral Decision-Making.*  She has been a faculty member at leading business schools including the Wharton School (University of Pennsylvania) and Stanford University Graduate School of Business, and has served as Executive Director of the Center for Brand and Product Management at the University of Wisconsin-Madison.  Today Deborah is an Associate Clinical Professor at The Ohio State University in addition to President of CypressTree Corp.



CYPRESS  *making the mind the heart of the enterprise*

**20**

Cypress Tree Corp.. –  **CONFIDENTIAL**



*Next Steps in Change Transformation:*
**Alignment and Engagement**

# Cost, Terms, Duration and General Provisions



*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# Cost, Terms, and Duration

♦ **Consulting fees for this initiative are as follows:**

— **Change Transformation Program Consulting Support (Phases II-IV): $189,000**

**This fee provides for the following services:**

**Up to 60 hours per month of program-related consulting services associated with Phases II-IV activities (e.g., strategy consulting with units, creation and delivery of assessments, coaching as part of employee engagement initiatives, etc.). Of these 60 hours per month, up to 4 full days (32 hours) can be delivered onsite, with additional onsite presence possible within the 60 hours if based on mutual agreement and scheduling availability.**

♦ **As is standard practice the fee excludes expenses. Any reimbursable program-related expenses must be approved by ODM and CypressTree in advance.**

♦ **Invoices are payable on receipt. For payments not received within 45 days of the date of invoice, a finance charge of 5% will be charged and interest will accrue at 12% per annum.**

♦ **CypressTree Corp. can begin work on this project in August 2015 with an estimated completion within the proposed timeframe (i.e., by July 2016).**

CYPRESS

*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# General Provisions

- ◆ Our ability to carry out this work is heavily dependent upon our past experience in providing similar services to others, and we expect to continue with such work in the future. Information that has been, and will be gathered from publicly-available sources may be utilized in other CypressTree multi-client and/or proprietary work. Tools and frameworks utilized in this project will remain the sole property of CypressTree Corp. However, the specific organization and presentation of such material will be considered proprietary to ODM and will be kept confidential. Furthermore, CypressTree Corp. will not use any proprietary information learned during past work and, likewise, we will preserve the confidential nature of any information received from the Client in accordance with our established professional standards:

  - – Any confidential information provided to CypressTree Corp. by the client will be kept confidential unless:
    - • It is, or becomes, publicly available through no fault of CypressTree Corp.
    - • It is already in the possession of CypressTree Corp. or is disclosed to CypressTree Corp. by a third party who has the right to disclose such information.

  - – Information developed for the Client that is specific to their business and/or not easily gleaned from public sources will also be kept confidential.

- ◆ We devote our best efforts to the work under this agreement. The findings, conclusions and recommendations we offer will be our best judgment based on the information available to us. In any event, our liability will not be greater than the amount paid to us for professional services rendered on this project.

CYPRESS

*making the mind the heart of the enterprise*

**23**

Cypress Tree Corp.. – **CONFIDENTIAL**



*Next Steps in Change Transformation:*
**Alignment and Engagement**

# Proposal Summary



*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# Proposal Summary

| | |
|---|---|
| **Start Date:** | ▪ **August 2015** |
| **Finish Date:** | ▪ **July 2016** |
| **Cost:** | ▪ **$189,000** |
| **Project Leader:** | ▪ **Deborah Mitchell, CypressTree Corp.** |
| **Project Deliverables:** | ▪ **Unit Strategy Maps completed for up to 7 units, in collaboration with ODM leadership and staff.**<br><br>▪ **Scorecards created for the organization as well as up to 7 units, in collaboration with ODM leadership and staff.  As part of creating and implementing scorecards, CypressTree will assist in defining a process for their ongoing use.**<br><br>▪ **Targets, initiatives and action plans identified for the organization as well as up to 7 units, in collaboration with ODM leadership and staff.**<br><br>▪ **Two major educational / engagement-focused initiatives (including one utilizing Learning Maps methodology) designed and implemented organization-wide in collaboration with ODM leadership and staff.** |



CYPRESS  *making the mind the heart of the enterprise*

**25**

Cypress Tree Corp.. – **CONFIDENTIAL**

# Agreement

♦ **To authorize CypressTree Corp. to proceed with this work, please sign and return (via email, fax or mail) a copy of this page of the proposal, thereby approving all previous pages.**

**Accepted for CypressTree Corp.**                **Accepted for Ohio Department of Medicaid**

**By:**_____                **By:**_____

**Title:  Deborah J. Mitchell, President**        **Title:**_____

**Date:**_____                **Date:**_____



CYPRESS  *making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**



*Next Steps in Change Transformation:*
**Alignment and Engagement**

# Contact Information



*making the mind the heart of the enterprise*

**27**

Cypress Tree Corp.. – **CONFIDENTIAL**

# Contact Information



**CypressTree Corp.**
**Deborah J. Mitchell, Ph.D.**
**President**
**deborah@cypresstree.com**

*Mailing Address:*
**2783 Martin Road, #358**
**Dublin, OH 43017**
*Phone:* **614.531.9995**
*Fax:* **312.264.2361**

*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**





### Table of Contents

- **Overview**                                                    **Page 3**
  - Context
  - Goals, Nature and Objectives of the Initiative
  - The CypressTree Approach
- **Content and Methodology**                                      **Page 11**
- **Timeline and Key Dates**                                        **Page 14**
- **Staffing and Qualifications**                                   **Page 16**
- **Cost, Terms, Duration and General Provisions**                  **Page 21**
- **Proposal Summary**                                              **Page 24**
- **Contact Information**                                           **Page 27**

**List of Figures**

- Figure 1: Four-Phase Change Transformation Process     Page 5
- Figure 2: Stages in Building Personal Engagement with Change     Page 7
- Figure 3: High-Level Overview of Content and Methodology     Page 13

CYPRESS *making the mind the heart of the enterprise*

Cypress Tree Corp. – **CONFIDENTIAL**



# Ohio
Department of Medicaid

*Next Steps in Change Transformation:*
**Alignment and Engagement**

## Overview

CYPRESS *making the mind the heart of the enterprise*

Cypress Tree Corp. – **CONFIDENTIAL**

Case: 2:19-cv-04162-SDM-CMV Doc #: 135-2 Filed: 02/28/23 Page: 65 of 219 PAGEID #: 3794

## Context

♦ ODM seeks breakthrough innovation and transformation in its relatively-new role as a start-up organization (formed in July 2013). The change process initiated with ODM's formation has hinged on a redefined business model as well as transformation on four key dimensions: people, structure, process and technology. ODM requested assistance early on from Deloitte to support the agency's operational transition and stabilization. In July 2014 ODM created a Strategic Leadership Development training program in partnership with the Fisher College of Business At The Ohio State University to assist in the development and actualization of the "people" dimension. The five-month program –designed and led by Dr. Deborah Mitchell as Clinical Professor at Fisher— equipped ODM leaders with skills in branding, strategy formulation, innovation and change management.

♦ Working closely with Dr. Mitchell (who also serves as President of CypressTree Corp), ODM leaders have now clarified and defined a brand platform and desired culture, one that embodies the ODM Core Purpose, Core Values, Customer Value Strategy and Organizational Personality. In addition, ODM has clarified and defined its strategic "game plan" as captured in the organization-wide ODM Strategy Map. These "tentpole" components for change were introduced to the broader organization in an All-Staff Meeting on April 13, 2015.

♦ The important work of ODM brand definition and strategy mapping, culminating in the outputs revealed at the April 13, 2015 All-Staff Meeting, represents Phase I of the four-phase Change Transformation Process illustrated in Figure 1.

CYPRESS    *making the mind the heart of the enterprise*

Cypress Tree Corp. — CONFIDENTIAL

---

**Figure 1: Four-Phase ODM Change Transformation Process**



CYPRESS    *making the mind the heart of the enterprise*

Cypress Tree Corp. — CONFIDENTIAL

## Context *(continued)*

- The ODM change process today is at a critical juncture.   In order to (a) create the desired culture, and (b) execute effectively on the chosen organization-wide strategy, we must achieve high levels of alignment and engagement among ODM stakeholder groups.  That is, the primary focus of the change process is shifting from brand definition and strategy formulation to organization-wide alignment, execution and engagement—areas that build on and extend the work already completed while working with Dr. Mitchell.   In terms of Figure 1, ODM must now make the shift from Phase I to the remaining Phases of the Change Transformation Process.

- The consulting services described here will address three key ODM needs for change support: (1) align the organization by extending strategy formulation to the unit level, creating unit strategy maps cascading further to individual development plans (Phase II as shown in Figure 1); (2) strengthen alignment and execution through the development of organization-wide and unit scorecards (Phase III as shown in Figure 1); (3) educate and communicate to create meaning and maximize engagement among ODM employees (Phase IV as shown in Figure 1).   Phase IV is particularly critical in supporting the necessary development of commitment to change among stakeholders across the ODM organization.  The stages in this process and Phase are illustrated in Figure 2.

- By addressing these needs in partnership with CypressTree, ODM will accelerate stakeholder groups' commitment to the ODM vision and strategy, heighten organizational alignment and maximize the effectiveness of strategic execution.

C Y P R E S S   *making the mind the heart of the enterprise*

Cypress Tree Corp. – **CONFIDENTIAL**



Figure 2: Stages in Building Personal Engagement with Change

C Y P R E S S   *making the mind the heart of the enterprise*

Cypress Tree Corp. – **CONFIDENTIAL**

## Goals, Nature and Objectives of the Initiative

- **The goals of this initiative are to assist ODM in its continuing change process:**
  - Cascading the newly-defined organization-wide strategy to units and ultimately individuals' activities. This will include creation of targets and initiatives / action plans to help drive strategic execution.
  - Creation of organization-wide and unit scorecards, supplemented with a framework and planning process for their use.
  - Design and implementation of educational / engagement-focused approaches that create meaning & commitment to change.

- **The nature of the initiative is consultative, with services provided by CypressTree as led by Dr. Deborah Mitchell, delivered regularly and in collaboration with ODM leadership over the time period July 2015-June 2016.**

- **Objectives include the creation of the following deliverables:**
  - Unit Strategy Maps are completed for up to 7 units, in collaboration with ODM leadership and staff.
  - Scorecards are created for the organization as well as up to 7 units, in collaboration with ODM leadership and staff. As part of creating and implementing scorecards, CypressTree will assist in defining a process for their ongoing use.
  - Targets, initiatives and action plans will be identified for the organization as well as up to 7 units, in collaboration with ODM leadership and staff.
  - Two major educational / engagement-focused initiatives (including one utilizing Learning Maps methodology) will be designed and implemented organization-wide in collaboration with ODM leadership and staff.

C Y P R E S S   *making the mind the heart of the enterprise*

8                                                                   Cypress Tree Corp. – **CONFIDENTIAL**

## The CypressTree Approach

- **We have developed a structured set of consulting, coaching and training processes to help organizations:**
  - Surface, clarify and define brand identity (core purpose, core values, customer value strategy and organizational personality).
  - formulate and clarify organizational strategy, as captured in specified strategy tools such as Strategy Maps and Balanced Scorecards.
  - plan and execute the strategy, using specified execution tools.
  - align the organization as well as integrate both strategy development and execution across multiple units and the brand architecture.
  - Create meaning and connections through research-supported engagement initiatives that deliver measurable impact on employee enthusiasm (loyalty, understanding, commitment, expertise).

- <u>**Consulting and related activities are always tied to particular project applications and deliverables.**</u> This means success is grounded in partners being able to do things differently and achieve breakthrough outcomes as a result of working with CypressTree.



C Y P R E S S   *making the mind the heart of the enterprise*

9                                                                   Cypress Tree Corp. – **CONFIDENTIAL**

### The CypressTree Approach

- Whether engaged in facilitated process-based consulting, coaching or training, we at CypressTree follow the old adage "Be a Guide on the Side, not a Sage on the Stage." We enable intense structured effort and focus to occur—while still keeping individuals and teams on track, driving toward the finish line.

- We know where individuals and teams often run into trouble, and we know what tends to help. Expect the unexpected! Yes, in our sessions and programs participants gain knowledge and develop skills. But in addition, expect discoveries, insights, and decisions that would not have surfaced or would otherwise have slipped through the cracks—all gained through a comprehensive, disciplined approach facilitated by experienced outside experts.

- Most importantly, every touchpoint in the process is designed to have impact on the organization—driving organizational outcomes and success.



*making the mind the heart of the enterprise*

10                                                      Cypress Tree Corp. – **CONFIDENTIAL**

---



**Ohio**
Department of Medicaid

*Next Steps in Change Transformation:*
**Alignment and Engagement**

## Content and Methodology

*making the mind the heart of the enterprise*

11                                                      Cypress Tree Corp. – **CONFIDENTIAL**

---

## Content & Methodology

♦   Specific content will be determined working collaboratively with ODM, but a suggested structure with detailed content is provided on the next page.

♦   Our methodology or approach will emphasize a rhythm of

– Presentation of new content, supported by facilitated discussion and coaching.

– Participants practice using new frameworks and applying new skills in a easily-accessible context.  Methods used include analysis, breakout exercises, and facilitated discussion.

– Presentation / addition of new complexity.

– Participants revisit and apply new frameworks & skills in a more difficult context.  Again, methods emphasize actual applications (breakouts, etc.) as well as ODM-specific deliverables (e.g., unit maps, scorecards, action plans, etc.).

*CYPRESS   making the mind the heart of the enterprise*

12                                              Cypress Tree Corp. – **CONFIDENTIAL**



## Figure 3: High-Level Overview of the Initiative

**Change Transformation Process, Phases II and III**
*Broad roll-out / cascade of Strategy Mapping
Introduction of Balanced Scorecard with supporting scorecards
Initiatives, Targets and Connections to Performance Management*

**Change Transformation Process, Phase IV**
*Design and implementation of metrics-based assessment
(change readiness, future-state understanding and engagement)
Consulting and support in use of Learning Maps technology as
well as related tools*

**System for Ongoing Strategy Management,
Employee Engagement and Culture Stewardship**
*Processes in place for strategic execution aligned with Strategy
Maps and Scorecards;
Metrics-based management of culture and engagement*

*CYPRESS   making the mind the heart of the enterprise*

13                                              Cypress Tree Corp. – **CONFIDENTIAL**







### CypressTree Corp.

- CypressTree Corp. was founded by Deborah Mitchell in 1996 when her consulting business grew to the point that a full-time focus was needed.  Staffed by experts in strategy, research, communications, training and related areas on a project-needed basis, today CypressTree works selectively with a handful of global and US-based clients.

- Our slogan, *"Making the Mind the Heart of the Enterprise,"* reflects our promise: we will help you successfully connect brand and behavior, knowledge and leadership, strategy formulation and execution—both outside and inside your organization.

- We are a consulting firm that believes strategy must be coupled with successful implementation.  To that end, two key hallmarks of our work are:
  - We leverage the value in the latest and best that academia has to offer—while making it work in our clients' real-world settings.  No "pie-in-the-sky" here—we translate and operationalize to make sure that ideas, tools and strategies are actually used (even after the engagement is over and we leave)!
  - We offer services as well as tactical tools to help with change management & adoption.  Whether it's via training, or periodic check-ins, or other kinds of scaffolding—we make sure that an engagement has 'legs' going forward, and across the rest of the firm.

- CypressTree as a female-owned Ohio-based small business is currently in the process of registering with Ohio DAS for EDGE certification.









## Cost, Terms, and Duration

- ◆ Consulting fees for this initiative are as follows:

  – Change Transformation Program Consulting Support (Phases II-IV): $189,000

    This fee provides for the following services:

    Up to 60 hours per month of program-related consulting services associated with Phases II-IV activities (e.g., strategy consulting with units, creation and delivery of assessments, coaching as part of employee engagement initiatives, etc.). Of these 60 hours per month, up to 4 full days (32 hours) can be delivered onsite, with additional onsite presence possible within the 60 hours if based on mutual agreement and scheduling availability.

- ◆ As is standard practice the fee excludes expenses. Any reimbursable program-related expenses must be approved by ODM and CypressTree in advance.

- ◆ Invoices are payable on receipt. For payments not received within 45 days of the date of invoice, a finance charge of 5% will be charged and interest will accrue at 12% per annum.

- ◆ CypressTree Corp. can begin work on this project in August 2015 with an estimated completion within the proposed timeframe (i.e., by July 2016).



CYPRESS   *making the mind the heart of the enterprise*

22                                                          Cypress Tree Corp. – **CONFIDENTIAL**

## General Provisions

- ◆ Our ability to carry out this work is heavily dependent upon our past experience in providing similar services to others, and we expect to continue with such work in the future. Information that has been, and will be gathered from publicly-available sources may be utilized in other CypressTree multi-client and/or proprietary work. Tools and frameworks utilized in this project will remain the sole property of CypressTree Corp. However, the specific organization and presentation of such material will be considered proprietary to ODM and will be kept confidential. Furthermore, CypressTree Corp. will not use any proprietary information learned during past work and, likewise, we will preserve the confidential nature of any information received from the Client in accordance with our established professional standards:

  – Any confidential information provided to CypressTree Corp. by the client will be kept confidential unless:
    - ◆ It is, or becomes, publicly available through no fault of CypressTree Corp.
    - ◆ It is already in the possession of CypressTree Corp. or is disclosed to CypressTree Corp. by a third party who has the right to disclose such information.
  – Information developed for the Client that is specific to their business and/or not easily gleaned from public sources will also be kept confidential.

- ◆ We devote our best efforts to the work under this agreement. The findings, conclusions and recommendations we offer will be our best judgment based on the information available to us. In any event, our liability will not be greater than the amount paid to us for professional services rendered on this project.

CYPRESS   *making the mind the heart of the enterprise*

23                                                          Cypress Tree Corp. – **CONFIDENTIAL**



**Ohio**
Department of Medicaid

*Next Steps in Change Transformation:*
*Alignment and Engagement*

**Proposal Summary**

CYPRESS  *making the mind the heart of the enterprise*

---

**Proposal Summary**

| Start Date: | • August 2015 |
|---|---|
| Finish Date: | • July 2016 |
| Cost: | • $189,000 |
| Project Leader: | • Deborah Mitchell, CypressTree Corp. |
| Project Deliverables: | • Unit Strategy Maps completed for up to 7 units, in collaboration with ODM leadership and staff.<br><br>• Scorecards created for the organization as well as up to 7 units, in collaboration with ODM leadership and staff. As part of creating and implementing scorecards, CypressTree will assist in defining a process for their ongoing use.<br><br>• Targets, initiatives and action plans identified for the organization as well as up to 7 units, in collaboration with ODM leadership and staff.<br><br>• Two major educational / engagement-focused initiatives (including one utilizing Learning Maps methodology) designed and implemented organization-wide in collaboration with ODM leadership and staff. |

CYPRESS  *making the mind the heart of the enterprise*

## Agreement

- To authorize CypressTree Corp. to proceed with this work, please sign and return (via email, fax or mail) a copy of this page of the proposal, thereby approving all previous pages.

Accepted for CypressTree Corp.　　　　　　　　　Accepted for Ohio Department of Medicaid

By:_____　　　By:_____

Title:　Deborah J. Mitchell, President　　　　　Title:_____

Date:_____　　Date:_____

*CYPRESS  making the mind the heart of the enterprise*

26　　　　　　　　Cypress Tree Corp. – **CONFIDENTIAL**



## Ohio
Department of Medicaid

*Next Steps in Change Transformation:*
**Alignment and Engagement**

## Contact Information

*CYPRESS  making the mind the heart of the enterprise*

27　　　　　　　　Cypress Tree Corp. – **CONFIDENTIAL**

## Contact Information



# Evans Exhibit N

**From:** Mitchell, Deborah J. <mitchell.1120@osu.edu>
**Sent:** Tuesday, July 21, 2015 3:04 PM
**To:** Chaney, Douglas
**Subject:** call me? or should I call your office?

Hi Doug…I don't have your office number, I left a vm on your cell or you can call me (614-531-9995).  Thanks.

Deb

**From:** Douglas.Chaney@medicaid.ohio.gov [mailto:Douglas.Chaney@medicaid.ohio.gov]
**Sent:** Monday, July 20, 2015 1:49 PM
**To:** Mitchell, Deborah J.
**Subject:** RE: talk today?

| This message was sent securely using ZixCorp. |
| --- |

Hey Deb,

Today has been a typical busy Monday.  Can we talk tomorrow at 3:00?  I have some trainings in the morning.

