## Deborah Mitchell

**From:**      Schaffer, Sabrina <schaffer.113@osu.edu>
**Sent:**      Monday, April 22, 2019 8:54 AM
**To:**        Deborah Mitchell
**Cc:**        Watercutter, William
**Subject:**   RE: quick question

Hi Deborah,

The end date of your current clinical assistant professor appointment is August 31, 2020.

If you have any questions please let me know.

Thank you!

**Sabrina Schaffer**

**From:** Deborah Mitchell <deborah@cypresstree.com>
**Sent:** Friday, April 19, 2019 1:41 PM
**To:** Watercutter, William <watercutter.1@osu.edu>; Schaffer, Sabrina <schaffer.113@osu.edu>
**Cc:** 'Deborah Mitchell' <deborah@cypresstree.com>
**Subject:** quick question
**Importance:** High

Bill, Sabrina:

My contract is up for renewal this Spring, and I need to know the exact date on which it is set to expire.  Could you please let me know, at your earliest convenience, the date is of expiration?  It's very important that I get that information as soon as possible.

Thanks in advance for your help.

Take care,
Deborah

1

**EXHIBIT D**

MITCHELL 001105