IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH MITCHELL, Ph.D., | : | Civil Action No. 2:19-cv-04162 |
| | : | |
| Plaintiff, | : | |
| | : | Judge Sarah D. Morrison |
| v. | : | |
| | : | |
| THE OHIO STATE UNIVERSITY, | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF DR. DEBORAH MITCHELL'S FIRST SET OF INTERROGATORIES AND THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**

Pursuant to Rules 34 and 36 of the Federal Rules of Civil Procedure, Plaintiff requests that Defendants answer, in writing, and under oath, the following interrogatories, requests for admissions and requests that Defendants provide copies of, or produce for inspection and copying, the documents requested herein within **30** days of service.

.

**INSTRUCTIONS**

A.  "Plaintiff" refers to Dr. Deborah Mitchell

B.  "You," "your," and "Defendants" refer to the Defendants, The Ohio State University, any of its employees, officers, directors, trustees, representatives and attorneys.

C.  The term "document" or "documents" means the original and a photostatic copy thereof, or other reproduction thereof, of any writing or records of any type or description, whether official or unofficial, including, but not limited to, the original and any copy of any book, pamphlet, periodical, letter, memorandum, telegram, report, record, study, inter- or intra-office communication, handwritten or other note, working paper, publication, permit, ledger and/or journal, whether general or special, chart, paper, graph, survey, index, computer tape or disk, and any recorded, transcribed, or graphic matter, including audio or video tapes, and all other electronically, magnetically, optically and mechanically stored information, however produced or reproduced, to which Defendants had access or now has access. "Document" includes all ESI as defined in (F) below.

1                                                                    **EXHIBIT A**

      D.     "Present" means the date of service of these discovery requests.

      E.     "Personnel file" includes, but is not necessarily limited to: documents used to determine a person's qualifications for employment, promotions, transfers, raises, compensation, bonuses, pension eligibility and disciplinary action, job performance evaluations, terminations, and/or discharges, layoffs, the employment application, documents from hiring interviews, hiring testing including psychological evaluations, communications offering a job, employment agency documents, applications for life and health insurance, documents related to payroll, tax records (including all W-2 forms), documents from any reference checks or background investigations conducted prior to hiring, pension plan/retirement benefits documents, documents concerning fringe benefits, documents concerning any complaints written by or about the person (written by any person), exit interviews, written inquiries about the person made by any other person (including but not limited to prospective employers), documents to or from the Ohio Department of Job and Family Services, job descriptions and documents concerning any change in job duties or job descriptions. It also includes any documents found in any location directly pertaining to the employee including any video, audio, digital or other recordings.

      F.     "Electronically Stored Information" (referred to herein as "ESI") means any data or information residing on or stored in any form on any computer system, network, server, hard drive, main frame, CD-Rom, DVD, disk, tape, back-up tape, thumb drive, cloud based storage, zip-drive, or storage or archival method of any kind.

      G.     For each interrogatory or part thereof which the Defendants refuses to answer on grounds of burdensomeness, state:

      1.     the number of files and/or documents needed to be searched;
      2.     the location of such files;
      3.     the number of employee-hours required to conduct the search and the basis for calculating the number of employee-hours; and,
      4.     the estimated cost of the search in employee-hours and dollars.

      H.     Whenever information is sought concerning employees, such information should include both active employees, employees on reserve status, and employees on part-time status. In addition, such information should include all employees who worked for Defendants at any time during the period.

      I.     Wherever any document request includes any document to which Defendants claims privilege, include a statement identifying each said document, and the basis asserted for the claim of privilege.

      J.     If any document described in this request was, but no longer is, in your possession, or subject to your custody or control, or in existence, state whether:

      1.     it is missing or lost;
      2.     it has been destroyed;
      3.     it has been transferred, voluntarily or involuntarily, to others; or

  4.  it has been disposed of otherwise.

In each instance, explain the circumstances surrounding such disposition and identify the person(s) directing or authorizing same, and the date(s) thereof. Identify each document by listing its author, his or her address, type (e.g., letter, memorandum, telegrams, chart, photograph, etc.), date, subject matter, present location(s) and custodian(s), and state whether the document (or copies) are still in existence.

  K.  It is requested that all documents be segregated as to the following numbered requests.

  L.  "Identity" or "Identify" - When the identity of any person is requested, the information sought hereby is:

    i.  <u>If the person is a natural person</u>: State the last known, name, residential address, business address, e-mail address, residential phone number, business phone number, mobile phone number, place of employment, employment title or position, name of employer, and if employer has several offices, the address of the office at which the person is currently employed.

    ii.  <u>If the person is not a natural person</u>: Describe the type of entity and furnish the business address, telephone number, website address, and corporate or other name.

