DocuSign Envelope ID: D2589913-7498-4568-AA68-12BB8FF17D12
Subject to Protective Order

# THE OHIO STATE UNIVERSITY
## FISHER COLLEGE OF BUSINESS

Office of the Dean

201 Fisher Hall
2100 Neil Avenue
Columbus, OH 43210-1144

614-292-2666 Phone
614-292-7999 Fax

fisher.osu.edu

To: Mitchell, Deborah Jean

From: Anil Makhija, Dean and John W. Berry, Sr. Chair in Business

*DocuSigned by:*
*Anil K Makhija*
CA97CC0F05934CB...

Date: August 16, 2019

Re: 2019-20 Compensation

Thank you for your many academic and service contributions. This memo provides you with information on your compensation for the coming year.

Your 2018-19 year-end base salary was $197,184.24; this includes $0.00 for completing the UITL teaching support program (https://uitl.osu.edu/teaching-support). I encourage you to complete both components of the teaching support program if you have not already done so. Salary adjustments for scholarly performance were made to the base salary according to the following scale:

| | |
|---|---|
| Substantially Beyond | 2.75% |
| Beyond/Meets & First Year | 2.25% |
| Meets Minus | 1.50% |
| Below | $200.00 |

Any other adjustments to base compensation reflect promotions, contractual obligations, and market/equity considerations. The composition of your compensation increase and base salary, expressed at your 2019-20 FTE appointment level, is as follows:

| PERFORMANCE AREA | COMPENSATION INCREASE |
|---|---|
| **Scholarly Contribution** | $4,436.76 |
| | |
| **Base Salary Increase** | **$4,436.76** |
| **2019-20 Base Salary** | **$201,621.00** |

Your new academic year base salary is effective September 1, 2019 subject to the approval of the Ohio State Board of Trustees. If you wish to discuss any information contained in this letter, please feel free to contact me.

Again, thank you for your contributions to the college.

cc: Brian Mittendorf, Interim Department Chair

**EXHIBIT B**

**OSU_000013**