

Nicholas Vesha <nicholas@veshalaw.com>

## Mitchell v. OSU
1 message

**Sam Schlein** <sschlein@marshallforman.com>                                         Wed, Oct 18, 2023 at 11:07 AM
To: "Christopher E. Hogan" <chogan@npkhlaw.com>, Amy Kuhlman <AKuhlman@npkhlaw.com>
Cc: Nicholas Vesha <nicholas@veshalaw.com>, Matthew Mueller <matt@fmhlegal.com>, John Marshall <jmarshall@marshallforman.com>

Hi Chris and Amy:

Hope all is well with you. It looks like the Court inadvertently omitted the damages bifurcation of the case in setting the trial schedule.  Would you be available Friday afternoon around 2-230 to discuss?

Thanks

Sam


Sam Schlein
Marshall Forman & Schlein, LLC
www.marshallforman.com

250 Civic Center Drive
Suite 480
Columbus, Ohio, 43215
614/463-9790
614/463-9780 (fax)
sschlein@marshallforman.com

PRIVACY NOTICE:  This message is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential, or exempt from federal disclosure under applicable federal or state law.  If the reader of this message is not the intended recipient, employee, or agent responsible for delivering the message to the intended recipient, you are hereby notified that dissemination, distribution, or copying of this email is strictly prohibited.  If you have received this email in error, please notify us by telephone (614/463-9790) or email (info@marshallforman.com) immediately.  Thank you.