Thanks

Doug

---

**From:** Mitchell, Deborah J. [mailto:mitchell.1120@osu.edu]
**Sent:** Monday, July 20, 2015 8:52 AM
**To:** Chaney, Douglas
**Subject:** talk today?

Hi Doug,

Good morning, hope you had a good weekend!

Here is my availability for a phone or in-person meeting to discuss the proposal I gave you:

Monday free noon – 4:30 pm
Tuesday free 8:30 am – 5:00 pm
Wednesday free 8:00 am – noon
Thursday out
Friday free 8:00 – 5:00 pm

Let me know if any of these windows work for you, otherwise I can try to move some things around to open up additional windows.  Thanks.

Take care,
Deb

1

---------------------------------------------------------------------
This message was secured by **ZixCorp**(R).

**THE OHIO STATE UNIVERSITY** | **Office of the Chief Information Officer**

Why was this message secured? Visit us online for news, system status, and access to IT help and services.

2

# Evans Exhibit O

**From:**          Chaney, Douglas <Douglas.Chaney@medicaid.ohio.gov>
**Sent:**          Thursday, July 23, 2015 8:23 AM
**To:**            Demory, Jennifer
**Subject:**       Mitchell Proposal
**Attachments:**   ODM CypressTree Proposal - July 22 2015 - FULL SLIDES.PDF

Jennifer,

Hope you are enjoying the beach.  Deb needed to make a few changes to her proposal and I got it back yesterday afternoon.  I have attached it for your review.  I told her we may have to break the work up into pieces and price accordingly.  We have a meeting with Heather to review and discuss such issues on Monday afternoon.  When you have time please let me know you thoughts on the proposal. I look forward to hearing them.

Doug

1



## *Next Steps in Change Transformation:*
## Alignment and Engagement

**CypressTree Corp.**

**Proposal Draft, prepared for Ohio Department of Medicaid**

*July 22, 2015*



*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# Table of Contents

◆ **Overview**                                                                    **Page 3**

  – **Context**
  – **Goals, Nature and Objectives of the Initiative**
  – **The CypressTree Approach**

◆ **Content and Methodology**                                                      **Page 12**

◆ **Timeline and Key Dates**                                                       **Page 15**

◆ **Staffing and Qualifications**                                                  **Page 17**

◆ **Cost, Terms, Duration and General Provisions**                                 **Page 22**

◆ **Proposal Summary**                                                             **Page 25**

◆ **Contact Information**                                                          **Page 28**

*CYPRESS* *making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# List of Figures

♦ **Figure 1: Four-Phase Change Transformation Process**          **Page 5**

♦ **Figure 2: Stages in Building Personal Engagement with Change**          **Page 7**

♦ **Figure 3: High-Level Overview of Content and Methodology**          **Page 14**

C Y P R E S S   *making the mind the heart of the enterprise*

Cypress Tree Corp.. –  **CONFIDENTIAL**



*Next Steps in Change Transformation:*
**Alignment and Engagement**

# Overview



*making the mind the heart of the enterprise*

Cypress Tree Corp.. –  **CONFIDENTIAL**

# Context

♦ **ODM seeks breakthrough innovation and transformation in its relatively-new role as a start-up organization (formed in July 2013). The change process initiated with ODM's formation has hinged on a redefined business model as well as transformation on four key dimensions: people, structure, process and technology. ODM requested assistance early on from Deloitte to support the agency's operational transition and stabilization. In July 2014 ODM created a Strategic Leadership Development training program in partnership with the Fisher College of Business at The Ohio State University to assist in the development and actualization of the "people" dimension. The five-month program –designed and led by Dr. Deborah Mitchell as Clinical Professor at Fisher— equipped ODM leaders with skills in branding, strategy formulation, innovation and change management.**

♦ **Working closely with Dr. Mitchell (who also serves as President of CypressTree Corp), ODM leaders have now clarified and defined a brand platform and desired culture, one that embodies the ODM Core Purpose, Core Values, Customer Value Strategy and Organizational Personality. In addition, ODM has clarified and defined its strategic "game plan" as captured in the organization-wide ODM Strategy Map. These "tentpole" components for change were introduced to the broader organization in an All-Staff Meeting on April 13, 2015.**

♦ **The important work of ODM brand definition and strategy mapping, culminating in the outputs revealed at the April 13, 2015 All-Staff Meeting, represents Phase I of the four-phase Change Transformation Process illustrated in Figure 1.**

CYPRESS

*making the mind the heart of the enterprise*

**4**

Cypress Tree Corp.. – **CONFIDENTIAL**

# Figure 1: Four-Phase ODM Change Transformation Process



*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# Context *(continued)*

♦ The ODM change process today is at a critical juncture. In order to (a) create the desired culture, and (b) execute effectively on the chosen organization-wide strategy, we must achieve high levels of alignment and engagement among ODM stakeholder groups. That is, the primary focus of the change process is shifting from brand definition and strategy formulation to organization-wide alignment, execution and engagement—areas that build on and extend the work already completed while working with Dr. Mitchell. In terms of Figure 1, ODM must now make the shift from Phase I to the remaining Phases of the Change Transformation Process.

♦ The consulting services described here will address <u>three key ODM needs for change support</u>: (1) align the organization by extending strategy formulation to the unit level, creating unit strategy maps cascading further to individual development plans (Phase II as shown in Figure 1); (2) strengthen alignment and execution through the development of organization-wide and unit scorecards (Phase III as shown in Figure 1); (3) educate and communicate to create meaning and maximize engagement among ODM employees (Phase IV as shown in Figure 1). Phase IV is particularly critical in supporting the necessary development of commitment to change among stakeholders across the ODM organization. The stages in this process and Phase are illustrated in Figure 2.

♦ By addressing these needs in partnership with CypressTree, ODM will accelerate stakeholder groups' commitment to the ODM vision and strategy, heighten organizational alignment and maximize the effectiveness of strategic execution.

C Y P R E S S *making the mind the heart of the enterprise*

6

Cypress Tree Corp.. – **CONFIDENTIAL**

# Figure 2: Stages in Building Personal Engagement with Change



*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# Goals, Nature and Objectives of the Initiative

- **The goals of this initiative are to assist ODM in its continuing change process:**

    - Cascading the newly-defined organization-wide strategy to units and ultimately individuals' activities. This will include creation of targets and initiatives / action plans to help drive strategic execution.

    - Creation of organization-wide and unit scorecards, supplemented with a framework and planning process for their use.

    - Design and implementation of educational / engagement-focused approaches that create meaning & commitment to change.

    - Equip ODM to maintain and drive the strategy (new processes, tools and metrics ) going forward through intentional, structured Knowledge Transfer from CypressTree to designated ODM leaders and staff.

- **The nature of the initiative is consultative, with services provided by CypressTree as led by Dr. Deborah Mitchell, delivered regularly and in collaboration with ODM leadership over the time period July 2015-July 2016.**



CYPRESS   *making the mind the heart of the enterprise*

8

Cypress Tree Corp.. – **CONFIDENTIAL**

# Goals, Nature and Objectives of the Initiative

♦ **Objectives include the creation of the following deliverables:**

– Unit Strategy Maps are completed for up to 7 units, in collaboration with ODM leadership and staff.

– Strategic action plans—i.e., targets, strategic initiatives and implementation plans are identified / designed for the organization as well as up to 7 units, in collaboration with ODM leadership and staff.

– Scorecards are created for the organization as well as up to 7 units, in collaboration with ODM leadership and staff. As part of creating and implementing scorecards, CypressTree will assist in defining a process for their ongoing use—as well as equip ODM staff to monitor and coach users in ongoing implementation.

– Two major educational / engagement-focused initiatives (each using proven methodologies grounded in research on effective change management) will be designed and implemented organization-wide in collaboration with ODM leadership and staff. Metrics and tracking mechanisms will be used to measure and assess the effectiveness of the initiatives in terms of increases in engagement as well as alignment.

– A framework, mechanisms and supporting tools for Knowledge Transfer are put into place so that ODM leaders and staff will be equipped to maintain the Strategy Maps, Scorecards and methodology supporting them going forward.



*making the mind the heart of the enterprise*

CYPRESS

Cypress Tree Corp.. – **CONFIDENTIAL**

# The CypressTree Approach

♦ **We have developed a structured set of consulting, coaching and training processes to help organizations:**

  – Surface, clarify and define brand identity (core purpose, core values, customer value strategy and organizational personality).

  – formulate and clarify organizational strategy, as captured in specified strategy tools such as Strategy Maps and Balanced Scorecards.

  – plan and execute the strategy, using specified execution tools.

  – align the organization as well as integrate both strategy development and execution across multiple units and the brand architecture.

  – Create meaning and connections through research-supported engagement initiatives that deliver measurable impact on employee enthusiasm (loyalty, understanding, commitment, expertise).

♦ <u>Consulting and related activities are always tied to particular project applications and deliverables</u>. This means success is grounded in partners being able to do things differently and achieve breakthrough outcomes as a result of working with CypressTree.



CYPRESS *making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# The CypressTree Approach

♦ Whether engaged in facilitated process-based consulting, coaching or training, we at CypressTree follow the old adage "Be a Guide on the Side, not a Sage on the Stage." We enable intense structured effort and focus to occur—while still keeping individuals and teams on track, driving toward the finish line.

♦ We know where individuals and teams often run into trouble, and we know what tends to help. Expect the unexpected! Yes, in our sessions and programs participants gain knowledge and develop skills. But in addition, expect discoveries, insights, and decisions that would not have surfaced or would otherwise have slipped through the cracks—all gained through a comprehensive, disciplined approach facilitated by experienced outside experts.

♦ Most importantly, every touchpoint in the process is designed to have impact on the organization—driving organizational outcomes and success.



CYPRESS

*making the mind the heart of the enterprise*

**11**

Cypress Tree Corp.. – **CONFIDENTIAL**



*Next Steps in Change Transformation:*
**Alignment and Engagement**

# Content and Methodology



*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# Content & Methodology

♦ **Specific content will be determined working collaboratively with ODM, but a suggested structure with detailed content is provided on the following pages.**

♦ **Our methodology or approach will emphasize a rhythm of**

– **Presentation of new content, supported by facilitated discussion and coaching.**

– **Participants practice using new frameworks and applying new skills in a easily-accessible context.  Methods used include analysis, breakout exercises, and facilitated discussion.**

– **Presentation / addition of new complexity.**

– **Participants revisit and apply new frameworks & skills in a more difficult context.  Again, methods emphasize actual applications (breakouts, etc.) as well as ODM-specific deliverables (e.g., unit maps, scorecards, strategic action plans, etc.).**

– **Knowledge transfer is ensured before moving on to next steps.  Coaching and instruction provided to key internal staff in frameworks, tools and knowledge of their application for use beyond the initiative means that the initiative "lives on" long after CypressTree ceases to play a consultative role.**

CYPRESS

*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# Figure 3: High-Level Overview of the Initiative

**Phase II** is the heart of **Strategic Management.** Strategy is formulated, strategic plans (based on clearly-aligned initiatives and targets) are identified, and all activities are aligned with the overall organizational strategy / initiatives / targets.

### Change Transformation Process, Phases II and III

*Broad roll-out / cascade of Strategy Mapping*
*Introduction of Balanced Scorecard with supporting scorecards*
*Initiatives, Targets and Connections to Performance Management*

**Phase III** reflects the critical aspects of operational **Alignment**, based on **tracking, monitoring, assessment and adaptation** necessary to support strategy. The identification of strategic metrics and ultimately scorecards for the organization as well as units ensures that key success factors are in place.

### Change Transformation Process, Phase IV

*Design and implementation of metrics-based assessment (change readiness, future-state understanding and engagement)*
*Consulting and support in use of research-based approaches as well as related supporting tools*

**Phase IV** is the heart of **Cultural Transformation**. Given the old adage, "Culture Eats Strategy," it is critical that proven, research-based tools and processes are designed / implemented to support the adoption of the new strategy and path to the Future State. All employees must not only hear about, but embrace, the new direction.

### System for Ongoing Strategy Management, Employee Engagement and Culture Stewardship

*Knowledge Transfer: Supporting processes in place for strategic execution aligned with Strategy Maps and Scorecards; Metrics-based management of culture and engagement*

**Throughout the initiative and continuing afterward,** a commitment to **Knowledge Transfer** ensures that all the investment in human capital, tools, frameworks, scorecards and supporting data collection / management processes is realized, and continues forward and is leveraged.



C Y P R E S S

*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**



*Next Steps in Change Transformation:*
**Alignment and Engagement**

# Timeline



Cypress Tree Corp.. – **CONFIDENTIAL**

# Timeline

◆ **Proposed timing of this initiative is August 2015 – July 2016, with the understanding that Phases II, III and IV ideally should be implemented concurrently. In this way strategy continues to be formulated at the unit level, and scorecards are developed, even as the broader employee work force starts to engage with and develop understanding around the organization's new direction, supporting tools and desired Future State.**

◆ **CypressTree is positioned ideally to be a central partner throughout the initiative with the understanding that the three phases are implemented in parallel.**



*making the mind the heart of the enterprise*

CYPRESS

16

Cypress Tree Corp.. – **CONFIDENTIAL**



*Next Steps in Change Transformation:*
**Alignment and Engagement**

# Staffing and Qualifications



making the mind the heart of the enterprise

**17**

Cypress Tree Corp.. – **CONFIDENTIAL**

# CypressTree Corp.

♦ **CypressTree Corp. was founded by Deborah Mitchell in 1996 when her consulting business grew to the point that a full-time focus was needed. Staffed by experts in strategy, research, communications, training and related areas on a project-needed basis, today CypressTree works selectively with a handful of global and US-based clients.**

♦ **Our slogan, *"Making the Mind the Heart of the Enterprise,"* reflects our promise: we will help you successfully connect brand and behavior, knowledge and leadership, strategy formulation and execution—both outside and inside your organization.**

♦ **We are a consulting firm that believes strategy must be coupled with successful implementation. To that end, two key hallmarks of our work are:**

- **We leverage the value in the latest and best that academia has to offer—while making it work in our clients' real-world settings. No "pie-in-the-sky" here—we translate and operationalize to make sure that ideas, tools and strategies are actually used (even after the engagement is over and we leave)!**

- **We offer services as well as tactical tools to help with change management & adoption. Whether it's via training, or periodic check-ins, or other kinds of scaffolding—we make sure that an engagement has 'legs' going forward, and across the rest of the firm.**

♦ **CypressTree as a female-owned Ohio-based small business is currently in the process of registering with Ohio DAS for EDGE certification.**

*making the mind the heart of the enterprise*

CYPRESS

Cypress Tree Corp.. – **CONFIDENTIAL**

# Value-creating Services & Products at CypressTree Corp.

- ◆ **We generate value for our clients across three key domains:**
    - ❖ **Strategic Consulting**
        - • **Strategy Mapping and Balanced Scorecard**
        - • **Customer Value Strategy Formulation**
        - • **Creating Brandwoven™ Organizations:  Think, Feel, Say, Do**
        - • **Managing the Brand Architecture:  Competitive and portfolio issues**
        - • **Revitalizing the Brand:  When the brand is sick or threatened**

    - ❖ **Tactical Toolbox**
        - • **Strategic guideposts: Values-based and Competency-based Assessments**
        - • **Tools for Organizational Change**
        - • **Research Design and Analysis**
        - • **Communications  Programs**

    - ❖ **Executive Education and Training**
        - • **Coaching**
        - • **Live-delivery Training Programs and Seminars**
        - • **Distance Learning Options**
        - • **Learning Assessment Tools**

CYPRESS  *making the mind the heart of the enterprise*

**19**

Cypress Tree Corp.. –  **CONFIDENTIAL**

# A Sample of CypressTree Clients



Cypress Tree Corp.. – **CONFIDENTIAL**

# President



**Deborah Mitchell, Ph.D.**

♦ Deborah received her Ph.D. in marketing and behavioral science from the University of Chicago. Her expertise lies in the development of marketing excellence at the organizational and individual levels—she applies this expertise in academic teaching, consulting and coaching.

♦ As an academic, Deborah's scholarly work has appeared in leading research journals including the *Journal of Consumer Research,* the *Journal of Advertising* and the *Journal of Behavioral Decision-Making.* She has been a faculty member at leading business schools including the Wharton School (University of Pennsylvania) and Stanford University Graduate School of Business, and has served as Executive Director of the Center for Brand and Product Management at the University of Wisconsin-Madison. Today Deborah is an Associate Clinical Professor at The Ohio State University in addition to President of CypressTree Corp.



C Y P R E S S  *making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**



*Next Steps in Change Transformation:*
**Alignment and Engagement**

# Cost, Terms, Duration and General Provisions



*making the mind the heart of the enterprise*

**22**

Cypress Tree Corp.. – **CONFIDENTIAL**

# Cost, Terms, and Duration

- **Consulting fees for this initiative are as follows:**

  — **Change Transformation Program Consulting Support (Phases II-IV): $189,000, payable in increments agreeable to both parties (e.g., monthly or quarterly).**

    **This fee provides for the following services:**

  **Up to 60 hours per month of program-related consulting services associated with Phases II-IV activities (e.g., strategy consulting with units, creation and delivery of assessments, coaching as part of employee engagement initiatives, etc.). Of these 60 hours per month, up to 4 full days (32 hours) can be delivered onsite, with additional onsite presence possible within the 60 hours if based on mutual agreement and scheduling availability.**

- **As is standard practice the fee excludes expenses. Any reimbursable program-related expenses must be approved by ODM and CypressTree in advance.**

- **Invoices are payable on receipt. For payments not received within 45 days of the date of invoice, a finance charge of 5% will be charged and interest will accrue at 12% per annum.**

- **CypressTree Corp. can begin work on this project in August 2015 with an estimated completion within the proposed timeframe (i.e., by July 2016).**

CYPRESS

*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# General Provisions

♦ **Our ability to carry out this work is heavily dependent upon our past experience in providing similar services to others, and we expect to continue with such work in the future.  Information that has been, and will be gathered from publicly-available sources may be utilized in other CypressTree multi-client and/or proprietary work.   Tools and frameworks utilized in this project will remain the sole property of CypressTree Corp.  However, the specific organization and presentation of such material will be considered proprietary to ODM and will be kept confidential.  Furthermore, CypressTree Corp. will not use any proprietary information learned during past work and, likewise, we will preserve the confidential nature of any information received from the Client in accordance with our established professional standards:**

- **Any confidential information provided to CypressTree Corp. by the client will be kept confidential unless:**
  - **It is, or becomes, publicly available through no fault of CypressTree Corp.**
  - **It is already in the possession of CypressTree Corp. or is disclosed to CypressTree Corp. by a third party who has the right to disclose such information.**

- **Information developed for the Client that is specific to their business and/or not easily gleaned from public sources will also be kept confidential.**

♦ **We devote our best efforts to the work under this agreement.  The findings, conclusions and recommendations we offer will be our best judgment based on the information available to us.  In any event, our liability will not be greater than the amount paid to us for professional services rendered on this project.**

CYPRESS

*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**



*Next Steps in Change Transformation:*
**Alignment and Engagement**

# Proposal Summary



Cypress Tree Corp.. – **CONFIDENTIAL**

# Proposal Summary

| | |
|---|---|
| **Start Date:** | ▪ **August 2015** |
| **Finish Date:** | ▪ **July 2016** |
| **Cost:** | ▪ **$189,000** |
| **Project Leader:** | ▪ **Deborah Mitchell, CypressTree Corp.** |
| **Project Deliverables:** | ▪ **Unit Strategy Maps completed for up to 7 units, in collaboration with ODM leadership and staff.**<br><br>▪ **Scorecards created for the organization as well as up to 7 units, in collaboration with ODM leadership and staff.  As part of creating and implementing scorecards, CypressTree will assist in defining a process for their ongoing use.**<br><br>▪ **Targets, initiatives and action plans identified for the organization as well as up to 7 units, in collaboration with ODM leadership and staff.**<br><br>▪ **Two major research-based educational / engagement-focused initiatives designed and implemented organization-wide in collaboration with ODM leadership and staff.  At least one of these initiatives will be based on research regarding how to leverage visual learning and metaphors to understand and embrace change.** |

CYPRESS *making the mind the heart of the enterprise*

Cypress Tree Corp.. –  **CONFIDENTIAL**

# Agreement

♦ **To authorize CypressTree Corp. to proceed with this work, please sign and return (via email, fax or mail) a copy of this page of the proposal, thereby approving all previous pages.**

**Accepted for CypressTree Corp.**                    **Accepted for Ohio Department of Medicaid**

**By:**_____                    **By:**_____

**Title:  Deborah J. Mitchell, President**              **Title:**_____

**Date:**_____                   **Date:**_____



CYPRESS *making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**



*Next Steps in Change Transformation:*
**Alignment and Engagement**

# Contact Information



*making the mind the heart of the enterprise*

Cypress Tree Corp.. – **CONFIDENTIAL**

# Contact Information



**CypressTree Corp.**
**Deborah J. Mitchell, Ph.D.**
**President**
**deborah@cypresstree.com**

*Mailing Address:*
**2783 Martin Road, #358**
**Dublin, OH 43017**
*Phone:* **614.531.9995**
*Fax:* **312.264.2361**

making the mind the heart of the enterprise

29

Cypress Tree Corp.. – **CONFIDENTIAL**

# Evans Exhibit P

**OHIO DEPARTMENT OF MEDICAID**
**CONTRACT FOR SERVICES**

**C-1617-03-0199**

**RECITALS:**

This Contract is entered into between the Ohio Department of Medicaid (ODM) and CypressTree Corp. (CONTRACTOR).