  M.  All documents should be produced in electronic format, as searchable PDF files.

## INTERROGATORIES

**INTEGRATORY 1:** Please state whether any clinical faculty member teaching in Plaintiff's former department in the Ohio State University Fisher College of Business was awarded a raise in their base compensation for the academic years 2019-2020, 2020-2021, 2021-2022, 2022-2023, or 2023-2024. If any raises in base compensation were awarded to a clinical professor in any of the listed academic years, please state the name of the professor, their base compensation, and year in which the raise was provided and the amount of the raise.

**ANSWER:**

**INTEGRATORY 2:** Please state the number of professors who provided services to the Fisher College of Business Executive Education Program for the academic years 2019-2020, 2020-2021, 2021-2022, 2022-2023, and 2023-2024. For each year listed, please state the average supplemental compensation that the professors earned in each academic year.

3

**ANSWER:**

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST 28:** Please produce any written communications by and between Dean Anil Makhija and Thomas Goldsby relating or regarding the reappointment of Plaintiff for the time period July 1, 2018, through August 30, 2019, including but not limited to emails, text messages, letters, notes, Direct Messages or Instant Messages and any other of written communication.

**ANSWER:**

**REQUEST 29:** Please produce any written communications by and between Provost Bruce McPheron, Assistant Provost Kay Wolfe and/or Dean Anil Makhija and/or Thomas Goldsby relating or regarding the reappointment of Plaintiff for the time period July 1, 2018, through August 30, 2019, including but not limited to emails, text messages, letters, notes, Direct Messages or Instant Messages and any other of written communication.

**ANSWER:**

**REQUEST 30:** Please produce any written communications by and between Thomas Goldsby and/or any member of the Department of Marketing and Logistics relating or regarding the reappointment of Plaintiff for the time period July 1, 2018 through August 30, 2019, including but not limited to emails, text messages, letters, notes, Direct Messages or Instant Messages and any other of written communication.

**ANSWER:**

**REQUEST 31:** Please produce any written communications by and between any member of the reappointment committee relating or regarding the reappointment of Plaintiff for the time period July 1, 2018, through August 30, 2019, including but not limited to emails, text messages, letters, notes, Direct Messages or Instant Messages and any other of written communication.

**ANSWER**

**REQUEST 32:** Please produce any written communications by and between Dean Anil Makhija and/or Thomas Goldsby and/or any member of the reappointment committee relating or regarding the reappointment of Plaintiff for the time period July 1, 2018, through August 30, 2019, including but not limited to emails, text messages, letters, notes, Direct Messages or Instant Messages and any other of written communication.

**ANSWER:**


**REQUEST 33:** Please produce all documents reviewed, considered, or relied upon by the reappointment committee which considered the reappointment of Plaintiff in the Spring of 2019.

**ANSWER:**


**REQUEST 34:** Please produce all documents, including but not limited to notes, minutes, reports, documents related to voting, and any other documents created by any member of the committee which considered the reappointment of Plaintiff in the Spring of 2019 and any such documents created by the committee itself.

 **ANSWER:**


**REQUEST 34:** Please produce all documents reflecting increases in compensation for clinical faculty in the Ohio State University Fisher College of Business from the period of January 1, 2019, until the date of response to these requests.

**ANSWER:**


**REQUEST 35:** Please produce all documents reflecting supplemental compensation earned by Defendant employees for providing services to the Fisher College of Business Executive Education program from January 1, 2019, until the date of response to these requests.


**ANSWER:**



    Respectfully submitted:

/s/ John S. Marshall
John S. Marshall (0015160)
Samuel M. Schlein (0092194)

MARSHALL FORMAN AND SCHLEIN LLC
250 Civic Center Dr., Suite 480
Columbus, OH 43215
Office: (614) 463-9790
Fax: (614) 463-9780
jmarshall@marshallforman.com


/s/ Nicholas C. Vesha
Nicholas C. Vesha (0085760)
Vesha Law Firm, LLC
38 South High Street
Dublin, Ohio 43017
Office: (614) 376-0266
Fax: (614) 467-3807
nicholas@veshalaw.com


/s/ Matthew J. Mueller
Matthew J. Mueller
Fogarty Mueller Harris, PLLC
501 E. Kennedy Street
Suite 790
Tampa, Florida 33602
Office: (813) 682-1730
Fax: (813) 682-1731
matt@fmhlegal.com
*Admitted Pro Hac Vice*
**COUNSEL FOR PLAINTIFF DEBORAH MITCHELL**


## CERTIFICATE OF SERVICE

This is to certify that the foregoing was served to the following via e-mail, on this 15th day of November 2023.

Christopher E. Hogan chogan@npkhlaw.com
Amy Kuhlman <AKuhlman@npkhlaw.com

                By: /s/ John S. Marshall___

John S. Marshall (0015160)

John S. Marshall (0015160)