A.  ODM received a proposal from CONTRACTOR titled Next Steps in Change Transformation: Alignment and Engagement and dated July 23, 2015, which is hereby incorporated and attached (Attachment B).

B.  In the event of any inconsistency or ambiguity between the provisions of the Proposal, or this Contract, the provisions of this Contract will determine the obligations of the parties.  In the event of a disputed issue that is not addressed in any of the aforementioned documents, the parties hereby agree to make every reasonable effort to resolve this dispute in keeping with the objectives of this Contract and the budgetary and statutory constraints of ODM.

**ARTICLE I. PURPOSE; DELIVERABLES**

A.  CONTRACTOR will perform activities identified in the Proposal as Phases II-IV under this Contract (Deliverables) in accordance with the Proposal, and are summarized as follows:

1.  Unit Strategy Maps completed for up to 7 units, in collaboration with ODM leadership and staff.

2.  Scorecards created for the organization as well as up to 7 units, in collaboration with ODM leadership and staff. As part of creating and implementing scorecards, CONRACTOR will assist in defining a process for their ongoing use.

3.  Targets, initiatives and action plans identified for the organization as well as up to 7 units, in collaboration with ODM leadership and staff.

4.  Two major research-based educational / engagement-focused initiatives designed and implemented organization-wide in collaboration with ODM leadership and staff. At least one of these initiatives will be based on research regarding how to leverage visual learning and metaphors to understand and embrace change.

For the activities listed above, CONTRACTOR will provide up to 60 hours per month of program-related consulting services associated with Phases II-IV activities (e.g., strategy consulting with units, creation and delivery of assessments, coaching as part of employee engagement initiatives, etc.). Of these 60 hours per month, up to 4 full days (32 hours) may be delivered onsite, with additional onsite presence possible within the 60 hours if based on mutual agreement and scheduling availability.

B.  The ODM Contract Manager is Doug Chaney or successor.

C.  The ODM Contract Manager may periodically communicate specific requests and instructions to CONTRACTOR concerning the performance of the Deliverables described in this Contract. CONTRACTOR agrees to comply with any requests or instructions to the satisfaction of ODM within ten business days after CONTRACTOR's receipt of the requests or instructions. ODM and CONTRACTOR expressly understand that any requests or instructions will be strictly confined to ensure the successful completion of the Deliverables described in this Contract, and are not intended to amend or alter this Contract in any way. If CONTRACTOR believes that any requests or instructions would materially alter the terms and conditions of this Contract or the compensation stated hereunder, CONTRACTOR will immediately notify ODM pursuant to the notice provision of this Contract. CONTRACTOR agrees to consult with the ODM Contract Manager as necessary to ensure understanding of the Deliverables and the successful completion thereof.

D.  **Ownership of Deliverables.**  The Deliverables produced by CONTRACTOR under this Contract will be copyrighted in the name of CONTRACTOR. However, CONTRACTOR is required to obtain prior approval from ODM for release of any results, including preliminary and/or final results, related to funded projects or funded data

under this Contract, and any documents, reports, data, photographs (including negatives), electronic reports and records, and other media under this Contract. CONTRACTOR hereby grants to ODM, for ODM's internal purposes only, a perpetual, royalty free, non-exclusive, and irrevocable license to use, reproduce, publish, modify, and distribute any Deliverable either in whole or in part, and to produce derivative works. These licensed rights are limited to within ODM and do not grant ODM a right to publicly publish or distribute any Deliverable or to produce derivative works for anything other than internal use, publication, and distribution. CONTRACTOR will assure that all products contain appropriate copyright attribution and ODM will treat Deliverable products as the intellectual property of CONTRACTOR for purposes of ORC 149.43.

## ARTICLE II. EFFECTIVE DATE OF THE CONTRACT

A.    This Contract is in effect from September 4, 2015 or upon issuance of an approved State of Ohio purchase order, whichever is later, through August 31, 2016, unless this Contract is suspended or terminated prior to the expiration date.

B.    It is expressly understood by both ODM and CONTRACTOR that this Contract will not be valid and enforceable until the Director of the Ohio Office of Budget and Management, first certifies, pursuant to Section 126.07 of the Ohio Revised Code (ORC), that there is a balance in the appropriation not already allocated to pay existing obligations. The ODM Contract Manager will notify CONTRACTOR when this certification is given.

## ARTICLE III. COMPENSATION

A.    The total amount payable under this Contract is One Hundred Eight-Nine Thousand and 00/100 Dollars ($189,000.00). ODM will pay an amount up to One Hundred Forty-One Thousand Seven Hundred Fifty and 00/100 Dollars ($141,750.00) for State Fiscal Year State Fiscal Year (SFY) 16 and up to Forty-Seven Thousand Two Hundred Fifty and 00/100 Dollars ($47,250.00) for State Fiscal Year SFY17 expressly for the completion of the Deliverables. CONTRACTOR understands that the terms of this Contract do not provide for compensation in excess of the total amount listed in this section. CONTRACTOR hereby waives the interest provisions of ORC 126.30.

B.    CONTRACTOR will be paid a monthly fee of $15,750.00.

C.    CONTRACTOR will submit detailed invoices on a monthly basis in one of the following manners with a copy to the Contract Manager:

**E-Mail:**    invoices@ohio.gov (the preferred file type for email attachments is .pdf.).

**Mail:**    Ohio Shared Services
P.O. Box 182880
Columbus, Ohio 43218-2880

**Fax:**    614.485.1039

CONTRACTOR agrees to use an invoice instrument to be prescribed by ODM and will include in each invoice:

1.    CONTRACTOR's name, complete address, and federal tax identification number;

2.    Contract number and dates;

3.    Purchase order number;

4.    Amount and purpose of the invoice, including such detail as required per the compensation section of this Contract, deliverables completed, description of services rendered, hourly rates and numbers of hours (if applicable), amount of monthly fee (if applicable), and itemized travel and other expenses if permitted by this Contract;

5.    Description of Deliverables performed during the billing period;

6.      Receipt of other proof of cost; and

7.      Other documentation requested by ODM.

D.      CONTRACTOR expressly understands that ODM will not compensate CONTRACTOR for any work performed prior to CONTRACTOR's receipt of notice from the ODM Contract Manager that the provisions of ORC 126.07 have been met as set forth in ARTICLE II, nor for work performed after the ending date of this Contract.

E.      CONTRACTOR expressly understands that ODM does not have the ability to compensate CONTRACTOR for invoices submitted after the State of Ohio purchase order has been closed. CONTRACTOR must submit final invoices for payment no later than 90 calendar days after the ending date of this Contract. Failure to do so will be deemed a forfeiture of the remaining compensation due hereunder.

F.      CONTRACTOR understands that availability of funds is contingent on appropriations made by the Ohio General Assembly or by funding sources external to the State of Ohio, such as federal funding. If the Ohio General Assembly or the external funding source fails at any time to continue funding ODM for the payments due under this Contract, this Contract will be terminated as of the date funding expires without further obligation of ODM or the State of Ohio.

G.      CONTRACTOR and ODM understand that the terms of this Contract, when combined with any other payments made to or open encumbrances with CONTRACTOR during the same State Biennium, cannot establish compensation in excess of Fifty Thousand and 00/100 Dollars ($50,000.00) aggregate without prior approval from the State Controlling Board in accordance with ORC 127.16.

### ARTICLE IV. SUSPENSION AND TERMINATION, BREACH AND DEFAULT

A.      This Contract will automatically terminate upon expiration of the time period in ARTICLE II, or upon completion of all Deliverables, or once all of the compensation has been paid.

B.      Notwithstanding other provisions in this Article, either party may terminate this Contract at will by giving 90 calendar days written notice to the other party.  Upon a 30 calendar day written notice to CONTRACTOR, ODM may suspend this Contract at ODM's sole discretion.

C.      Notwithstanding the provision of Section A, above, ODM may suspend or terminate this Contract immediately upon delivery of a written notice to CONTRACTOR if:

1.      ODM loses funding as described in ARTICLE III;

2.      ODM discovers any illegal conduct by CONTRACTOR; or

3.      CONTRACTOR has violated any provision of ARTICLE IX.

D.      Unless provided for in Sections A, B and C of this Article, CONTRACTOR will have 30 calendar days within which to cure any breach that is curable after receipt of written notice from ODM that CONTRACTOR is in breach of any of its obligations under this Contract. If CONTRACTOR fails to cure the breach within the 30 calendar days after written notice or if the breach is not curable, ODM may immediately suspend or terminate this Contract. ODM may also suspend or terminate this Contract when breaches are persistent, regardless of whether they are cured within 30 calendar days. For purposes of this Section, "persistent" means that ODM has notified CONTRACTOR three times in writing of CONTRACTOR's failure to meet any of its contractual obligations. The three notices do not have to relate to the same obligation or type of failure. After the third notice, ODM may suspend or terminate this Contract without a cure period if CONTRACTOR again fails to meet any contractual obligation. At the sole discretion of ODM, certain instances of breach may require a shorter cure period than the 30 calendar days generally applicable in this Section. In such instances, ODM will include in its notice of breach the shorter cure period deemed appropriate.

E.      CONTRACTOR, upon receiving notice of suspension or termination, will:

1.      Cease performance of the suspended or terminated Deliverables;

2. Take all necessary steps to limit disbursements and minimize costs including, but not limited to, suspending or terminating all contracts and subgrants related to suspended or terminated Deliverables;

3. Prepare and furnish a report to ODM, as of the date the notice of termination or suspension was received, that describes the status of all Deliverables and includes the results accomplished and the conclusions reached through Deliverables;

4. Return all records in their native format relating to cost, work performed, supporting documentation for invoices submitted to ODM, and copies of all materials produced under or pertaining to this Contract; and

5. Perform any other tasks ODM requires.

F. In the event of suspension or termination under this Article, ODM will, upon receipt of a proper invoice from CONTRACTOR, determine the amount of any unpaid Contract funds due to CONTRACTOR for Deliverables performed before CONTRACTOR received notice of termination or suspension. In order to determine the amount due to CONTRACTOR, ODM will base its calculations on the payment method described in ARTICLE III and any funds previously paid by or on behalf of ODM. ODM will not be liable for any further claims submitted by CONTRACTOR.

G. If ODM terminates this Contract for any reason provided in this Article, except for termination at will pursuant to Section B or termination for loss of funding pursuant to Section C, ODM will be entitled to utilize another contractor to complete the Deliverables of this Contract on any commercially reasonable terms as ODM and the covering contractor may agree. In this event, CONTRACTOR will be liable to ODM for all costs related to covering the project to the extent that such costs, when combined with payments already made to CONTRACTOR prior to termination, exceed the costs that ODM would have incurred under this Contract. CONTRACTOR's liability under this Section is in addition to any other remedies available to ODM pursuant to this Contract.

H. Upon CONTRACTOR's breach or default of provisions, obligations, or duties embodied in this Contract or any term of an award, a federal statute or regulation, an assurance, a State plan or application, a notice of award, or other applicable rule, ODM reserves the right to exercise any administrative, contractual, equitable, or legal remedies available without limitation. Any waiver by ODM of an occurrence of breach or default is not a waiver of subsequent occurrences. If ODM or CONTRACTOR fails to perform any obligation under this Contract and the other party subsequently waives the failure, the waiver will be limited to that particular occurrence of a failure and will not be deemed to waive other failures that may occur. Waiver by ODM will not be effective unless it is in writing signed by the ODM Director.

## ARTICLE V. NOTICES

A. ODM and CONTRACTOR agree that communication regarding Deliverables, scope of work, invoice or billing questions, or other routine instructions will be between CONTRACTOR and the identified ODM Contract Manager.

B. Notices to ODM from CONTRACTOR that concern changes to CONTRACTOR's principal place of operation, billing address, legal name, federal tax identification number, mergers or acquisitions, corporate form, excusable delay, termination, bankruptcy, assignment, any notice pursuant to ARTICLE IX, and/or any other formal notice regarding this Contract will be sent to the ODM Chief Legal Counsel, Office of Chief Legal, 50 West Town Street, 5th floor, Columbus, Ohio 43215.

C. Notices to CONTRACTOR from ODM concerning termination, suspension, option to renew, breach, default, or other formal notices regarding this Contract will be sent to CONTRACTOR's representative at the address appearing on the signature page of this Contract.

D. All notices will be in writing and will be deemed given when received. All notices must be sent using a delivery method that documents actual delivery to the appropriate address herein indicated (*e.g.*, certified mail).

## ARTICLE VI. RECORDS, DOCUMENTS AND INFORMATION

CONTRACTOR agrees that all records, documents, writings, and other information, created or used pursuant to this Contract will be treated according to the following terms, and that the terms will be included in any subcontracts executed for the performance of the Deliverables under this Contract:

A.      CONTRACTOR agrees that any media produced pursuant to this Contract or acquired with Contract funds will become the property of ODM. This includes all documents, reports, data, photographs (including negatives), and electronic reports and records. ODM will maintain the unrestricted right to reproduce, distribute, modify, maintain, and use the media in any way ODM deems appropriate. CONTRACTOR further agrees not to seek or obtain copyright, patent or other proprietary protection for any materials or items produced under this Contract. CONTRACTOR understands that all materials and items produced under this Contract will be made freely available to the public unless ODM determines that certain materials are confidential under federal or state law.

B.      All ODM information that is classified as public or private under Ohio law will be treated as such by CONTRACTOR. Should the nature of any information be in question, ODM will determine whether the information is public or private. CONTRACTOR will restrict the use of any information, systems, or records ODM provides to the specific Deliverables of this Contract. CONTRACTOR and its employees agree to be bound by the same standards and rules of confidentiality that apply to employees of ODM and the State of Ohio. CONTRACTOR agrees that the terms of this section will be included in any subcontract executed by CONTRACTOR for work under this Contract.

C.      CONTRACTOR information that is proprietary and has been specifically identified by CONTRACTOR as proprietary will be held as confidential by ODM. Proprietary information is information that would put CONTRACTOR at a competitive disadvantage in CONTRACTOR's market place and trade if it were made public. ODM reserves the right to require reasonable evidence of CONTRACTOR's assertion of the proprietary nature of any information. The provisions of this Article are not self-executing. CONTRACTOR must demonstrate that any information claimed as proprietary meets the definition of "trade secrets" found at ORC 1333.61.

D.      For audit purposes only, all records relating to cost, work performed, supporting documentation for invoices submitted to ODM, and copies of all materials produced under or pertaining to this Contract will be retained by CONTRACTOR and will be made available for audit by state and federal government entities that include, but are not limited to, ODM, the Ohio Auditor of State, the Ohio Inspector General and all duly authorized law enforcement officials. The records and materials will be retained and made available for a minimum of three years after CONTRACTOR receives the last payment pursuant to this Contract. If an audit or similar action is initiated during this time period, CONTRACTOR will retain the records until the action is concluded and all issues are resolved, or until the end of the three-year period if the action is resolved prior to the end of the three-year period, unless otherwise directed below in Section E. If applicable, CONTRACTOR must meet the requirements of the federal Office of Management and Budget (OMB) Omni-Circular, 2 CFR Part 200.104. CONTRACTOR acknowledges, in accordance with ORC 149.43, that financial records related to the performance of services under this Contract are presumptively deemed public records.

E.      All records relating to cost, work performed, supporting documentation for invoices submitted to ODM, and copies of all materials produced under or pertaining to this Contract will be retained by CONTRACTOR in accordance to the appropriate records retention schedule. The appropriate records retention schedule for this Contract is identified as agency series number 401-20-28, which requires records to be kept for five years. If any records are destroyed prior to the date as determined by the appropriate records retention schedule, CONTRACTOR agrees to pay all costs associated with any cause, action or litigation arising from such destruction.

F.      CONTRACTOR agrees to retain all records in accordance to any litigation holds that are provided to them by ODM, and actively participate in the discovery process if required to do so, at no additional charge. Litigation holds may require CONTRACTOR to keep the records longer than the approved records retention schedule. CONTRACTOR will be notified by ODM when the litigation hold ends and retention can resume based on the approved records retention schedule. If CONTRACTOR fails to retain the pertinent records after receiving a litigation hold from ODM, CONTRACTOR agrees to pay all costs associated with any cause, action or litigation arising from such destruction.

G.      CONTRACTOR hereby agrees to current and ongoing compliance with Title 42, Sections 1320d through 1320d-8 of the United States Code (USC) and the implementing regulations found at Title 45, Parts

164.502(e) and 164.504(e) of the Code of Federal Regulations (CFR) regarding disclosure of Protected Health Information under the Health Insurance Portability and Accountability Act of 1996 (HIPAA). CONTRACTOR further agrees to include the terms of this section in any subcontracts that may be executed pursuant to this Contract.

## ARTICLE VII. AMENDMENT AND ASSIGNMENT

A.    This writing constitutes the entire Contract between ODM and CONTRACTOR with respect to all matters herein. Only a writing signed by both parties may amend this Contract. However, ODM and CONTRACTOR agree that any amendments to any laws or regulations cited herein will result in the correlative modification of this Contract without the necessity for executing written amendments. Any written amendment to this Contract will be prospective in nature.

B.    CONTRACTOR agrees not to assign any interest in this Contract nor transfer any interest in the Contract without the prior written approval of ODM. CONTRACTOR will submit any requests for approval of assignments and transfers to the ODM Contract Manager at least ten business days prior to the desired effective date. CONTRACTOR understands that any assignments and transfers will be subject to any conditions ODM deems necessary and that no approval by ODM will be deemed to provide for any ODM obligation that exceeds the Contract amount specified in ARTICLE III of this Contract.

## ARTICLE VIII.  BUSINESS ASSOCIATE REQUIREMENTS UNDER HIPAA

A.    The definitions contained in this section are derived from federal law. Should there be any conflict between the meanings assigned in this Contract and the meanings defined in applicable federal law (even in the event of future amendments to law that create such conflict), the definitions found in federal law will prevail.

   1.    **General Definitions.** The following terms used in this Contract shall have the same meaning as those terms in the HIPAA Rules: Breach, Data Aggregation, Designated Record Set, Disclosure, Health Care Operations, Individual, Minimum Necessary, Notice of Privacy Practices, Required by Law, Secretary, Security Incident, Subcontractor, Unsecured Protected Health Information and Use.

   2.    **Specific Definitions.**

      a.    HIPAA means the Health Insurance Portability and Accountability Act of 1996, the American Recovery and Reinvestment Act of 2009 (ARRA) and any other applicable federal statute or regulation.

      b.    HIPAA Rules shall mean the Privacy, Security, Breach Notification, and Enforcement Rules at 45 CFR Part 160 and Part 164.

      c.    Covered Entity means a health plan, a health care clearinghouse, or health care provider under 45 CFR 160.103.

      d.    Business Associate means a person or entity that, on behalf of the Covered Entity, maintains, performs, or assists in the performance of a function or activity that involves the use or disclosure of "Protected Health Information" under 45 CFR 160.103.

      e.    Protected Health Information (PHI) means individually identifiable information including but not limited to the past, present or future physical or mental health or condition of an individual, provision of health care to an individual, or the past, present or future payment for health care provided to an individual, as more fully defined under 45 CFR 164.501 and any amendments thereto, received or sent on behalf of the Department.

B.    CONTRACTOR acknowledges that ODM is a Covered Entity under HIPAA. CONTRACTOR further acknowledges that it is a Business Associate of ODM, and, in carrying out the work described in this Contract, agrees to comply with all of the following provisions:

   1.    **Permitted Uses and Disclosures.** CONTRACTOR will not use or disclose PHI except as provided in this Contract or as otherwise required under HIPAA regulations or other applicable law.

2.     **Safeguards.** CONTRACTOR will implement sufficient safeguards, and comply with Subpart C of 45 CFR Part 164 pertaining to electronic PHI to prevent the use or disclosure of PHI other than as provided for under this Contract. Safeguards will be implemented for all paper and electronic PHI created, received, maintained, or transmitted on behalf of ODM.

3.     **Reporting of Disclosures.** CONTRACTOR agrees to promptly report to ODM any inappropriate use or disclosure of PHI that is not in accordance with this Contract or applicable law, including breaches of unsecured protected health information as required at 45 CFR 164.410 and any security incident the CONTRACTOR has knowledge of or reasonably should have knowledge of under the circumstances.

4.     **Mitigation Procedures.** CONTRACTOR agrees to coordinate with ODM to determine specific actions that will be required of the Business Associates for mitigation, to the extent practical, of the breach. These actions will include notification to the appropriate individuals, entities, or other authorities. Notification or communication to any media outlet must be approved, in writing, by ODM prior to any such communication being released. CONTRACTOR will report all of its mitigation activity to ODM and shall preserve all relevant records and evidence.

5.     **Incidental Costs.** CONTRACTOR shall bear the sole expense of all costs to mitigate any harmful effect, of any breaches or security incidents of which  CONTRACTOR has knowledge which are directly caused by the use or disclosure of protected health information by CONTRACTOR in violation of the terms of this Contract. These costs will include, but are not limited to, the cost of investigation, remediation and assistance to the affected individuals, entities or other authorities.

6.     **Agents and Subcontractors.** CONTRACTOR, in compliance with 45 CFR 164.502(e)(1)(ii) and 164.308(b)(2) as applicable, will ensure that all its agents and subcontractors that create, receive, maintain, or transmit PHI from or on behalf of CONTRACTOR and/or ODM agree to have, in a written agreement, the same restrictions, conditions, and requirements that apply to CONTRACTOR with respect to the use or disclosure of PHI.

7.     **Accessibility of Information.** CONTRACTOR will make available to ODM such information as ODM may require to fulfill its obligations to provide access to, provide a copy of any information or documents with respect to PHI pursuant to HIPAA and regulations promulgated by the United States Department of Health and Human Services, including, but not limited to, 45 CFR 164.524 and 164.528 and any amendments thereto.

8.     **Amendment of Information.** CONTRACTOR shall make any amendment(s) to PHI as directed by, or agreed to, by ODM pursuant to 45 CFR 164.526,or take other steps as necessary to satisfy ODM's obligations under 45 CFR 164.526. In the event that CONTRACTOR receives a request for amendment directly from the individual, agent, or subcontractor CONTRACTOR will notify ODM prior to making any such amendment(s). CONTRACTOR's authority to amend information is explicitly limited to information created by CONTRACTOR.

9.     **Accounting for Disclosure.** CONTRACTOR shall maintain and make available to ODM or individuals requesting the information as appropriate, records of all disclosures of PHI in a Designated Record Set as necessary to satisfy ODM's obligations under 45 CFR 164.528. For every disclosure the record will include, at a minimum, the name of the individual who is the subject of the disclosure, the date of the disclosure, reason for the disclosure if any, and the name and address of the recipient to which the protected health information was disclosed.

10.    **Obligations of Department.** When CONTRACTOR is to carry out an obligation of ODM under Subpart E of 45 CFR 164, CONTRACTOR agrees to comply with all applicable requirements of Subpart E that would apply to ODM in the performance of such obligation.

11.    **Access to Books and Records.** CONTRACTOR shall make available to ODM and to the Secretary of the U.S. Department of Health and Human Services any and all internal practices, documentation, books, and records related to the use and disclosure of PHI received from ODM,  or created or received on behalf of ODM. Such access is for the purposes of determining compliance with the HIPAA Rules.

12. **Material Breach.** In the event of material breach of CONTRACTOR's obligations under this Article, ODM may immediately terminate this Contract as set forth in ARTICLE IV, Section B. Termination of this Contract will not affect any provision of this Contract, which, by its wording or its nature, is intended to remain effective and to continue to operate after termination.

13. **Return or Destruction of Information.** Upon termination of this Contract and at the request of ODM, CONTRACTOR will return to ODM or destroy all PHI in CONTRACTOR's possession stemming from this Contract as soon as possible but no later than 90 days, and will not keep copies of the PHI except as may be requested by ODM or required by law, or as otherwise allowed for under this Contract. If CONTRACTOR, its agent(s), or subcontractor(s) destroy any PHI, then CONTRACTOR will provide to ODM documentation evidencing such destruction. Any PHI retained by CONTRACTOR will continue to be extended the same protections set forth in this Section, HIPAA regulations and this Contract for as long as it is maintained.

14. **Survival.** These provisions shall survive the termination of this Contract.

### ARTICLE IX. CONTRACTOR CERTIFICATION OF COMPLIANCE WITH SPECIAL CONDITIONS

By accepting this Contract and by executing this Contract, CONTRACTOR hereby affirms current and continued compliance with each condition listed in this Article. CONTRACTOR's certification of compliance with each of these conditions is considered a material representation of fact upon which ODM relied in entering into this Contract:

A. If at any time, CONTRACTOR is not in compliance with the conditions affirmed in this Section, ODM will consider this Contract *void ab initio* and will deliver written notice to CONTRACTOR. Any funds the State of Ohio paid CONTRACTOR for work performed before CONTRACTOR received notice that the Contract is *void ab initio* will be immediately repaid or the State of Ohio may commence an action for recovery against CONTRACTOR.

1. **Federal Debarment Requirements.** CONTRACTOR affirms that neither CONTRACTOR nor any of its principals or subcontractors, is presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from participation in transactions by any federal agency. CONTRACTOR also affirms that within three years preceding this Contract neither CONTRACTOR nor any of its principals:

   a. Have been convicted of, or had a civil judgment rendered against them for commission of fraud or other criminal offense in connection with obtaining, attempting to obtain, or performing a federal, state, or local public transaction or contract under a public transaction; for violation of federal or state antitrust statutes; for commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements; or for receiving stolen property; or

   b. Are presently indicted or otherwise criminally or civilly charged by a government entity (Federal, State, or local) for the commission of any of the offenses listed in this paragraph and have not had any federal, state, or local, public transactions terminated for cause or default.

2. **Qualifications to Conduct Business.** CONTRACTOR affirms that it has all of the approvals, licenses, or other qualifications needed to conduct business in Ohio and all are current. If at any time during the Contract period CONTRACTOR, for any reason, becomes disqualified from conducting business in the State of Ohio, CONTRACTOR will immediately notify ODM in writing and will immediately cease performance of all Deliverables.

3. **Unfair Labor Practices.** CONTRACTOR affirms that neither CONTRACTOR nor its principals are on the most recent list established by the Ohio Secretary of State, pursuant to ORC 121.23, which would identify CONTRACTOR as having more than one unfair labor practice contempt of court finding.

4. **Finding for Recovery.** CONTRACTOR affirms that neither CONTRACTOR nor its principals or subcontractors, is subject to a finding for recovery under ORC 9.24, or it has taken the appropriate remedial steps required, or otherwise qualifies under ORC 9.24 to contract with the State of Ohio.

B.  If at any time CONTRACTOR is not in compliance with the conditions affirmed in this Section, ODM may immediately suspend or terminate this Contract and will deliver written notice to CONTRACTOR. CONTRACTOR will be entitled to compensation, upon submission of a proper invoice per ARTICLE III, only for work performed during the time CONTRACTOR was in compliance with the provisions of this Section. Any funds paid by the State of Ohio for work performed during a period when CONTRACTOR was not in compliance with this Section will be immediately repaid or the State of Ohio may commence an action for recovery against CONTRACTOR.

1.  **Americans with Disabilities.** CONTRACTOR, its officers, employees, members, and subcontractors hereby affirm current and ongoing compliance with all statutes and regulations pertaining to The Americans with Disabilities Act of 1990 and Section 504 of the Rehabilitation Act of 1973.

2.  **Fair Labor Standards and Employment Practices.**

    a.  CONTRACTOR certifies that it is in compliance with all applicable federal and state laws, rules, and regulations governing fair labor and employment practices.

    b.  In carrying out this Contract, CONTRACTOR will not discriminate against any employee or applicant for employment because of race, color, religion, gender, national origin, military status, disability, age, genetic information, or sexual orientation, in making any of the following employment decisions: hiring, layoff, termination, transfer, promotion, demotion, rate of compensation, and eligibility for in-service training programs.

    c.  CONTRACTOR agrees to post notices affirming compliance with all applicable federal and state non-discrimination laws in conspicuous places accessible to all employees and applicants for employment.

    d.  CONTRACTOR will incorporate the foregoing requirements of this Paragraph 2 in all of its subgrants or subcontracts for any of the work prescribed herein.

3.  **Ethics and Conflicts of Interest Laws.**

    a.  CONTRACTOR certifies that by executing this Contract, it has reviewed, knows and understands the State of Ohio's ethics and conflict of interest laws. CONTRACTOR further agrees that it will not engage in any action(s) inconsistent with Ohio ethics laws or any Executive Orders.

    b.  CONTRACTOR certifies, by executing this Contract, that no party who holds a position listed or described in ORC 3517.13 (I) or (J), has made, while in his/her current position, one or more personal monetary contributions in excess of One Thousand and 00/100 Dollars ($1,000.00) to the current Governor or to the Governor's campaign committee when he was a candidate for office within the previous two calendar years. ORC 3517.13 does not apply to professional associations organized under ORC Chapter 1785.

    c.  CONTRACTOR agrees to refrain from promising or giving to any ODM employee anything of value that could be construed as having a substantial and improper influence upon the employee with respect to the employee's duties. CONTRACTOR further agrees that it will not solicit any ODM employee to violate ORC 102.03, 2921.42, or 2921.43.

    d.  CONTRACTOR agrees that CONTRACTOR, its officers, employees, and members have not nor will they acquire any interest, whether personal, business, direct or indirect, that is incompatible, in conflict with, or would compromise the discharge and fulfillment of CONTRACTOR's functions and responsibilities under this Contract. If CONTRACTOR, its officers, employees, or members acquire any incompatible, conflicting, or compromising interest, CONTRACTOR agrees it will immediately disclose the interest in writing to the ODM Chief Legal Counsel at 50 West Town Street, Columbus, Ohio 43215-3414. CONTRACTOR further agrees that the person with the conflicting interest will not participate in any Deliverables until ODM determines that participation would not be contrary to public interest.

4.      **Lobbying Restrictions.**

a.      CONTRACTOR affirms that no federal funds paid to CONTRACTOR by ODM through this Contract or any other agreement have been or will be used to lobby Congress or any federal agency in connection with a particular contract, grant, cooperative agreement or loan. CONTRACTOR further affirms compliance with all federal lobbying restrictions, including 31 USC 1352. If this Contract exceeds One Hundred Thousand and 00/100 Dollars ($100,000.00), CONTRACTOR affirms that it has executed and filed the Disclosure of Lobbying Activities standard form LLL, if required by federal regulations.

b.      CONTRACTOR certifies compliance with the Ohio executive agency lobbying restrictions contained in ORC 121.60 to 121.69.

c.      CONTRACTOR, if a recipient of a federal award in excess of One Hundred Thousand and 00/100 Dollars ($100,000.00), certifies compliance with the Byrd Anti-Lobbying Amendment, which at a minimum, attests CONTRACTOR will not and has not used Federal appropriated funds to pay any person or organization for influencing or attempting to influence an officer or employee of any agency, a member of Congress, officer or employee of Congress, or an employee of a member of Congress in connection with obtaining any Federal contract, grant or any other award covered by 31 USC Chapter 1352.

5.      **Child Support Enforcement.** CONTRACTOR agrees to cooperate with ODM and any child support enforcement agency in ensuring that CONTRACTOR and its employees meet child support obligations established by state and federal law including present and future compliance with any court or valid administrative order for the withholding of support issued pursuant to the applicable sections of ORC Chapters 3119, 3121, 3123, and 3125.

6.      **Pro-Child Act.** If any Deliverables call for services to minors, CONTRACTOR agrees to comply with the Pro-Children Act of 1994; Public Law 103-277, Part C – Environment Tobacco Smoke that requires smoking to be banned in any portion of any indoor facility owned, leased, or contracted by an entity that will routinely or regularly use the facility for the provision of health care services, day care, library services, or education to children under the age of 18.

7.      **Drug-Free Workplace.** CONTRACTOR, its officers, employees, members, any subcontractors and/or any independent contractors (including all field staff) associated with this Contract agree to comply with all applicable state and federal laws, including, but not limited to, 41 USC Chapter 10, regarding a drug-free workplace. CONTRACTOR will make a good faith effort to ensure that none of CONTRACTOR's officers, employees, members, or subgrantees will purchase, transfer, use, or possess illegal drugs or alcohol or abuse prescription drugs in any way while working or while on public property.

8.      **Work Programs.** CONTRACTOR agrees not to discriminate against individuals who have or are participating in any work program administered by any county department of Job and Family Services under ORC Chapter 5101 or 5107.

9.      **Expenditure of Public Funds for Offshore Services—Executive Order Requirements.**

a.      CONTRACTOR certifies that by executing this Contract, it has reviewed, understands, and will abide by the Governor's Executive Order 2011-12K and shall abide by those requirements in the performance of this Contract, and shall perform no services required under this Contract outside of the United States.

b.      Prior to performing any services, and when there is a change in the location of any services provided under this Contract, CONTRACTOR must disclose:

(1)     The location(s) where all services will be performed by CONTRACTOR or any subcontractor;

(2)     The location(s) where any state data associated with any of the services through this Contract will be accessed, tested, maintained, backed-up, or stored; and

(3)     The principal location of business for the contractor and all subcontractors.

c.      CONTRACTOR also affirms, understands, and agrees to immediately notify ODM of any change or shift in the location(s) of services performed by CONTRACTOR or its subcontractors under this Contract, and no services shall be changed or shifted to a location outside of the United States.

d.      Termination, Sanction, Damages**:** ODM is not obligated and shall not pay for any services provided under this Contract that CONTRACTOR or any of its subcontractors performed outside of the United States. If services are performed outside of the United States, this will be treated as a material breach of the Contract, and CONTRACTOR shall immediately return to ODM all funds paid for those services.

In addition, if CONTRACTOR or any of its subcontractors perform any such services outside of the United States, ODM may, at any time after the breach, terminate this Contract for such breach, upon written notice to CONTRACTOR. If ODM terminates the Contract, ODM may buy substitute services from a third party, and may recover the additional costs associated with acquiring the substitute services.

10.    **Combatting Trafficking in Persons**.

a.      CONTRACTOR agrees that it is in compliance with the Federal Acquisition Regulation (FAR) for Combatting Trafficking in Persons, 48 CFR Subpart 22.17, in which "the United States Government has adopted a zero tolerance policy regarding trafficking in persons." The provisions found in 48 CFR Subpart 52.2, specifically Subpart 52.222-50 are hereby incorporated into this CONTRACT by reference.

b.      CONTRACTOR, its employees, its subcontractors, or subcontractor's employees are prohibited from the following activities:

(1)     Engaging in severe forms of trafficking in persons during the period of performance of the Contract;

(2)     Procuring commercial sex acts during the period of performance of the Contract; or

(3)     Using forced labor in the performance of the Contract.

c.      CONTRACTOR agrees that it shall notify its employees, and require all of its subcontractors to notify their employees, of the prohibited activities described in the preceding paragraph.

d.      ODM has the right to immediately and unilaterally terminate this Contract if any provision in this Section is violated and ODM may implement section 106(g) of the Trafficking Victims Protection Act of 2000, as amended (22 USC 7104), *see* 2 CFR Part 175.

11.    **Civil Rights Assurance**. CONTRACTOR hereby agrees that it will comply with Title VI of the Civil Rights Act of 1964 (42 U.S.C. § 2000d et seq.) and the Age Discrimination Act of 1975 (42 U.S.C. § 6101 et seq.).

12.    **Clean Air Act**. CONTRACTOR agrees to comply with all applicable standards, orders or regulations issued pursuant to the Clean Air Act (42 U.S.C. 7401-7671q) and the Federal Water Pollution Control Act as amended (33 U.S.C. 1251-1387). Violations must be reported to the Regional Office of the United States Environmental Protection Agency (USEPA) and ODM.

13.    **Energy Policy and Conservation Act**. CONTRACTOR agrees to comply with all applicable standards, orders or regulations issued pursuant to the state energy conservation plan issued in compliance with the Energy Policy and Conservation Act in accordance with 42 U.S.C. 6201. Violations must be reported to the Regional Office of the USEPA and ODM.

14. **Solid Waste Disposal**. CONTRACTOR agrees to comply with section 6002 of the Solid Waste Disposal Act, as amended by the Resource Conservation and Recovery Act. The requirements of Section 6002 include procuring only items designated in guidelines of the USEPA at 40 CFR part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition, where the purchase price of the item exceeds $10,000 or the value of the quantity acquired by the preceding federal fiscal year exceeded $10,000; procuring solid waste management services in a manner that maximizes energy and resource recovery; and establishing an affirmative procurement program for procurement of recovered materials identified in the USEPA guidelines.

15. **Certification of Compliance.** CONTRACTOR certifies that it is in compliance with all other applicable federal and state laws, regulations, and rules and will require the same certification from its subgrantees or subcontractors.

## ARTICLE X. BUSINESS CONTINUITY PLAN

A.   CONTRACTOR recognizes that certain services under this Contract are vital to ODM and must be continued without interruption. CONTRACTOR shall be prepared to continue providing such services identified by ODM, during periods of disaster, crisis, or other unexpected break in services based upon a Business Continuity Plan (Plan). CONTRACTOR is required to implement and maintain a sustainable Plan throughout the term of this Contract, and provide the Plan to ODM upon request. The Plan will, at a minimum:

1.   Enable continued performance under this Contract in the event of a disaster or other unexpected break in services; and

2.   Ensure the continuity for identified vital services and supporting facilities.

B.   For purposes of this Article, the term "disaster" means an unanticipated incident or event, including, but not limited to, force majeure events, technological accidents or human-caused events that may cause a material service or critical application to be unavailable without any reasonable prediction for resumption; or causes data loss, property damage or other business interruption without any prediction for recovery within a commercially reasonable time period.

## ARTICLE XI. MISCELLANEOUS PROVISIONS

A.   **Independent Contractor.** CONTRACTOR agrees that no agency, employment, joint venture, or partnership has been or will be created between ODM and CONTRACTOR. CONTRACTOR further agrees that as an independent contractor, it assumes all responsibility for any federal, state, municipal or other tax liabilities along with workers compensation, unemployment compensation and insurance premiums that may accrue as a result of funds received pursuant to this Contract. CONTRACTOR agrees that it is an independent contractor for all purposes including, but not limited to, the application of the Fair Labor Standards Act, the Social Security Act, the Federal Unemployment Tax Act, the Federal Insurance Contribution Act, provisions of the Internal Revenue Code, Ohio tax law, Workers Compensation law, and Unemployment Insurance law. CONTRACTOR acknowledges and agrees any individual providing personal services under this Contract is not a public employee for the purposes of Chapter 145 of the Revised Code. Pursuant to ORC 145.038, ODM is required to provide individuals and business entities with fewer than five employees the Independent Contractor Acknowledgment (Form PEDACKN), please see Attachment A. This form requires CONTRACTOR to acknowledge that ODM has notified CONTRACTOR that he or she has not been classified as a public employee and no OPERS contributions will be made on his or her behalf for these services. If CONTRACTOR is a business entity with fewer than five employees, please have each employee complete the PEDACKN form, the first two pages of Attachment A. If CONTRACTOR is not an individual or a business entity with fewer than five employees, please complete page 3 of Attachment A.

B.   **Limitation of Liability.** To the extent allowable by law, CONTRACTOR agrees to defend, indemnify and hold ODM, its officials, employees and agents harmless from and against any and all liability, loss and expense (including reasonable attorneys' fees) or claims for personal injury, property damage, patent and copyright infringement, or for any liability or claims under ARTICLE VIII above ("Business Associate Requirements Under HIPAA"), and/or any other type of claim that arises from the performance of the Deliverables under this Contract. CONTRACTOR's sole and exclusive remedy for any ODM failure to

perform under this Contract will be an action in the Ohio Court of Claims pursuant to ORC Chapter 2743 that will be subject to the limitations set forth in this Article.  In no event will ODM be liable for any indirect or consequential damages, including loss of profits, even if ODM knew or should have known of the possibility of such damages. To the extent that ODM is a party to any litigation arising out of or relating in any way to this Contract or the performance thereunder, such an action shall be brought only in a court of competent jurisdiction in Franklin County, Ohio. Subject to ORC 109.02, CONTRACTOR agrees to defend ODM against any such claims or legal actions if called upon by ODM to do so.

C.      **Infringement of Patent or Copyright.** To the extent allowable by law and subject to ORC 109.02, CONTRACTOR agrees to defend any suit or proceeding brought against ODM, any official or employee of ODM acting in his or her official capacity, or the State of Ohio due to any alleged infringement of patent or copyright arising out of the performance of this Contract, including all work, services, materials, reports, studies, and computer programs provided by CONTRACTOR. ODM will provide prompt notification in writing of such suit or proceeding; full right, authorization, and opportunity to conduct the defense thereof; and full disclosure of information along with all reasonable cooperation for the defense of the suit.  ODM may participate in the defense of any such action. CONTRACTOR agrees to pay all damages and costs awarded against ODM, any official or employee of ODM in his or her official capacity, or the State of Ohio as a result of any suit or proceeding referred to in this Section C. If any information and/or assistance is furnished by ODM at CONTRACTOR's written request, it is at CONTRACTOR's expense. If any of the materials, reports, or studies provided by CONTRACTOR are found to be infringing items and the use or publication thereof is enjoined, CONTRACTOR agrees to, at its own expense and at its option, either procure the right to publish or continue use of such infringing materials, reports, or studies; replace them with non-infringing items of equivalent value; or modify them so that they are no longer infringing. The obligations of CONTRACTOR under this Section survive the termination of this Contract, without limitation.

D.      **Liens.** CONTRACTOR will not permit any lien or claim to be filed or prosecuted against ODM or the State of Ohio because of any labor, services, or materials furnished. If CONTRACTOR fails, neglects, or refuses to make prompt payment of any claims for labor, services, or materials furnished to CONTRACTOR in connection with this Contract, ODM or the State of Ohio may, but is not obligated to, pay those claims and charge the amount of payment against the funds due or to become due to CONTRACTOR under this Contract.

E.      **Delay.** Neither party will be liable for any delay in its performance that arises from causes beyond its control and without its negligence or fault. The delaying party will notify the other promptly of any material delay in performance and will specify in writing the proposed revised performance date as soon as practicable after notice of delay. The delaying party must also describe the cause of the delay and its proposal to remove or mitigate the delay. Notices will be sent pursuant to ARTICLE V. In the event of excusable delay, the date of performance or delivery of products may be extended by amendment, if applicable, for a time period equal to that lost due to the excusable delay. Reliance on a claim of excusable delay may only be asserted if the delaying party has taken commercially reasonable steps to mitigate or avoid the delay. Items that are controllable by CONTRACTOR's subcontractor(s) will be considered controllable by CONTRACTOR, except for third-party manufacturers supplying commercial items and over whom CONTRACTOR has no legal control. The final determination of whether an instance of delay is excusable lies with ODM in its discretion.

F.      **Counterpart.** This Contract may be executed in one, or more than one counterpart, and each executed counterpart shall be considered an original, provided that such counterpart is delivered to the other party by facsimile, mail courier or electronic mail, all of which together shall constitute one and the same contract.

## ARTICLE XII. CONSTRUCTION

This Contract will be governed, construed, and enforced in accordance with the laws of the State of Ohio. Should any portion of this Contract be found unenforceable by operation of statute or by administrative or judicial decision, the remaining portions of this Contract will not be affected as long as the absence of the illegal or unenforceable provision does not render the performance of the remainder of the Contract impossible.

Signature Page Follows

**OHIO DEPARTMENT OF MEDICAID**
**CONTRACT FOR SERVICES**

**SIGNATURE PAGE**

**C-1617-03-0199**

IN WITNESS WHEREOF, THE PARTIES HAVE EXECUTED THIS CONTRACT AS OF THE DATE OF THE SIGNATURE OF THE DIRECTOR OF THE OHIO DEPARTMENT OF MEDICAID.

CypressTree Corporation                    Ohio Department of Medicaid

_____          _____
Deborah J. Mitchell, President             John B. McCarthy, Director

_____          _____
Date                                       Date

2783 Martin Road, #358                     50 West Town Street
Dublin, OH 43017                           Columbus, Ohio 43215

# Evans Exhibit Q

**From:** deborah@cypresstree.com
**Sent:** Friday, October 30, 2015 12:24 PM
**To:** Demory, Jennifer
**Cc:** Chaney, Douglas
**Subject:** Deck for Monday's Kickoff Meeting with Supervisors
**Attachments:** Deck for 15 11 02 Meeting.pdf

Jennifer,

Hope you're doing well, and that your move is both uneventful and exciting (uneventful as in no problems, and exciting as in looking forward to a new home!:))

Attached is the powerpoint deck I've put together for Monday's initiative kickoff (or "level-setting") meeting with ODM supervisors. As you can see, it's very similar to material that's been presented before. The purpose is just to get everyone on the same page. Please let me know if you have any questions.

Take care, have a good weekend.

Deborah

1

*Change Transformation:*
# ODM Alignment and Engagement Initiative

**Level-Setting Meeting**



**November 11, 2015**







# TRANSFORMING THE ORGANIZATION



- **Redefined business model, frame**
  - ✓ From "state agency" to "best-in-class insurance company"

- **Transformation on four key dimensions: people, process, structure, technology**

- **Major focus of this program: PEOPLE**
  - ✓ Leadership essentials, business mindset
  - ✓ Culture, Brand, MEANING
  - ✓ Connections to strategy formulation and execution





# Building blocks…

*Activities*

- **15 full days of leadership development onsite at Fisher College of Business (2014).**

- **Many, many hours of offsite work, done by individuals as well as those working in small teams (2015).**

- **April 13, 2015 All-Staff Kickoff Event.**

- **June 16 and July 16, 2015 working sessions with leadership team.**

- **Unit-focused work sessions (Operations and IT Organization, July - present).**

*A Structured Initiative…*





Context…



*Page 4*



## *consider the following important distinctions…*

---

**who we are, why we exist…**

**vs.**

**decisions about how we will create, deliver, capture and sustain value.**

**vs.**

**actions we take based on decisions tied to the above.**





## *consider the following important distinctions…*

**who we are, why we exist…**

**vs.**

> **decisions about how we will create, deliver, capture and sustain value.**

**vs.**

**actions we take based on decisions tied to the above.**





# *consider the following important distinctions…*

**who we are, why we exist…**

**VS.**

**decisions about how we will create, deliver, capture and sustain value.**

**VS.**

**actions we take based on decisions tied to the above.**





# Breakout Exercise







## *Transformation: What's Necessary?*
# (1) **Brand + Strategy**







*Transformation: What's Necessary?*
# Brand Platform



**BRAND**

- Core Purpose — Why We Exist
- Values — What's Important to Us
- Strategy — Our Game Plan
- Strategy Map — Translate the Strategy
- Unit Strategy Maps
- Balanced Scorecard — Measure and Focus
- Unit Scorecards
- Targets and Initiatives — What We Need to Do
- Personal Objectives — What I Need to Do



CYPRESS



Ohio
Department of Medicaid

*Transformation: What's Necessary?*

# Strategy
# (Game Plan)







*Transformation: What's Necessary?*

# Strategy
# (Keeping Score)







*Transformation: What's Necessary?*

# Strategy
# (Making it Happen)







*Transformation: What's Necessary?*

# (2)  Activated, **Engaged Employees** who will "live" the brand, execute the strategy

A journey, and ultimately a virtuous cycle…



**Active People Focus**

(Training, Education; Talent Development, Talent Management)

→

**Employee Enthusiasm**

(*Buy-in:* Hearts and Minds)

→

**Employee Engagement**

(*Commitment:* Actions, Execution, Innovation)

→

**Transformed Outcomes**

(e.g., increased profitability; increases in non-financial or values-based outcomes)





# Breakout Exercise







# Stages in Building Individuals' Engagement with, Connection to Brand / Strategy







# Three Key Hallmarks
# of this Type of Change Initiative

1) **Definition and articulation (of what employees must align with).**

   ✓ **Brand** (Core Purpose, Core Values).

   ✓ **Strategy** (Future State, Strategy Map, Balanced Scorecard).

   ✓ The **Cascade**: Both of the above defined at the enterprise (e.g., ODM) level, and at one's unit or team level.

2) **Creation and ongoing nurturing of individual employees' engagement (with what they must align with).**

   ✓ A journey, from awareness through general understanding, personal understanding, buy-in and ultimately full commitment.

3) **T**he nurturing of engagement can begin as soon as the first elements are defined, and should continue while more elements are defined and come "online."  **In this way, alignment and engagement are concurrent processes.**





# *Keep in mind, everything builds…Consider what has already been **defined, articulated…***

*Future State: "Best-in-Class Insurance Company"*



- **Redefined business model as well as mental model.**
  - ✓ from "state agency" to "best-in-class insurance company"





# *Consider what has already been **defined, articulated…***

 

**BRAND PLATFORM**

*Core Purpose*

**Our Core Purpose is to MAKE OHIO BETTER.**

*Core Values*

**Six Core Values influence Everything We Do:**

- **INNOVATION**
  - ➤ Continuously driving positive change to Ohio's healthcare landscape through creativity, curiosity and by challenging convention.

- **COLLABORATION**
  - ➤ Working together openly and inclusively to reach a mutual goal.

- **STEWARDSHIP**
  - ➤ Efficiently and conscientiously managing the public resources entrusted to us.

- **ACCOUNTABILITY**
  - ➤ Establishing and using meaningful, measurable performance standards for all we do.

- **INTEGRITY**
  - ➤ We are committed to being honest and ethical in all we do.

- **PASSION**
  - ➤ We are committed to people and determined to succeed.



**pg.000148**

## *Consider what has already been **defined, articulated…***





*Transformation: What's Necessary?*

# Where are we today with alignment (i.e., what remains to be defined, articulated)?







# Example:
# Operations Unit's Journey
# through Mapping
# and Scorecard Formulation





CLICK LINK TO DOWNLOAD FULL MFG PUBLICATION REPORT FROM THE STATE PROJECTS 2015

# Operations Strategy Map:

# A Journey In Discovery And Collaboration

The Team:

Roger Fouts, Candi Layman,

Bibi Manev, Liz Ramey, Patrick Stephan, Patrick Tighe

November 2, 2015



# Example:
# Observations from IT Organization
# and their Experience?





*Transformation: What's Necessary?*

# Where are we today with engagement?



April 2015 All-Staff

June & July 2015 ODM Management Meetings

Ad-hoc Individual Efforts





# Key "Tentpole" Initiative Activities

1) **Definition and articulation of remaining pieces.**
   - ✓ **Unit Strategy Maps**.
   - ✓ **Enterprise Scorecard and Unit Scorecards.**

2) **Tracking of Employee Engagement (Benchline assessment at beginning of initiative, plus follow-up assessment post-interventions)**

3) **The nurturing of organization-wide employee engagement through training, development and implementation (drivers will include Structured Learning Circles and related activities).**





# Equipping Managers to Drive Cultural Change: Learning Circles

- **Training to support.**

- **Ongoing touchpoints.**

- **Driving down through teams and individuals**





# Summary: Four-Phase ODM Change Transformation Process

|  | Phase I:<br>ODM Brand and Strategy (completed) | Phase II:<br>Strategy Cascade | Phase III:<br>Balanced Scorecard and Supporting Scorecards | Phase IV:<br>Understanding and Engagement |
|---|---|---|---|---|
| *Activities* | • Brand Definition<br>• Strategy Formulation at Organization-wide Level<br>• Communication of new Brand Platform and Strategy Map | • Strategy Mapping for Units<br>• Assessment and Planning for Strategic Initiatives<br>• Connections to Performance Management | • Identification and Prioritization of Key Measures<br>• Planning for Data Management and Ownership of Scorecards | • Assess ODM Preparation for Transition to Future State<br>• Engage Stakeholders to Accelerate Understanding and Commitment |
| *Outputs* | • ODM Brand Platform<br>• ODM Strategy Map | • Unit Strategy Maps<br>• Targets and Initiatives<br>• Individual Action Plans | • ODM Balanced Scorecard<br>• Unit Scorecards | • Measurable increases in employee loyalty and engagement<br>• New processes for supporting culture and change |
| *Timing* | July 2014 – July 2015 | July 2015 – August 2016 | October 2015 – August 2016 | October 2015 – August 2016 |





# Next Steps





# Evans Exhibit R

**From:**          Deborah J. Mitchell  <dmitchell@dublin.oh.us>
**Sent:**          Monday, November 23, 2015 3:29 PM
**To:**            Demory, Jennifer
**Cc:**             Reep, Kristin
**Subject:**       Re: Second Round of Leadership Training

Hi Jennifer, Happy Monday:)

It would be ideal to set up some time to discuss further, I have some preliminary designs / ideas to share with you based on what you, John and I talked about on Nov 12.

What might work for you interns of a meeting?  This week I am at Medicaid tomorrow (Tuesday) and could meet any time in the afternoon after 2:00...I am also free anytime on Wednesday after 1:00.  On Monday Nov 30 I am free anytime prior to 5:00.  Do you have any availability in these windows?  If not I can open up some more times.

I am eager to collaborate with you on this and launch soon in 2016 as discussed.  This will be a great next chapter in the journey at ODM!

Take care,
Deb


Sent from my iPhone



Sent from my iPhone
On Nov 23, 2015, at 9:58 AM, "Jennifer.Demory@medicaid.ohio.gov" <Jennifer.Demory@medicaid.ohio.gov> wrote:

> HI Deb – Just following up on our conversation with John the other week.  How should I go about getting a second round of our Leadership Training scheduled?  Do you have some time to meet to flush out more details.  Let me know.
>
> Thanks!

1

**pg.000160**

# Evans Exhibit S

**OHIO DEPARTMENT OF MEDICAID**
**CONTRACT FOR SERVICES**

**C-1617-03-0199-A-1**

This is Amendment 1 to the Contract for Services between the Ohio Department of Medicaid (ODM) and CypressTree Corporation (CONTRACTOR), signed by ODM on September 1, 2015.

1.    ARTICLE I. is hereby amended to include the following new deliverable:

> 5.   Provide Medicaid University Training, as described in detail in Attachment C, which provides customized program design, instruction, training, and post program follow-up on Leadership Assessments for up to 105 participants.

2.    In accordance with ARTICLE III. Compensation, the parties agree to increase the Contract amount.  The Contract amount shall be changed to One Million, One Hundred Sixty-One Thousand and 00/100 Dollars ($1,161,000.00) an increase of Nine-Hundred Seventy-Two Thousand and 00/100 Dollars ($972,000.00).

3.    Article III. A and B are rewritten to read as follows:

> A.   The total amount payable under this Contract is One Million, One Hundred Sixty-One Thousand and 00/100 Dollars ($1,161,000.00). ODM will pay an amount up to Seven Hundred Eight-Nine Thousand, Seven Hundred Fifty and 00/100 Dollars ($789,750.00) for State Fiscal Year (SFY) 16 and up to Three Hundred Seventy-One Thousand, Two Hundred Fifty and 00/100 Dollars ($371,250.00) for SFY17 expressly for the completion of the Deliverables. CONTRACTOR understands that the terms of this Contract do not provide for compensation in excess of the total amount listed in this section. CONTRACTOR hereby waives the interest provisions of ORC 126.30.

> B.   CONTRACTOR will be paid a monthly fee of $15,750.00, except in the months of January 2016, April 2016 and July 2016, in which the CONTRACTOR will invoice an additional fee of $324,000.00 per month for a total of $339,750.00 for those specified months.

SIGNATURE PAGE FOLLOWS

Remainder of page intentionally left blank.

CypressTree Corp.            C-1617-03-0199-A-1            Page 2 of 2

**OHIO DEPARTMENT OF MEDICAID
CONTRACT FOR SERVICES**

**SIGNATURE PAGE**

**C-1617-03-0199-A-1**

IN WITNESS WHEREOF, THE PARTIES HAVE EXECUTED THIS CONTRACT AS OF THE DATE OF THE SIGNATURE OF THE DIRECTOR OF THE OHIO DEPARTMENT OF MEDICAID.

CypressTree Corporation                         Ohio Department of Medicaid

Deborah J. Mitchell; President                  John B. McCarthy, Director

Date                                             Date

2783 Martin Road, #358                      50 West Town Street
Dublin, Ohio 43017                         Columbus, Ohio 43215

**pg.000163**

Attachment C
C-1617-03-0199-A-1
Page 1 of 31



**Proposal**
*Revised December 15, 2015*



CypressTree Corp. - CONFIDENTIAL

2

# Table of Contents



**3-5**

Overview

**6-11**

Our Approach to Leadership Development:

**The CypressTree Continuum™**

*Cross-Cultural, Cross-Contextual, Cross-Modal, Cross-Metric*

**12-19**

Customization and Application of the CypressTree Continuum™:

**MEDICAID UNIVERSITY**

**20**

**21-26**

**27-29**

**30**

**31**



©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

Attachment C
C-1617-03-0199-A-1
Page 3 of 31

3

# Overview

The Ohio Department of Medicaid continues to seek breakthrough innovation and transformation in its relatively-new role as a start-up organization (formed in July 2013). The change process initiated with ODM's formation has hinged on a redefined business model as well as transformation on four key dimensions: people, structure, process and technology. In July 2014 ODM created an initial Strategic Leadership Development training program to assist in the development and actualization of the "people" dimension. The five-month program–designed and led by Dr. Deborah Mitchell, President of CypressTree Corp— equipped approximately 25 ODM leaders with skills in branding, strategy formulation, innovation and change management.

Since that time and working closely with Dr. Mitchell, ODM leaders have clarified and defined a brand platform as well as desired culture, one that embodies the ODM Core Purpose, Core Values, Customer Value Strategy and Organizational Personality. In addition, ODM leaders have developed ODM's strategic "game plan" as captured in the organization-wide ODM Strategy Map. These "tentpole" components for change were introduced to the broader organization in an All-Staff Meeting on April 13, 2015.

The important work of ODM brand definition and strategy mapping, culminating in the outputs revealed at the April All-Staff Meeting, represents Phase I of the four-phase Change Transformation Process illustrated in Figure 1.

Today and through Fall 2016 the Change Transformation Process continues to roll-out, with CypressTree playing a key consultative role in the underlying ODM Alignment and Engagement Initiative designed to support Phases II-IV.

|  | Phase I: ODM Brand and Strategy (completed) | Phase II: Strategy Cascade (in progress) | Phase III: Balanced Scorecard and Supporting Scorecards (in progress) | Phase IV: Understanding and Engagement (in progress) |
|---|---|---|---|---|
| *Activities* | • Brand Definition<br>• Strategy Formulation at Organization-wide Level | • Strategy Mapping for Units<br>• Assessment and Planning for Strategic Initiatives<br>• Connections to Performance Management | • Identification and Prioritization of Key Measures<br>• Planning for Data Management and Ownership of Scorecards | • Assess ODM Preparation for Transition to Future State<br>• Engage Stakeholders to Accelerate Understanding and Commitment |
| *Outputs* | • ODM Brand Platform<br>• ODM Strategy Map | • Unit Strategy Maps<br>• Targets and Initiatives<br>• Individual Action Plans | • ODM Balanced Scorecard<br>• Unit Scorecards | • Measurable increases in employee loyalty and engagement<br>• New processes for supporting culture and change |
| *Timing* |  | September 2015 – August 2016 | September 2015 – August 2016 | September 2015 – August 2016 |

*Figure 1*



©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

Attachment C
C-1617-03-0199-A-1
Page 4 of 31

4

# Drivers of Transformation:
# *People,* Structure, Process, Technology

Successful transformation depends on evolution within and across the four key areas of People, Structure, Process and Technology.  What aspects of the ODM "People" dimension must continue to develop, change, embed?  Broadly, changes in employee expectations, attitudes and behaviors must always occur as part of transformation.  More specifically, key components of the People dimension—areas for sustained development—are shown below.

## People

- Employee competencies; expertise; knowledge and experience.
- Mindset and approach to decision-making.
- Mindset and approach to evaluating cases, situations, opportunities.
- Nature of communication, processes for communication.
- Frame and approach for interacting with others.
- Nature of relationships.
- Motivation and meaning of work.
- Measures of success, views of success.

## Process

- Nature of internal processes.
- Strategic prioritization of internal processes.
- Alignment of internal processes.
- Ratio (internal/DIY versus outsourced processes).
- Types (internal/DIY versus outsourced).
- Coordination among processes.
- Allocation of resources among processes.
- Key process-related measures and metrics.



©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

Attachment C
C-1617-03-0199-A-1
Page 5 of 31

5

# Equipping People, Developing *Leaders* to *Sustain* Transformation

Successful In order to drive the current Change Transformation Process as well as sustain it in an ongoing fashion, key individuals within ODM must develop select leadership competencies.  These competencies must reflect general requirements for leadership development as well as highly ODM-specific needs based on ODM's business model, a "best-in-class insurance company with a moral compass."  Systematically developing leaders within the organization in this manner will embed the desired business model and practices as well as assist ODM in attracting, hiring and retaining key talent.

Many organizations will claim "Our People Make the Difference," but only the most successful truly understand that systematic development of leaders—such as done within a customized corporate university—is necessary for sustained excellence on the people dimension.

McDonald's is one organization that has made this kind of commitment to leadership development.  More than 275,000 managers and leaders from various levels and areas of McDonald's have gone through one of seven locations tied to "Hamburger University."  A key component that helps McDonald's in not only training their leaders but also embedding organizational core values and core purpose is the use of videos featuring founder Ray Kroc.  More broadly, an important trend in today's fast-changing world is for organizations to partner with leading consulting firms such as McKinsey to develop corporate universities or institutes that reflect a curriculum and learning experience tailored to the organization's strategy.  As leaders from organizations such as Unilever can attest, corporate universities are particularly useful as a foundation for embedding a new culture or business model.



The services presented in this proposal will address ODM's need for a systematic approach to leadership development as part of driving and sustaining the Change Transformation Process already underway.  Partnering with ODM, we propose a highly customized, structured and tiered approach to leadership development—one that is tied to the ODM business model and strategy—including assessment and tracking of leadership competencies identified as necessary for success.





©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL



*Our Approach to
Leadership Development:*

*Grounded in the*
CypressTree Continuum™

©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

Attachment C
3-1617-03-0199-A-1
Page 7 of 31

7

# A Model for Leadership Development:
## The CypressTree Continuum™

The emergent model for Leadership Development must address multiple business realities and critical leadership requirements. At CypressTree we have researched and developed a trademarked model for understanding and responding to these realities and requirements.

Our model is **Cross-Cultural**, **Cross-Contextual**, **Cross-Modal** and **Cross-Metric**. It influences how we approach every aspect of our customized, co-created leadership development offerings, including:

- Content and Instruction
- Experimentation and Application
- Relationships and Connections
- The Individual and Personal Transformation

The model is a powerful framing device for program design and delivery as well as pre- and post-program assessment.





©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

**pg.000170**

Attachment C
Q-1617-03-0199-A-1
Page 8 of 31

8

# The CypressTree Continuum™:
## Cross-Cultural



THE CONTINUUM:
**CROSS-CULTURAL THEMES**

The model reflects the fact that **all leaders experience life through a cultural lens.** They must be able to recognize the lens, appreciate its implications for decision-making and adapt or trade the lens at times to understand or leverage other's experience.  "Culture" here includes a variety of factors, whether speaking of ethnicity, functional area within a firm, customer-centricity or a host of other bases for shared values and experience.  Leadership Development must not only recognize cultural differences, but promote **fluency in managing, moving through and leveraging differences**.  As the individual gains cross-cultural fluency, their view of differences and interdependencies evolves—again, the notion of a continuum is apt.

Cross-Cultural elements in the Continuum™ emphasize **global, diverse, inclusive** and **adaptable** capabilities.

CONFIDENTIAL

# The CypressTree Continuum™:
## Cross-Contextual

Fundamentally, **the model is based on the central tenet that while contextual task demands vary across one's career path and journey through different levels of the organization, the key dimensions of leadership necessary for success do not change**.  A "continuum" is a continuous sequence in which adjacent elements are not dramatically different from each other, although the extremes are quite distinct.  In a similar vein, a leadership competency such as "Courage and Character" is a key success factor whether one is a young manager or a seasoned vice-president.  The mindset and behaviors necessary for Courage and Character do vary across a career, and the associated skill sets will evolve.  But the dimension itself remains a key leadership competency area.  Thus the CypressTree Continuum™ identifies five key leadership dimensions necessary for effective leadership along a continuum from Manager through VP / Senior Executive Levels.

"Cross-Contextual" can best be thought of in terms of **content parameters**: Leadership development should be structured to reflect context-appropriate leadership competencies, with the specific content delivered depending on participant's current and aspirational career levels (again, from Manager through Director, to VP and beyond).



KEY LEADERSHIP PARAMETERS:

Courage and Character
Radical Empathy
People Engagement and Development
· *Creating and Managing Meaning*
· *Acquiring and Managing Talent*
(Organizational) Entrepreneurism
Strategy and Change
· *Strategic Thought and Action*
· *Leveraging Change*

©2015 CypressTree Corp *all rights reserved*

10

## The CypressTree Continuum™:
### Cross-Modal



The CypressTree Continuum™ recognizes the need for multiple learning methods in developing leadership competencies. There are a variety of options available in learning methods from traditional "top-down" to experiential and "bottom-up." CypressTree employs multiple methods along this continuum of options.



©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

Attachment C
S-1617-03-0199-A-1
Page 11 of 31

11

## The CypressTree Continuum™:
## Cross-Metric

The CypressTree Continuum™ allows us to deliver on our brand promise of demonstrable, measurable transformation—in part through structured, research-based and validated assessment. Four focus areas for tracking and assessment are:

- **Strengths, Styles, Preferences (assessed prior to the learning experience)**

- **Values (assessed pre- and post-learning experience)**

- **Intercultural Fluency (assessed pre- and post-learning experience)**

- **360 / Contextualized Leadership Competencies (assessed pre- and post-learning experience)**

These assessments are customized for each client and project, and data are collected in collaboration with our partners to ensure a robust, multidimensional assessment of program impact on the individual and the business.

©2015 CypressTree Corp *all rights reserved*                    CONFIDENTIAL



*Customization and Application*
*of the CypressTree Continuum™:*

# MEDICAID UNIVERSITY
### *(Featuring the Leadership 101 Program)*

©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

Attachment C
S-1617-03-0199-A-1
Page 13 of 31

13

# Applying the CypressTree Continuum™ *across*
## Leadership Development Cohorts and Participants

*We propose an integrated, research-based approach grounded in our Cross-Cultural, Cross-Contextual, Cross-Modal and Cross-Metric framework—customized by cohort and level in the ODM organization.  The "Medicaid University" approach highlights two initial levels of Leadership Development:  "Leadership 101" and "Leadership 201."  (In this proposal we focus primarily on the design and delivery of Leadership 101.)*

*By partnering with us, customizing the CypressTree Continuum™ and applying it across current cohorts as well as integrating with previous participants in Leadership Development, ODM will create a sophisticated suite and platform for leadership development that will reflect the following key benefits:*



Consistency in **language** and lexicon

A **clear line of sight** for leadership development, from "Leadership 101" through "Leadership 201" and beyond

Consistency in frame and a common leadership **framework**

Consistency in use of **metrics** and demonstration of quantified, evidence-based **impact**

An ability to integrate program activities and connections **among program participants, across cohorts** and **levels**

A clear and **direct link** between leadership development and ODM **brand, strategy** and employee engagement.



©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

Attachment C
Q-1617-03-0199-A-1
Page 14 of 31

# Medicaid University / LEADERSHIP 101

## Key Features of Program Content, Structure and Delivery

14

**Action-based.** *Individually and collectively.* **The design features a weave of:**

- Instructor- and participant-facilitated learning in a classroom setting.

- Experiential learning through in-module and between-module off-site activities.

- Social connections and networking developed through interactions grounded in team, cohort, cross-cohort and external partner relationships.

- Individual-level, personal development through assessments, coaching and self-reflection (e.g., journaling), particularly in the context of the Authentic Leader experience as reflected in our "Charting the Leader's Way" (explained on the next slide).

**Innovative, Customized Content Weave** *will drive the ODM Change Transformation Process.*

- Foundational content relating to each of the five Continuum™ Parameters (Courage and Character, etc.) reflects the newest and best from academia and industry, customized to reflect ODM strategy, business challenges and opportunities relevant for the Leadership 101 participant.

- Content and new skills are woven and applied to identify specific opportunities to further help drive change through ODM.

- Clear ROI for ODM and Leadership 101 participants, quantified using multiple measures grounded in valid pre- and post-program assessment—as well as the value created by new opportunity surfaced by ODM participants.



©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

Attachment C
C-1617-03-0199-A-1
Page 15 of 31

15

## *Key Program Feature:*
## "Charting the Leader's Way" and Online Community

"Charting the Leader's Way" is a structured program designed to help each participant in a Leadership Development program discover and develop their authentic self as a leader.  The premise is simple: Each week (or defined time period, typically not longer than two weeks) there is a leadership theme, reading and questions to answer that relate to the theme.  In addition, there are three activities that are ongoing:  Journaling, Leadership Dates and online engagement with others in one's leadership development cohort.



### JOURNALING

Participants are asked to write in a dedicated Leadership Journal, up to 750 words daily (or as near daily as possible), about whatever is coming to mind for them regarding leadership.  This can be as simple as a free-association mind-dump.  It takes about 15-20 minutes to write 750 words, so the time commitment is relatively minimal.  Research has shown that journaling in this manner, however, has a transformational impact and often provides a springboard to much deeper personal reflection.

### LEADERSHIP DATES

Leadership Dates are weekly or bi-weekly appointments that the participant undertakes in a solo, structured activity, where they dedicate at least two hours to doing something that relates to their focus areas of leadership competency—it can be something that stretches one out of one's comfort zone, hits strongly on an emerging core value, and so on.

### ONLINE ENGAGEMENT

CypressTree facilitates within our Learning Management System (LMS) an area where participants can post photos and videos, commentary, etc. related to assigned content, experiences with Leadership Dates, and other aspects of their journey through the program.  The online community is moderated and facilitated by CypressTree; there will be scheduled times to post and discuss assigned topics and participants' experiences, questions and observations.



©2015 CypressTree Corp *all rights reserved*                                        CONFIDENTIAL

Attachment C
S-1617-03-0199-A-1
Page 16 of 31

16

# Medicaid University / LEADERSHIP 101
## Suggested 2016 Participants



There are approximately 100-105 leaders who are directly involved in Strategy Mapping and/or will be participating in the Learning Circles designed to drive change through the organization.

In order to achieve maximum impact of the Change Transformation Process initiative across the organization, equipping the key change agents with the tools to drive and sustain change, all 100-105 leaders ideally will participate in Leadership 101 during 2016. This can be accomplished by running **three cohorts (each up to 35 individuals).**



©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

# Medicaid University / LEADERSHIP 101
## Suggested Program Structure

**We offer an interactive leadership development experience reflecting the tenets of the CypressTree Continuum™. For each cohort, the proposed Leadership 101 will consist of:**

1) **Pre-program assessments (e.g., DiSC, 363, Kaleidoscope, etc.) with follow-up coaching.**

2) **Twelve high-intensity instructional days—separated by ongoing engagement, personal reflection and individual-directed learning. Recommended pacing: a 2-day Kickoff Module, followed by 8 individual day-long Modules, concluding with a 2-day Completion / Graduation Module.**

   - Three of these days will occur primarily at the downtown ODM office location.

   - Three of these days will involve field visits to specified locations tied to experiential content.

   - Six of these days will occur at high-impact learning locations away from the downtown ODM office location

3) **Post-program assessments.**



©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

# Medicaid University / LEADERSHIP 101
## Metrics-Based Leadership Assessments

**Values**
(1) Direct Values Assessment Instrument
(2) Alignment Assessment
(Individual / Organizational Values)





**Leadership Competencies**
Everything DiSC 363 for Leaders®



**Intercultural Fluency**
Intercultural Development
Inventory® (IDI)



**Strengths, Styles, Preferences**
Everything DiSC Workplace®



©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

**19**

# Medicaid University / LEADERSHIP 101
## Suggested In-Session Content and Applications

- ***Thematic Content, adding up to 4 days:***
  ## Managing <u>Yourself</u> as a Leader.
    - ✓ DiSC
    - ✓ Core Values, Core Purpose and Alignment: The Authentic Leader
    - ✓ Cross-Cultural Fluency
    - ✓ Experiential Learning: Field Visit(s) to Medicaid Hot-Zones and Structured Debrief / Applications

- ***Thematic Content, adding up to 4 days:***
  ## Managing <u>the Business</u> as a Leader
    - ✓ Data-Driven and Systems Thinking
    - ✓ Driving Innovation and Improvement
    - ✓ Strategic Vision
    - ✓ Managing Initiatives
    - ✓ Experiential Learning: Field Visit(s) to Best-in-Class Social Enterprise Organizations and Structured Debrief / Applications

- ***Thematic Content, adding up to 4 days:***
  ## Managing <u>Others</u> as a Leader
    - ✓ Employee Engagement: Creating and Managing Meaning
    - ✓ Strategic Communications (content / format / channels / meetings)
    - ✓ Managing Conflict
    - ✓ Coaching and Mentoring Others
    - ✓ Talent / Performance Management
    - ✓ Managing through Change
    - ✓ Experiential Learning: Role-plays and Simulations

- ***Centerpiece Application, Continuing throughout the Experience:***
  ## The <u>Engagement Challenge</u> (Team-based ODM Initiative / Project)

©2015 CypressTree Corp *all rights reserved*

CYPRESS

CONFIDENTIAL

20

# Medicaid University / LEADERSHIP 101
## Timeline and Key Dates



To maximize the connectivity and power of running three cohorts of Leadership 101 during the 2016 ODM Change Transformation Process initiatives, we propose that Cohort 1 begin with pre-program assessments in January, followed by 12 instructional days over roughly 12 weeks and concluding with post-program assessments in May.

Cohort 2 will begin 4-8 weeks after the start of Cohort 1 and follow the same pattern as described above. In similar fashion, Cohort 3 will begin 4-8 weeks after the start of Cohort 2 and follow suit.

**Given the above-described plan, and including post-program assessments, this initiative is projected to run from January 2016 through approximately July 2016.**



©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

# CypressTree Staffing and Capabilities



©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

22

# CypressTree Staffing and Capabilities

Dr. Deborah Mitchell founded Cypress Consulting (later renamed CypressTree Corp.) in 1996 in response to client demand for services and partnership requiring a full-time focus. CypressTree today is staffed by full-time employees as well as experts in strategy, research, communications, training and related areas on a project-needed basis. We work selectively with a handful of global and US-based clients.

Our slogan, *"Connecting the Mind and Heart of the Enterprise,"* reflects our promise: we will help you successfully connect knowledge and leadership, vision and commitment, strategy formulation and execution—both outside and inside your organization.

We are a consulting firm that believes leadership development must include successful implementation of organizational initiatives. To that end, two key hallmarks of our work are:

- ✓ **We leverage the value in the latest and best that academia has to offer—while making it work in our clients' real-world settings. No "pie-in-the-sky" here—we translate and operationalize to make sure that ideas, tools and frameworks are actually used (even after the engagement is over and we leave)!**

- ✓ **We offer services as well as tactical tools to help with change management and adoption as part of leadership development. Whether it's via additional training, or periodic check-ins, or other kinds of scaffolding—we make sure that an engagement has 'legs' going forward, and across the rest of the firm.**

*CypressTree is a female-owned Ohio-based small business.*



©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

Attachment C
S-1617-03-0199-A-1
Page 23 of 31

# CypressTree
# Partial Client Listing

23





©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

# The CypressTree Team



## Deborah J. Mitchell

Deborah is the founder and president of CypressTree Consulting. She received her Ph.D. in Behavioral Science and Marketing from the University of Chicago. She currently holds a clinic faculty appointment at The Ohio State University's Fisher College of Business.



## Michelle M. Norris

Michelle has more than 20 years of experience working in adult learning and executive education with both private and public sector audiences, having previously held positions with the United States Peace Corps, Columbus Council on World Affairs, University of Illinois and The Ohio State University. She holds an M.A. in Public Administration from Western Illinois University where she was a Peace Corps Fellow in Community Development, an M.A. in International Studies from The Ohio State University, and a B.A. in Political Science from John Carroll University.



## Stephanie R. Davis Wallace

Stephanie has 10 years of experience working in higher education. With her focus on andragogy and event management, she has worked with a wide range of non-profits, lobbying firms and universities. From the University of Nebraska-Lincoln, Davis Wallace holds a B.S. in Agbusiness/Ageconomics, M.S. in Leadership and Teaching Education and a Ph.D in Educational Leadership and Higher Education.



## Mike Ziolkowski

Mike studied for his Ph.D. from the University of Chicago in Linguistics, while subsequently serving as Director for the Consumer Behavior and Decision Making Laboratory at the University of Chicago Graduate School of Business. During the last decade, he has worked with clients across a broad range of industries, from UNext (online education) to ING Financial Services and CNN. He utilizes his linguistic and design skills working collaboratively with clients as part of the learning design process. Additionally, he is experienced in building quantitative models and tools to assess and communicate value.



©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

25

# Project Lead



## Dr. DEBORAH MITCHELL

Deborah received her Ph.D. in behavioral science and marketing from the University of Chicago. Her expertise lies in the development of strategic excellence at the organizational and individual levels—she applies this expertise in academic teaching, consulting and coaching.

As an academic, Deborah's scholarly work has appeared in leading research journals including the *Journal of Consumer Research*, the *Journal of Advertising* and the *Journal of Behavioral Decision-Making*. She has been a faculty member at leading business schools including the Wharton School (University of Pennsylvania) and Stanford University Graduate School of Business, and has served as Executive Director of the Center for Brand and Product Management at the University of Wisconsin-Madison. Today Deborah is an Associate Clinical Professor at The Ohio State University in addition to President of CypressTree Corp.

©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

Attachment C
C-1617-03-0199-A-1
Page 26 of 31

26

# Other Capabilities

### *CypressTree Learning Network*

The CypressTree Learning Network is a global network of academics, industry experts, executive coaches and other professionals who conduct research, consult and instruct on a wide array of topics tied to leadership, strategy and change.

### *Learning Management System*

The CypressTree Learning Management System (LMS) will provide a web-based, user-friendly interface to serve as a repository for formal program session content and logistic details, as well as an interactive platform to facilitate participant networking (both during and between formal program sessions).  The CypressTree Learning Management System (LMS) will also serve as a vehicle for activities such as web-conferencing and coaching connections throughout the program duration.  This responsive platform will ensure on demand learning on any mobile device.

©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

Attachment C
S-1617-03-0199-A-1
Page 27 of 31

27

# Cost, Terms, Duration and General Provisions



Connecting the Mind and the Heart of the Enterprise™

©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

Attachment C
0-1617-03-0199-A-1
Page 28 of 31

28

# Cost, Terms and Duration

Professional fees for the Leadership 101 initiative are as follows:

| Program Component | Cost |
|---|---|
| **Customized Program Design** | **No charge** |
| **Pre-program Leadership Assessments (Values, Cross-Cultural Fluency, Competencies, Styles/Preferences) for up to 105 participants (up to 35 participants per cohort).** | |
| **36 days of Instruction / Facilitation (12 per cohort) for up to 105 participants.** <br> - *(Includes transportation costs for experiential learning visits)* | **$972,000** |
| **LMS Support and Online Learning Experience (Charting the Leader's Way) for up to 105 participants (up to 35 participants per cohort)** | *(three cohorts,* up to 35 per cohort) |
| **Post-program Leadership Assessments for up to 105 participants** | |

As is standard practice the fee excludes reimbursable expenses. Any reimbursable program-related expenses must be approved by ODM and CypressTree in advance.

Invoices are payable based on the following schedule: $324,000 invoiced January 15, 2016; $324,000 invoiced April 15, 2016; $324,000 invoiced July 15, 2016.

CypressTree Corp. can begin work on this project in January 2016 with an estimated completion within the proposed timeframe (i.e., by July 2016).



©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

# General Provisions

Our ability to carry out this work is heavily dependent upon our past experience in providing similar services to others, and we expect to continue with such work in the future. Information that has been, and will be gathered from publicly-available sources may be utilized in other CypressTree multi-client and/or proprietary work. Tools and frameworks utilized in this project will remain the sole property of CypressTree Corp. However, the specific organization, customization and presentation of such material will be considered proprietary to ODM and will be kept confidential. Furthermore, CypressTree Corp. will not use any proprietary information learned during past work and, likewise, we will preserve the confidential nature of any information received from the Client in accordance with our established professional standards:

**Any confidential information provided to CypressTree Corp. by the client will be kept confidential unless:**

**It is, or becomes, publicly available through no fault of CypressTree Corp.**

**It is already in the possession of CypressTree Corp. or is disclosed to CypressTree Corp. by a third party who has the right to disclose such information.**

**Information developed for the Client that is specific to their business and/or not easily gleaned from public sources will also be kept confidential.**

We devote our best efforts to the work under this agreement. The findings, conclusions and recommendations we offer will be our best judgment based on the information available to us. In any event, our liability will not be greater than the amount paid to us for professional services rendered on this project.



©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

30

# Proposal Summary

| | |
|---|---|
| **Start Date:** | • **January 2016** |
| **Finish Date:** | • **July 2016** |
| **Cost:** | • **$972,000 (payable in three payments of $324,000 each)** |
| **Project Lead:** | • **Deborah Mitchell, CypressTree Corp.** |
| **Project Deliverables:** | *For each cohort:*<br>• **Highly-customized program design, integrated with ongoing consulting initiatives.**<br>• **Pre-program leadership assessments and instrument-specific coaching.**<br>• **12 high-intensity instructional days (total of 36 days across three cohorts).**<br>• **Online learning experience via "Charting the Leader's Way."**<br>• **Post-program leadership assessments.** |



©2015 CypressTree Corp *all rights reserved*

CONFIDENTIAL

Attachment C
S-1617-03-0199-A-1
Page 31 of 31

31

# Contact Information



FIND US HERE

CypressTree
CORP.

Deborah J. Mitchell, Ph.D.
*President*
deborah@CypressTree.com

Mailing Address:
2783 Martin Road, #358
Dublin, OH 43017

614.531.9995 *Phone*
312.264.2361 *Fax*

©2015 CypressTree Corp *all rights reserved*    CONFIDENTIAL

# Evans Exhibit T

| | |
|---|---|
| **From:** | Demory, Jennifer |
| **Sent:** | Thursday, January 21, 2016 3:13 PM |
| **To:** | Haller, Amy; Walker, Kristi; Nance, Melissa; Stephan, Patrick; Curtin, Sarah; Hoyt, Karin; Donica, Kimberly; Faz, Mario; Walters, Nancy; Chapman, Thomas; Houck, Angela; Pichert, Joseph; Benson, Kara; Sartain, Mary; Grove, Meagan; Smith, Peggy; Marker, Dawn; Mcintyre, Elbony; Dickerson, Icilda; Reep, Kristin; Graves, Mark; Moore, Terry; Manev, Biljana; Sherman, Felicia; Thackeray, Jonathan; Williams, Kimberly; Stafford, Lisa; Henson, Marilyn; Pust, Adriana; Brown, Brianne; Marsh, Marguerite; Aaron, Pamela; Slyh, Renee; Lotts, Shawn; Cydrus, Aaron; Nicholson, Brandi; Gossett, Renee; Layman, Candi; Sargent, Christopher; Barnhart, Curtis; Hoffine, Deborah; Clark, Deonne; Henkel, Douglas; Gordon, Elaine; Wheeler, Faye; Brown, Gregory; Rivera, Gustavo; Harper-Steward, Helen; Sellan, Hank; Black, Jane; Fukuda, Jeffrey; Hoseus, Jenelle; Gaston Mathews, Jessica; Mack, John; Maynard, John; Miller, Kara; Smith, Laurel; Wilson, Mark; Araghi, Mehdi; Stills, Melissa; Reynolds, Michael; Tolbert, Neil; Schwamberger, Roberta; Welela, Tesfaye; Moore, James; Sadayappan, Vasantha; Morgan, Wayne; Chang, Mina; Simms, Angie; Martin, Carolyn; Day, Catherine; Ellison-weaver, Cheryl; Selva, Christobel; Michael, Conrad; Hire, Heather; Assaf, Jamileh; Hughes, Jessica; DuMond, Katherine; Markman, Kendallyn; Carter, Kevin; Green, Kevin; Fisher, Kimberly; Mobley, Kimberly; Harper, Lawrence; Yawn, Lawrence; Coss, Lisa; Summers, Lora; Johnson, Luvenia; Gentile, Maria; Arter, Martha; Duvall, Meghan; Drake, Mylynda; Brown, Natalie; Ruffing, Nicole; Jones, Rachel; Eshett, Rafiat; Ferguson, Robin; Shirvani, Sayeh; Beckley, Stephen; Hawkins, Tonya; Baxter, William |
| **Cc:** | Reep, Kristin; Chaney, Douglas; Wandell, Ellen; Deborah Mitchell; Benson, Kara; Tighe, Patrick; Miller, Kara; Fouts, Roger; Tassie, James; Demory, Jennifer; Tassie, James; Green, Kevin; Baxter, William; Figi, Craig; Maynard, John; Skomra, Eric; Wilson, Mark; Hoffine, Deborah; Ramey, Liz; Aideyman, Ogbe; Rao, Ranjan; Stephan, Patrick; Donica, Kimberly; Demory, Jennifer; Maynard, John; Dickerson, Al; Fouts, Roger; Smith, Brian; Applegate, Mary; Clark, Deonne; Demory, Jennifer; Nicholson, Brandi; Hecht, Daniel; McCarthy, John; Maynard, John; Nunez, Carolyn; Aideyman, Ogbe; Ramey, Liz; Smith, Brian; Donica, Kimberly; Moore, James; Fouts, Roger; Wilson, Mark; Jones, Rachel; Stephan, Patrick; Tighe, Patrick; Aideyman, Ogbe; Gossett, Renee; Demory, Jennifer; Grove, Meagan; Skomra, Eric; Walker, Kristi; Horn, Michelle; Donica, Kimberly; Stills, Melissa; McCarthy, John; Sullivan, Heather; Smith, Brian; Demory, Jennifer; Barley, Jonathan; Stephan, Patrick; Sellan, Hank; Rao, Ranjan; Maynard, John; Green, Kevin; Welela, Tesfaye; Lotts, Shawn; Maynard, John; Sellan, Hank; Dickerson, Al; Manev, Biljana; Barley, Jonathan; Lotts, Shawn; Coss, Lisa; Stills, Melissa; Ramey, Liz; Figi, Craig; Pichert, Joseph; Donica, Kimberly; Smith, Brian; Mcintyre, Elbony; Demory, Jennifer; Barley, Jonathan; Ferguson, Robin; Skomra, Eric; Lotts, Shawn; Miller, Kara; Ferguson, Robin; Manev, Biljana; Maynard, John; Hecht, Daniel; Dickerson, Al; Rossi, Samuel; Pichert, Joseph; Brown, Brianne; Markman, Kendallyn; Brown, Brianne; Layman, Candi; Maynard, John; Aideyman, Ogbe; Moore, James; Donica, Kimberly; Ferguson, Robin; Donica, Kimberly; Tighe, Patrick; Michelle M. Norris |
| **Subject:** | ODM Strategic Leadership Development Program |

It is with great pleasure that I inform you that you have been selected to participate in the 2016 Medicaid Strategic Leadership Development program.

1

As Ohio Department of Medicaid continues on the path to becoming a best-in-class insurance organization with a moral compass, an investment in the ongoing growth and development of our people is essential.  In support of this commitment, we have partnered with CypressTree Corp and Dr. Deborah Mitchell to create an innovative, customized initiative to guide our leaders through an impactful educational experience—one centered on developing and strengthening the strategic competencies necessary to achieve our organizational goals.

Next week, you and others selected for this opportunity, will receive an e-mail from Michelle Norris, Engagement Director at Cypress Corp, with additional details about the Spring 2016 experience, including program dates and initial activities that will commence in the days and weeks to come.

Ohio Department of Medicaid is deeply invested in the success of our leaders and organizational mission, therefore, the program will require your active participation and mandatory attendance at scheduled sessions.  If you have any questions regarding the commitment, please contact odmtraining@medicaid.ohio.gov.

I hope you enjoy this opportunity as much as we did when we went through the program.  Good luck to everyone!

# Evans Exhibit U

| | |
|---|---|
| **From:** | Michelle M. Norris <michelle@cypresstree.com> |
| **Sent:** | Wednesday, January 27, 2016 11:02 AM |
| **To:** | Dickerson, Al; Nicholson, Brandi; Smith, Brian; Nunez, Carolyn; Figi, Craig; Hecht, Daniel; Hoffine, Deborah; Clark, Deonne; Skomra, Eric; Demory, Jennifer; Tassie, James; Maynard, John; McCarthy, John; Benson, Kara; Miller, Kara; Green, Kevin; Donica, Kimberly; Ramey, Liz; Wilson, Mark; Applegate, Mary; Aideyman, Ogbe; Stephan, Patrick; Tighe, Patrick; Rao, Ranjan; Fouts, Roger; Baxter, William |
| **Cc:** | stephanie@cypresstree.com; Chaney, Douglas; Wandell, Ellen |
| **Subject:** | ODM 2016 Strategic Leadership Development Program - Cohort I Schedule |
| **Attachments:** | ODM 2016 Strategic Leadership Development Program - Cohort I Schedule.pdf |

Good Morning Everyone,

Last week, you received a message from Jennifer Demory, Chief of Staff, Ohio Department of Medicaid, announcing the 2016 Medicaid Strategic Leadership Development Program.  On behalf of your CypressTree Corp. Team – Dr. Deborah Mitchell, Dr. Stephanie Davis Wallace and I – we are honored to be partnering with the Ohio Department of Medicaid on this unique experience.

Today and tomorrow, we will be reaching out to all participants via e-mail with introductory program information.  With that in mind, we also wanted to reach out to the participant's managers – so you will be aware of the program dates to which your direct reports have been committed.  **As a sizeable number of Medicaid staffers will be participants in the program this year, we will actually be running three cohorts concurrently, each with slightly staggered program dates.**

I am forwarding this note specifically because each of you have direct reports who are participants in **Cohort I.**  Attached is the schedule of session dates for the **Cohort I** group.  Please feel free to contact me at any time if you have questions regarding the schedule, as I am more than happy to offer clarification on an as needed basis.  Thanks so much for your support of the program, and your commitment to "Making Ohio Better"!

Best regards,

Michelle

Michelle M. Norris
Engagement Director
CypressTree Corp.
Mobile:  740.624.0161
E-Mail:  michelle@cypresstree.com


*"Connecting the Mind and the Heart of the Enterprise™"*

1

# Ohio Department of Medicaid
# 2016 Strategic Leadership Development Program (Cohort I)

**Pre-Program Assessment Activities**

### BECOMING A BRANDWOVEN™ LEADER

Week 1: (2.5 instruction days)
- Everything DiSC Workplace and Everything DiSC 363 for Leaders, **March 1**, 8:30 am – 5:00 pm *(Offsite)*
- Radical Empathy and Customer Value Strategy, **March 3**, 8:30 am – 5:00 pm *(Offsite)*
- Cross-Cultural Fluency and The Intercultural Development Inventory, **March 4**, 8:30 am – 1:00 pm *(Offsite)*

Week 2: (1 instruction day) – **March 10,** 8:30 am – 1:00 pm *(Offsite)*
- Introduction to Authentic Leadership

Week 3: (Cross-modal) – **Week of March 13,** *(Online)*
- Introduction to Charting the Leader's Way™ and "The Engagement Challenge" Team Meetings

Week 4: (1 instruction day) – **March 22,** 8:30 am – 5:00 pm *(Offsite, but day begins and ends at Medicaid Office)*
- EXPERIENTIAL LEARNING SITE VISITS: "Medicaid Hot Zones"

### COMMUNICATION, MOTIVATION AND INFLUENCE

Week 5: (1 instruction day) – **March 29,** 8:30 am – 5:00 pm, *(At Medicaid)*
- Strategic Communications I: Type, Frequency, Modalities and Objectives

Week 6: (1 instruction day) – **April 5,** 8:30 am – 5:00 pm, *(Offsite)*
- Strategic Communications II: Building Cross-Functional Connections and Managing Teams

Week 7: (Cross-modal) – **Week of April 10,** *(Online)*
- Charting the Leader's Way™ and "The Engagement Challenge" Team Meetings

Week 8: (1 instruction day) – **April 19,** 8:30 am – 5:00 pm, *(At Medicaid)*
- Computer Based Simulation, "The Management Challenge"

Week 9: (1 instruction day) – **April 26,** 8:30 am – 5:00 pm *(Offsite, but day begins and ends at Medicaid Office)*
- EXPERIENTIAL LEARNING SITE VISITS: "Managing Employees in a Social Enterprise"

### INTEGRATION AND APPLICATIONS: MANAGING THE BUSINESS, OTHERS AND MYSELF AS A LEADER

Week 10: (1 instruction day) – **May 3,** 8:30 am – 5:00 pm, *(At Medicaid)*
- Managing the Business as a Leader

Week 11: (1 instruction day) – **May 10,** 8:30 am – 5:00 pm *(Offsite, but day begins and ends at Medicaid Office)*
- EXPERIENTIAL LEARNING SITE VISITS: "Future States"

Weeks 12 and 13: (Cross-modal) – **Weeks of May 15 and May 22,** *(Online)*
- Week 12: "Building the Value-Based Business Case"
- Week 13: "Crafting Your Personal Creed"

Week 14: (2 instruction days) – **June 1 and 2,** 8:30 am – 5:00 pm, *(Offsite)*
- "The Engagement Challenge" Presentations and "The Authentic Leader" Presentations
- Graduation Ceremony and Luncheon

**Post-Program Assessment Activities**



# Evans Exhibit V

**From:** Michelle M. Norris <michelle@cypresstree.com>
**Sent:** Friday, February 26, 2016 10:04 AM
**To:** Demory, Jennifer
**Cc:** 'Deborah Mitchell'
**Subject:** FW: COMMUNICATION BRIEF Program Kick Off - 2016 Strategic Leadership Development
**Attachments:** ODM 2016 Strategic Leadership Development Program- Cohort I Welcome Guide.pdf; Vue Directions_ Grange Garage Prepaid.pdf

Here you go...

**From:** Michelle M. Norris [mailto:michelle@cypresstree.com]
**Sent:** Thursday, February 25, 2016 3:19 PM
**To:** Adriana Pust <Adriana.Pust@medicaid.ohio.gov>; Angela Houck <Angela.Houck@medicaid.ohio.gov>; Bilijana (BiBi) Manev <Biljana.Manev@medicaid.ohio.gov>; Dawn Marker <Dawn.Marker@medicaid.ohio.gov>; Elaine Gordon <Elaine.Gordon@medicaid.ohio.gov>; Elbony McIntyre <Elbony.Mcintyre@medicaid.ohio.gov>; Faye Wheeler <Faye.Wheeler@medicaid.ohio.gov>; Felicia Sherman <Felicia.Sherman@medicaid.ohio.gov>; Icilda Dickerson <Icilda.Dickerson@medicaid.ohio.gov>; Jonathan Thackeray <Jonathan.Thackeray@medicaid.ohio.gov>; Joseph Pichert <Joseph.Pichert@medicaid.ohio.gov>; Kim Donica <Kimberly.Donica@medicaid.ohio.gov>; Kim Williams <Kimberly.Stokes@medicaid.ohio.gov>; Kristi Walker <Kristi.Walker@medicaid.ohio.gov>; Lisa Stafford <Lisa.Stafford@medicaid.ohio.gov>; Marguerite Marsh <Marguerite.Marsh@medicaid.ohio.gov>; Marilyn Henson <Marilyn.Henson@medicaid.ohio.gov>; Mario Faz <Mario.Faz@medicaid.ohio.gov>; Mark Graves <Mark.Graves@medicaid.ohio.gov>; Mary Sartain <Mary.Sartain@medicaid.ohio.gov>; Meagan Grove <Meagan.Grove@medicaid.ohio.gov>; Melissa Nance <Melissa.Nance@medicaid.ohio.gov>; Nancy Walters <Nancy.Walters@medicaid.ohio.gov>; Pamela Aaron <Pamela.Aaron@medicaid.ohio.gov>; Patrick Stephan <Patrick.Stephan@medicaid.ohio.gov>; Peggy Smith <Peggy.Smith@medicaid.ohio.gov>; Renee Slyh <Renee.Slyh@medicaid.ohio.gov>; Sarah Curtin <Sarah.Curtin@medicaid.ohio.gov>; Shawn Lotts <Shawn.Lotts@medicaid.ohio.gov>; Stephen Beckley <Stephen.Beckley@medicaid.ohio.gov>; Terry Moore <Terry.Moore@medicaid.ohio.gov>; Tesfaye Welela <Tesfaye.Welela@medicaid.ohio.gov>; Thomas Chapman <Thomas.Chapman@medicaid.ohio.gov>
**Cc:** 'Stephanie R. Davis Wallace' <stephanie@cypresstree.com>; 'Ellen.Wandell@medicaid.ohio.gov' <Ellen.Wandell@medicaid.ohio.gov>
**Subject:** COMMUNICATION BRIEF Program Kick Off - 2016 Strategic Leadership Development

Good Afternoon Everyone,

We are excited for the kick off of your 2016 Strategic Leadership Development Program! Just a few points to note as reminders heading into next week:

1. Your first week of the program, with sessions slated on **March 1st, March 3rd and March 4th (only a half day)** – will take place at **The Vue,** 95 Liberty Street, Columbus, Ohio, 43215 http://vuecolumbus.com/meeting-rooms/. Please review the attached, which includes venue driving directions, information about parking and validation, etc. Please feel free to reach out to me independently if you have any special questions or concerns about parking options.
2. As noted in your attached Welcome Guide, formal sessions will begin each day at **8:30 AM.** Additionally each day, **breakfast will be served from 7:30 AM to 8:30 AM,** so plan to arrive early, and bring your appetite! Please feel free to reach out to me independently if you have any special questions or concerns with regard to dietary restrictions.

1

**pg.000202**

3.  Very shortly, you will be receiving an e-mail from Stephanie Davis Wallace, Senior Analyst, CypressTree Corp, stephanie@cypresstree.com, which will include the web link and personal login information for the program's **Learning Management System (LMS).**  This message will present a high level overview about navigating the site, but we will also be able to answer more specific questions you may have next week at The Vue.  While there is no formal pre-work assigned for week one, your detailed session agenda, instructor biographies, and several supplementary articles are currently housed on the site for your review.  As the weeks progress, the site will become your main hub for program and logistic information, as well as serving as an online portal for cross-modal learning opportunities.

4.  Finally, I want to thank each of you for your diligence in completing the *Everything DiSC* and *Intercultural Development Inventory* online assessments.  I know we asked for a very quick turnaround and we bombarded you with reminders (and had several of you scrambling at the last minute) – it will be worth it next week, I promise!

Please contact me via e-mail or telephone if you have additional questions about the program prior to next Tuesday.  We look forward to seeing you all bright and early on March 1st  to begin this 14-week adventure!

Best regards,

Michelle

Michelle M. Norris
Engagement Director
CypressTree Corp.
565 Metro Place South
Suite 1904
Dublin, OH  43017
Mobile:  740.624.0161
E-Mail:  michelle@cypresstree.com



*"Connecting the Mind and the Heart of the Enterprise™"*



# CypressTree Corp.
*Connecting the Mind and the Heart of the Enterprise™*



# WELCOME GUIDE

**THE OHIO DEPARTMENT OF MEDICAID**
**2016 Strategic Leadership Development Program**



2 | WELCOME GUIDE





DEBORAH J. MITCHELL, PHD

*President*

# THE JOURNEY BEGINS…

Congratulations on being selected to participate in the 2016 Ohio Department of Medicaid Strategic Leadership Development Program.

As the Ohio Department of Medicaid continues on the path to becoming a best-in-class insurance organization with a moral compass, Dr. Deborah Mitchell and the CypressTree Corp. Team are proud to partner with you in this unique, customized initiative, designed to guide Ohio Department of Medicaid leaders through an impactful educational experience—one centered on developing and strengthening the strategic competencies necessary to achieve your organizational goals.

We look forward to charting this journey with each of you in the coming months, and collaborating with the Ohio Department of Medicaid towards the success of your mission.





MICHELLE M. NORRIS

*Engagement Director*



STEPHANIE R. DAVIS WALLACE, PHD

*Senior Analyst*



3 | WELCOME GUIDE

# WHY YOU ARE HERE

"Making Ohio Better". As the Ohio Department of Medicaid continues on the path to becoming a best-in-class insurance organization with a moral compass, an investment in the ongoing growth and development of leaders is essential. In July of 2014, the initial Strategic Leadership Development Program was created to assist in the actualization of a redefined business model for ODM. With this in mind, the 2016 Ohio Department of Medicaid Strategic Leadership Development Program is continuing the goal, as a uniquely customized experience, designed to equip additional leaders with the competencies necessary to serve as integral change agents in the success of this innovative organizational transformation.

# HOW YOU WILL LEARN

The 2016 Ohio Department of Medicaid Strategic Leadership Development Program is designed in an action-based manner for program participants, both individually and collectively. The opportunity will feature a weave of:

- Instructor and participant facilitated learning in a traditional classroom setting
- Experiential learning through in-session and between-session offsite activities
- Online learning opportunities, via the CypressTree Learning Management System (LMS) and the completion of computer based simulation exercises
- Group learning, social connections and networking options through interactions grounded in team, cohort, cross-cohort and external partner relationships
- Individual level personal development through assessments, coaching and self-reflection activities

As your program commences, the first step will be to complete an integrated assessment process utilizing the *Everything DiSC 363 for Leaders* and the *Everything DiSC Workplace* online instruments. **Details about the process, as well as associated deadlines, are included on pages 5 and 6 of your Welcome Guide.** In the days to come, you will also receive information regarding an additional short assessment process to be completed prior to your first program session, *The Intercultural Development Inventory* online instrument.

# WHAT YOU WILL LEARN

The 2016 Ohio Department of Medicaid Strategic Leadership Development Program will include content and activities spanning across three key areas:

- Becoming a Brandwoven ™ Leader
- Communication, Motivation and Influence
- Integration and Applications: Managing the Business, Others and Myself as a Leader

**A high level program schedule, including your specific cohort dates, times, locations and session topics is outlined on page 4 of your Welcome Guide.** As part of a weekly communication brief, more detailed program agendas and other necessary information (including for example specific offsite locations, instructor biographies, etc.) will be made available for you prior to program sessions.



4 | WELCOME GUIDE

# 2016 Strategic Leadership Development Program (Cohort I)

## BECOMING A BRANDWOVEN™ LEADER

Week 1: (2.5 instruction days)
*The Vue, 95 Liberty Street, Columbus, Ohio, 43215*
- Everything DiSC Workplace and Everything DiSC 363 for Leaders, **March 1**, 8:30 am – 5:00 pm
- Radical Empathy and Customer Value Strategy, **March 3,** 8:30 am – 5:00 pm
- Cross-Cultural Fluency and The Intercultural Development Inventory, **March 4,** 8:30 am – 1:00 pm

Week 2: (1 instruction day) – **March 10,** 8:30 am – 1:00 pm
*The Ohio State University, Longaberger Alumni House, 2200 Olentangy River Road, Columbus, Ohio, 43210*
- Introduction to Authentic Leadership

Week 3: (Cross-modal) – **Week of March 13,** *(Online)*
- Introduction to Charting the Leader's Way™ and "The Engagement Challenge" Team Meetings

Week 4: (1 instruction day) – **March 22,** 8:30 am – 5:00 pm *(Offsite, but day begins and ends at Medicaid)*
- EXPERIENTIAL LEARNING SITE VISITS: "Medicaid Hot Zones"

## COMMUNICATION, MOTIVATION AND INFLUENCE

Week 5: (1 instruction day) – **March 29,** 8:30 am – 5:00 pm, *(At Medicaid)*
- Strategic Communications I: Type, Frequency, Modalities and Objectives

Week 6: (1 instruction day) – **April 5,** 8:30 am – 5:00 pm
*Ohio Dominican University, Griffin Student Center, 1216 Sunbury Road, Columbus, Ohio, 43219*
- Strategic Communications II: Building Cross-Functional Connections and Managing Teams

Week 7: (Cross-modal) – **Week of April 10,** *(Online)*
- Charting the Leader's Way™ and "The Engagement Challenge" Team Meetings

Week 8: (1 instruction day) – **April 19,** 8:30 am – 5:00 pm, *(At Medicaid)*
- Computer Based Simulation, "The Management Challenge"

Week 9: (1 instruction day) – **April 26,** 8:30 am – 5:00 pm *(Offsite, but day begins and ends at Medicaid)*
- EXPERIENTIAL LEARNING SITE VISITS: "Managing Employees in a Social Enterprise"

## INTEGRATION AND APPLICATIONS: MANAGING THE BUSINESS, OTHERS AND MYSELF AS A LEADER

Week 10: (1 instruction day) – **May 3,** 8:30 am – 5:00 pm, *(At Medicaid)*
- Managing the Business as a Leader

Week 11: (1 instruction day) – **May 10,** 8:30 am – 5:00 pm *(Offsite, but day begins and ends at Medicaid)*
- EXPERIENTIAL LEARNING SITE VISITS: "Future States"

Weeks 12 and 13: (Cross-modal) – **Weeks of May 15 and May 22,** *(Online)*
- Week 12: "Building the Value-Based Business Case"
- Week 13: "Crafting Your Personal Creed"

Week 14: (2 instruction days) – **June 1 and 2,** 8:30 am – 5:00 pm
*sparkspace, 300 Marconi Boulevard, Columbus, Ohio, 43215*
- "The Engagement Challenge" Presentations and "The Authentic Leader" Presentations
- Graduation Ceremony and Luncheon



5 | WELCOME GUIDE

# 360 ASSESSMENT OVERVIEW

## EVERYTHING DiSC – Self-Awareness & Leadership Development

As the program commences, you will complete an integrated assessment process utilizing the *Everything DiSC 363 for Leaders* and the *Everything DiSC Workplace* online instruments. This process, as well as its associated session scheduled for March 1, will be facilitated by **Tammy Thayer**, of Ascension2Leadership, a 25+ year veteran of DiSC and leadership coaching.

The **Everything DiSC 363 for Leaders** instrument combines the best of 360 style feedback, with the simplicity and power of DiSC, to immediately yield actionable strategies for improving leadership effectiveness. The result is a 360 experience that is productive and empowering – where the **focus is on development** rather than appraisal. In addition, as part of the program, you will receive individual, valuable coaching to help guide you on the strategies you can employ to further develop your leadership skills.

Through the **Everything DiSC Workplace** instrument, you and your fellow participants will gain an understanding of your own workplace style, preferences and priorities, as well as ways to work effectively with colleagues whose styles, preferences, and priorities differ from your own. The result is more positive and productive working relationships.

Beginning on January 27th, you will select your *DiSC 363 for Leaders* raters (including 1 manager/supervisor, 2-3+ direct reports, 2-3+ peers, and 2-3+ others who could be external clients, colleagues from another agency or former managers/supervisors). Once the lists are compiled, a link and access code will be sent to all participants and raters, inviting their participation in the online process. This instrument will take approximately 15 minutes for each participant and/or rater to complete. **(Please refer to the process timeline on page 6 of your Welcome Guide for specific deadlines).**

As a participant, once you have completed the *Everything DiSC 363 for Leaders,* capturing your own view of your leadership style, you will be sent a second link and access code, inviting you to complete the *Everything DiSC Workplace* instrument. This assessment component will take approximately 5 minutes to complete.

Upon final completion of the process by all participants and raters, individual reports will be tabulated and compiled, and customized program materials prepared for each participant. Separate reports for the *Everything DiSC 363 for Leaders* and the *Everything DiSC Workplace* instruments will be distributed to you and your fellow participants as part of a day long, foundational program experience on March 1. Building on insights gained, you'll learn how to better collaborate, adapt, and become more effective through understanding and leveraging valuable differences among team members.

6 | WELCOME GUIDE

# 360 ASSESSMENT PROCESS (COHORT I)

| Action Steps for Assessment Process | Completion Timeline |
|---|---|
| To begin the **Everything DiSC 363 for Leaders** process, please review and complete the Excel workbook, received with your Welcome Guide, requesting your list of raters. Once your workbook is completed with the information regarding your chosen raters, forward it to michelle@cypresstree.com. | **January 27 – February 1** |
| A URL link and access code will be sent to you, as well as to each of your raters, with an invitation to participate in **Everything DiSC 363 for Leaders**. The online questionnaire takes approximately 15 minutes to complete. This e-mail will be generated by Tammy Thayer, Ascension2Leadership. | **Approximately February 5** |
| Program participants and raters are asked to complete **Everything DiSC 363 for Leaders** within this timeframe. | **February 5 – February 19** |
| As soon as **you** complete your **Everything DiSC 363 for Leaders** questionnaire**,** an additional URL link and access code will be sent to you requesting completion of the **Everything DiSC Workplace** questionnaire, which takes approximately 5 minutes to complete. This e-mail will also be generated by Tammy Thayer, Ascension2Leadership. | **February 5 – February 19** |
| **Everything DiSC 363 for Leaders** must be completed by all program participants and raters. | **February 19** |
| **Everything DiSC Workplace** must be completed by all program participants. | **February 19** |
| Individual reports tabulated and prepared for program participants. | **February 19 – February 26** |
| **Everything DiSC Workplace** and **Everything DiSC 363 for Leaders** Session. | **March 1** |

7 | WELCOME GUIDE



ONLINE
LEARNING
PORTAL

Learning Management
System





8 | WELCOME GUIDE

# LOGISTIC QUESTIONS?

**Your journey in the 2016 Ohio Department of Medicaid Strategic Leadership Development Program during the coming months will take place at a combination of offsite locations (including Experiential Learning Sites), the Medicaid Office and cross-modally via online learning. Below is an overview of helpful information and program logistics as you begin to prepare for the experience.**



### PARKING

Parking information for offsite sessions will be forwarded via your weekly communication brief. You will be provided with all necessary parking validations or vouchers for offsite locations. For Experiential Learning Site Visits, the day will begin and end at ODM, so you will park as you regularly would for a normal workday. Transportation will be provided for all Experiential Learning Site Visits by private, chartered shuttle bus. Please contact Michelle Norris at michelle@cypresstree.com with any special parking or accessibility considerations.



### MEALS AND DIETARY RESTRICTIONS

Breakfast, lunch and snacks will be served on face-to-face session days throughout the duration of the program. If you have special dietary restrictions or needs, please contact Michelle Norris at michelle@cypresstree.com prior to the program kick-off.



### PROGRAM TIMING and ATTIRE

All scheduled program days (both offsite locations and onsite at Medicaid) will begin at 8:30 am and end at 5:00 pm. Attire is business casual. Please remember that rooms at different venues may vary in temperature, do consider bringing a sweater or jacket if necessary.



### FURTHER QUESTIONS?

Please contact Michelle Norris at michelle@cypresstree.com.





**Directions**

Directions below are to Vue - 95 Liberty. Parking for your event is located at the Grange Parking Garage at the corner of Front St.  and Sycamore just south of Liberty St.

***Grange Parking Garage: 610 S. Front St. Columbus, OH 43215***
* Parking map on 2nd page
*\* Your host has arranged to pay for your parking – so please take a ticket in the AM (from attendant, or ticket box)… and when leaving tell the attendant you are part of the event at Vue.*
*\* Handicap or others that need onsite parking -  spaces available in the front driveway at Vue*

**Directions to Vue:**
**From the North**
- Take 71 South
- Exit 105 Greenlawn Ave
- Turn left onto Greenlawn Ave (.7 mi)
- Turn left onto Front St. (.8 mi)
- Turn left onto Liberty St. *( Arrive at 95 Liberty St - Vue is the second building on the left)*

**From the South**
- Take 71 North
- Exit 105 Greenlawn Ave
- Turn right onto Greenlawn Ave (.7 mi)
- Turn left onto Front St. (.8 mi)
- Turn left onto Liberty St. *( Arrive at 95 Liberty St - Vue is the second building on the left)*

**From the West**
- Take 70 East
- Exit 100A Front St/High St
- Turn right at the light off the exit onto Front St. (.1 mi)
- Turn right onto Liberty St. *(Arrive at 95 Liberty St - Vue is the second building on the left)*

**From the East**
- Take 670 West to 315 South
- Stay on 315 South as it turns into 71 South
- Exit 105 Greenlawn Ave
- Turn left onto Greenlawn Ave (.7 mi)
- Turn left onto Front St. (.8 mi)
- Turn left onto Liberty St. *(Arrive at 95 Liberty St - Vue is the second building on the left)*

**From Downtown**

- Take High St. South
- Turn right on Blenkner St. *(Blenkner is a one way just passed W. Livingston Ave; if you miss Blenkner, make your next available Right to connect to Front St)*
- Turn left onto Front St.
- Turn right onto Liberty St. *( Arrive at 95 Liberty St - Vue is the second building on the left)*

**Grange Parking Garage: 610 S. Front St. Columbus, OH 43215**



# Evans Exhibit W

**From:** Michelle M. Norris <michelle@cypresstree.com>
**Sent:** Friday, June 17, 2016 12:52 PM
**To:** Nicholson, Brandi; Martin, Carolyn; Ellison-weaver, Cheryl; Hill, Christopher; Selva, Christobel; Michael, Conrad; Hire, Heather; Hasman, Holly; Assaf, Jamileh; Hughes, Jessica; Benson, Kara; Hoyt, Karin; DuMond, Katherine; Markman, Kendallyn; Carter, Kevin; Green, Kevin; Fisher, Kimberly; Mobley, Kimberly; Harper, Lawrence; Yawn, Lawrence; Coss, Lisa; Summers, Lora; Webb, Lowell; Johnson, Luvenia; Gentile, Maria; Arter, Martha; Stills, Melissa; Drake, Mylynda; Ruffing, Nicole; Jones, Rachel; Eshett, Rafiat; Ferguson, Robin; Shirvani, Sayeh; Karuvada, Srivalsan; Hawkins, Tonya; Baxter, William
**Cc:** 'Stephanie R. Davis Wallace'
**Subject:** COMMUNICATION BRIEF - June 22nd - Strategic Leadership Development Program

Good Afternoon Everyone,

I hope this message finds you well! Just wanted to touch base as we prepare for our next face-to-face meeting on **June 22nd**. In terms of location next week, **our AM session will be in B535, and our PM portion of the day in C621.** As normal, breakfast will be served at 8:00 AM, will the program day formally beginning at 8:30 AM.

The theme for next week will be *"Managing the Business as a Leader"*. A portion of the afternoon will be centered on continued planning for the Alignment and Engagement Challenge projects, the main focus of the day will however, will be informal presentations from and dialogues/communications with senior Medicaid leaders who are alumni of the **2014** Strategic Leadership Development Program.

As always, please feel free to reach out to me if you have any questions or concerns about our upcoming meetings. We look forward to seeing all of you again next week!

Have a nice weekend,

Michelle


Michelle M. Norris
Engagement Director
CypressTree Corp.
565 Metro Place South
Suite 1904
Dublin, OH 43017
Mobile: 740.624.0161
E-Mail: michelle@cypresstree.com


*"Connecting the Mind and the Heart of the Enterprise™"*

1

# Evans Exhibit X

**OHIO DEPARTMENT OF MEDICAID**
**CONTRACT FOR SERVICES**

**C-1617-03-0199-A-2**

This is Amendment 2 to the Contract for Services between the Ohio Department of Medicaid (ODM) and CypressTree Corporation (CONTRACTOR), signed by ODM on September 1, 2015, amended effective January 14, 2016.

1.   ARTICLE I. A. is hereby amended to include the following new deliverable:

   6.   Provide Medicaid University Strategic Staff Development, as described in detail in Attachment D, which provides program assessments, instruction/facilitation, resources and materials, program administration, and post-program assessment for up to 14 cohorts (up to 35 participants per cohort).

2.   ARTICLE I. B. is hereby amended to change the ODM Contract Manager:

   B.   The ODM Contract Manager is Christopher Hill or successor.

3.   ARTICLE II. A is hereby amended to extend the effective date of the Contract:

   A.   This Contract is in effect from September 4, 2015 or upon issuance of an approved State of Ohio purchase order, whichever is later, through December 31, 2016, unless this Contract is suspended or terminated prior to the expiration date.

4.   In accordance with ARTICLE III. Compensation, the parties agree to increase the Contract amount.  The Contract amount shall be changed to One Million, Eight Hundred Twenty-Three Thousand and 00/100 Dollars ($1,823,000.00), an increase of Six Hundred Sixty-Two Thousand and 00/100 Dollars ($662,000.00).

5.   Article III. A and B are rewritten to read as follows:

   A.   The total amount payable under this Contract is One Million, Eight Hundred Twenty-Three Thousand and 00/100 Dollars ($1,823,000.00). ODM will pay an amount up to Seven Hundred Eight-Nine Thousand, Seven Hundred Fifty and 00/100 Dollars ($789,750.00) for State Fiscal Year (SFY) 2016 and up to One Million, Thirty-Three Thousand, Two Hundred Fifty and 00/100 Dollars ($1,033,250.00) for SFY 2017 expressly for the completion of the Deliverables. CONTRACTOR understands that the terms of this Contract do not provide for compensation in excess of the total amount listed in this section. CONTRACTOR hereby waives the interest provisions of ORC 126.30.

   B.   CONTRACTOR will be paid

      1.   Pursuant to Deliverables 1, 2, 3, and 4 of ARTICLE I. A., a fee of $189,000.00, payable in monthly increments of $15,750.00 for the months of October 2015 through September 2016, in accordance with Attachment B;

      2.   Pursuant to Deliverable 5 of ARTICLE I. A., an additional fee of $972,000.00, payable in increments of $324,000.00 for the months of January 2016, April 2016 and July 2016, in accordance with Attachment C; and

      3.   Pursuant to Deliverable 6 of ARTICLE I. A., an additional fee of $662,000.00, payable in the amount of $220,666.66 in August 2016 and increments of $220,666.67 in October 2016 and December 2016, in accordance with Attachment D, attached hereto;

   All payments shall be in accordance with the following schedule:

| Month SFY 16 | Monthly Payment |
|---|---|
| September-15 | $0.00 |
| October-15 | $15,750.00 |
| November-15 | $15,750.00 |
| December-15 | $15,750.00 |
| January-16 | $339,750.00 |
| February-16 | $15,750.00 |
| March-16 | $15,750.00 |
| April-16 | $339,750.00 |
| May-16 | $15,750.00 |
| June-16 | $15,750.00 |
| *SFY16 Total* | *$789,750.00* |
| | |
| Month SFY 17 | Monthly Payment |
| July-16 | $339,750.00 |
| August-16 | $236,416.66 |
| September-16 | $15,750.00 |
| October-16 | $220,666.67 |
| November-16 | $0.00 |
| December-16 | $220,666.67 |
| *SFY17 Total* | *$1,033,250.00* |
| | |
| *Contract Total* | *$1,823,000.00* |

6.    All other terms of the Contract are hereby affirmed.

SIGNATURE PAGE FOLLOWS

Remainder of page intentionally left blank.

**OHIO DEPARTMENT OF MEDICAID**
**CONTRACT FOR SERVICES**

**SIGNATURE PAGE**

**C-1617-03-0199-A-2**

IN WITNESS WHEREOF, the parties have executed this Amendment 2 to the Contract as of the date of the signature of the Director of the Ohio Department of Medicaid.

CypressTree Corporation                         Ohio Department of Medicaid


_____                 _____
Deborah J. Mitchell, President                  John B. McCarthy, Director


_____                 _____
Date                                            Date

2783 Martin Road, #358                          50 West Town Street
Dublin, Ohio 43017                              Columbus, Ohio 43215